IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 JUL 19 A 8:49

Jeffrey Wayne Spear )
Full name and prison number )
of plaintiff(s) )
)
v. )    CIVIL ACTION NO. 3:05cv663-F
Avery Mrs Marsh )    (To be supplied by Clerk of
Willie J Robinson )    U.S. District Court)
Steve Richardson )
Randy Haynes )
Louise Pritchard )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )
Terry Whetstone
Eddie Williams

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s) _N/A_

      Defendant(s) _N/A_

   2. Court (if federal court, name the district; if state court, name the county) _N/A_

3. Docket number  N/A

4. Name of judge to whom case was assigned  N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. PLACE OF PRESENT CONFINEMENT  Alex City Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Alex City Jail, Alex City AL 35010

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. Chief Avery Marsh — 1 Court square Alex City Al 35010
2. Capt Willie J Robinson — 1 Court square Alex City Al 35010
3. Lt Steve Richardson — 1 Court square Alex City Al 35010
4. Randy Haynes — 1 Court square Alex City Al 35010
5. Louise Pritchard — 1 Court square Alex City Al 35010
6. Jerry Whetstone — 1 Court square Alex City Al 35010
7. Eddie Williams — 1 Court square Alex City Al 35010

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  Started on 4-12-05 — Present

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Deliberate indifference in deny fair Medical care & treatment

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

See Attachment (A)

GROUND TWO: Denial; of access to law library for a prose litigate, consultate with a Lawyer And Interference with Litigation

SUPPORTING FACTS: Repeatly denied Plaintiff access to any type law library. Repeatly denied Plaintiff access to single law books Repeatly denied Plaintiff to consult with counsel Refuse Plaintiff to send request to court clerk to get Case Numbers, Refuse to give Plaintiff Case N# from File

GROUND THREE: Violation Of Due process clause &

SUPPORTING FACTS: Cruel & unusal Punishment

See Attachment (B)

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Compemsatory Damages 500,000 dollars
Punitive Damages 600,000 dollars
To be released or shipped to another Jail

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on July 15, 2005
               (Date)

_____
Signature of plaintiff(s)

4

Attachment (A) P-1

On April 12 2005 plaintiff arrested For Domestic Violence. Plaintiff's wife struck him in the knee with a piece of pipe. Plaintiff steadily requested Lt. Richardson allow him to go to the hosipal the night of the arrest. Sabrina Jones (Jailor) requested I be sent to the hosipal. Lt. Richardson also denied her request. Ms Jones stated that I had severe swelling and I was complaining with pain. Lt. Richardson (Steve) still refused to send. Plaintiff even explained that I had medical Insurance to pay my own bill. Steve Richardson refused to allow me any medical treatment

On April 21 2005 officer Eddie William Arrested plaintiff For Harressment. While plaintiff was being put in the back set of the police car officer Eddie williams shoved plaintiff down into the car hitting plaintiff's knee against the shield popping plaintiff knee cap out of place again.

On May 30 2005 uppond being arrested again for Domestic violence plaintiff jumped through a 2nd story window in his house attempting suicide. Plaintiff was sent to Russell Hosipal and treated for cuts & broke toes and for being severely sprayed with pepper spray

June 3 2005 after officer Pete Pearson found that plaintiff had hung himself in cell B-3, the gown that was used to hang myself with, came untied before it proved to be fatal

Attachment (A) Pg 2

A couple of hours later the plaintiff was slammed to the floor by officer Pete Pearson & Willie Robinson. Plaintiff was took back to Russell hospital & checked for broke ribs and foot. Plaintiff was treated for a broke foot & bruised ribs & lung. Plaintiff was not ever taken back for any follow-up appointments. Not even upon plaintiff's verbal & written request by plaintiff due to being in pain; (2) two, three (3) and (4) four weeks later.

On June 9 2005 Judge Randy Haynes determines that Plaintiff needed a mental evavation to determine mental compentency due to plaintiff attempting suicide (8) eight different times. Three (3) while in the jail. Including hanging himself, which almost proved to be fatal. Lucy (my social worker) from Nan Coley Murphy (East Ala. Mental. Heath) to hereafter be refer as E.A.M.H. has set up at least (2) two beds (appointments to have plaintiff recieve an evaluation. Due to Judge Haynes ability to convrently be out of town, or unavailable to return Lucy (EAMH) calls. The available beds had to be forfeited to other patrents.

On June 30 2005 Plantiff was returned to court without any type of mental evalaution Judge Haynes stated; "Time served you'll be released. They have a program set up for you". To this date July 15 2002 plaintiff still has not been released nor has he received any treatment.

Attachment (B) Pg 1

Prohibition on conditions that amount to punishment for pretrial detainees. Physical conditions, over crowding, bed & linen furnishings in poor shape, Poor Ventilation, Poor Heating, Poor lighting, excessive noise, Dilapidated Building, Poor fire protection, Plumbing leaking and/or not working, No ~~kind~~ of programs at all, No type in/outside Recreation for inmates

Attachment (C)

Plaintiff being duly sworn attest that he did request the jail administrator feel out a account sheet from last 6 month. Request was denied. Plaintiff has no funds.

Jeffrey W Spear
1 Court square
Alex city AL
35010