M/D-6

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____Middle_____ DIVISION

RECEIVED
2005 JUL 19 A 8:49

_Jeffry W Spivey_ )
_____ )
_____ )
_____ )
_____ )
Plaintiff(s)        )     3:05cv663-F
                    )
v.                  )
_Avery ??? Marsh_   )
_Willie Robinson_   )
_Steve Richardson_  )
_Randy Haynes_      )
_Louise Pritchard_  )
_Jerry Whetstone_   )
_Eddie Williams_    )
Defendant(s)

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) _Jeffry W Spivey_ moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____
Plaintiff(s) signature