| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☑ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>Fred Bo—— |
| 1. Article Addressed to:<br><br>Jerry Whetstone<br>Alexander City Jail<br>One Court Square<br>Alexander City, AL 35010<br><br>05-663cmp | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>[JUL 22 2005 USPS postmark]<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

02595-02-M-1540