Jeffrey W Spear    IN to The U.S.
                   Middle District Court
vs.                )
Avery Marsh        )    RECEIVED
Willie Robinson    )    2005 JUL 28 A 9:49
Randy Haynes       )
Louise Pritchett   )    Case #3:05cv663-F
Lt Richards        )    not none yet
Eddie Williams     )

## Change of Address

Petitioner comes before the honorable court to give notice of change of Address. Petitioner has been released from Alex city Jail 1-court square and now is living at 14 cricket court Phenix city, Al 36866

Jeffrey W Spear

Done this the 25th day of July 2005

The petitioner Jeffrey W. Spear did send a copy of the same to the defendants.

Jeffrey W Spear
14 cricket court
Phenix city, Al
36866