RECEIVED

2005 AUG 26 A 9: 38

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WAYNE SPEAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-663-F |
| | ) | |
| AVERY MARSH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT IN SUPPORT OF MOTION TO JOIN**

I, Thomas Richard Matheny, honorably request to be added as a co-plaintiff in the following civil action No. 2:05-CV-663-F. I will state the following the reasons in my own words as to why I wish to be added.

1. I was not allowed to shower or neither did I recieve clean clothes for the period of forty-eight hours.

2. In front of the cell block I was located in, there was an open sewer pipe. This pipe was plugged up with a soiled pair of men's underwear. Above the pipe, a fan was being used to remove the methane gas odor.

3. In two of the three cell blocks, there was not running water in the sinks.

4. I was never allowed to have at least one hour of outside exercise per day of incarceration.

5. I was denied access to law library or other related materials.

6. I witnessed a jailer trying to intimidate other inmates into altercations.

7. Food was not healthy and was delivered by a diner.

8. I was refused a bond when my uncle came to sign a consolidated property bond. He owns property in Alabama and was told he could not sign my bond. The next day I was advised at the bond hearing by the magistrate judge that I could have had the bond signed by my uncle.

9. I was denied phone calls from the Correctional Billing Services.

10. I was not furnished bedding for over the period of forty eight hours.

11. I was denied a first phone call after my arrest for the period of fifteen hours. I was never read my Miranda rights.

12. The first reading of the Breathalyzer test was not accepted by the arresting officer. I was made to repeat the Breathalyzer test over seventeen times before the officer would accept a reading.

I, Thomas Richard Matheny, offer these words under oath to the District Court of the United States, Alabama Eastern Division.

_THOMAS R. MATHENY_
NAME

_[signature]_
SIGNATURE

_08-23-05_
DATE

_[witness signature]_
WITNESS

_8/23/05_
DATE