IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WAYNE SPEAR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AVERY MARSH, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:05-CV-663-F |

**ORDER ON MOTION**

Upon consideration of the motion to join action as a co-plaintiff filed by Thomas Richard Matheny on August 26, 2005 (Court Doc. No. 8), and for good cause, it is

ORDERED that this motion be and is hereby DENIED. Mr. Matheny is advised that if he seeks to challenge the conditions of confinement to which he was subjected in the Alex City Jail he may do so by filing a separate 42 U.S.C. § 1983 action.

Done this 30th day of August, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE