IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WAYNE SPEAR, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 3:05-cv-00663-F |
| AVERY MARSH; WILLIE J. ROBINSON; STEVE RICHARDSON; RANDY HAYNES; LOUISE PRITCHARD; JERRY WHETSONE; and EDDIE WILLIAMS. | * * * | |
| Defendants. | * | |

## NOTICE OF APPEARANCE AND
## MOTION FOR ENLARGEMENT OF TIME

COME NOW the undersigned and herewith gives his notice of appearance on behalf of the Defendants, AVERY MARSH, WILLIE J. ROBINSON, STEVE RICHARDSON, RANDY HAYNES, LOUISE PRITCHARD, JERRY WHETSONE; and EDDIE WILLIAMS.  The Defendants also show unto the Court that per the Court's earlier Order a Special Report and Answer are due by Wednesday August 31, 2005.  The undersigned has only recently received this assignment and has not yet had the opportunity to discuss this matter with his clients and respectfully requests an enlargement of time of twenty-one (21) days or until September 21, 2005, in which to file the Answer and submit the Special Report.  Defendants submit the plaintiff will not be unduly prejudiced by this request and it will enable Defendants to adequately respond.

WHEREFORE, THESE PREMISES PRAYED these Defendants request an enlargement of time until September 21, 2005, to respond to plaintiff's complaint.

/s/ Randall Morgan
**RANDALL MORGAN** [MORG8350]
Attorney for named Defendants

OF COUNSEL:

Hill, Hill, Carter, Franco,
  Cole & Black, P.C.
425 S. Perry Street
Montgomery, AL 36104
(334) 834-7600
(334) 263-5969..Fax

OF COUNSEL:

Larkin Radney
BARNES & RADNEY, P.C.
80 NORTH CENTRAL AVENUE
ALEX CITY, AL 35011-0877
256-329-8438
256-329-0809 Fax

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all parties by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following and/or sent by me via U. S. Mail first class prepaid this the 30TH day of August, 2005.

Jeffrey Wayne Spear
14 Cricket Court
Phenix City, AL 36866

/s/ Randall Morgan
OF COUNSEL