IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WAYNE SPEAR, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 3:05-cv-00663-F |
| AVERY MARSH; WILLIE J. ROBINSON; STEVE RICHARDSON; RANDY HAYNES; LOUISE PRITCHARD; JERRY WHETSONE; and EDDIE WILLIAMS. | * * * | |
| Defendants. | * | |

## MOTION FOR ADDITIONAL ENLARGEMENT OF TIME

COME NOW the undersigned and herewith shows unto the Court he earlier entered his notice of appearance on behalf of the Defendants, AVERY MARSH, WILLIE J. ROBINSON, STEVE RICHARDSON, RANDY HAYNES, LOUISE PRITCHARD, JERRY WHETSONE; and EDDIE WILLIAMS, and requested and received an enlargement of time until September 21, 2005, in which to file an Answer and submit a Special Report on behalf of Defendants. However, Defendants are in need of additional time in which to adequately respond to Plaintiff's allegations. Defendants respectfully request an additional fourteen (14) days or until October 5, 2005, in which to file an Answer and submit their Special Report. Defendants submit the requested extension is short in nature, will not undulyprejudice the Plaintiff, and will not delay the trial of this matter, but is

necessary to enable Defendants to adequately respond.

WHEREFORE, THESE PREMISES PRAYED attorney for Defendants respectfully request an additional fourteen days or until October 5, 2005.

      /s/    Randall Morgan
**RANDALL MORGAN** [MORG8350]
Attorney for named Defendants

OF COUNSEL:

Hill, Hill, Carter, Franco,
  Cole & Black, P.C.
425 S. Perry Street
Montgomery, AL 36104
(334) 834-7600
(334) 263-5969..Fax

OF COUNSEL:

Larkin Radney
BARNES & RADNEY, P.C.
80 NORTH CENTRAL AVENUE
ALEX CITY, AL 35011-0877
256-329-8438
256-329-0809 Fax

### CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing upon all parties by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following and/or sent by me via U. S. Mail first class prepaid this the 19th day of September, 2005.

Jeffrey Wayne Spear
14 Cricket Court
Phenix City, AL 36866

      /s/    Randall Morgan
OF COUNSEL