IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WAYNE SPEAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-663-F |
| | ) |
| AVERY MARSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants on September 19, 2005 (Court Doc. No. 12), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the defendants be GRANTED an extension from September 21, 2005 to and including October 5, 2005 to file their answer and special report.

The defendants are **cautioned** that no further extensions of time will be granted unless they demonstrate exceptional circumstances warranting such an extension.

Done this 20th day of September, 2005.

/s/ Delores R. Boyd
UNITED STATES MAGISTRATE JUDGE
*for*

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE