IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WAYNE SPEAR, | * |
| Plaintiff, | * |
| v. | *   Case No.  3:05-cv-00663-F |
| AVERY MARSH; WILLIE J. ROBINSON; STEVE RICHARDSON; RANDY HAYNES; LOUISE PRITCHARD; JERRY WHETSONE; and EDDIE WILLIAMS. | * * * |
| Defendants. | * |

# ANSWER

COME NOW the Defendants, separately and severally, and herewith give Answer as follows:

1. Defendants deny the allegations.

2. Defendants deny they have violated plaintiff's civil and/or constitutional rights.

3. Defendants deny all allegations of wrongdoing.

4. Defendants aver any force used was reasonable and necessary under the circumstances.

5. Defendants plead justification.

6. Defendants each plead immunity.

7. Defendants each plead qualified immunity.

8. Defendants Randy Haynes and Louise Pritchard plead judicial immunity.

9. Defendant Louise Pritchard pleads quasi judicial immunity and "judicial acts" immunity.

10 Defendants plead good faith.

11. Defendants aver Plaintiff caused or contributed to his alleged injuries therefore he is precluded from recovery.

12. Defendants deny plaintiff has been damaged and/or injured and deny he is entitled to any relief.

/ s /   Randall Morgan
RANDALL MORGAN [MORG8350]
Attorney for named Defendants

OF COUNSEL:
**HILL, HILL, CARTER, FRANCO COLE & BLACK, P.C.**
425 S. Perry Street
P. O. Box 116
Montgomery, AL 36101
(334) 834-7600
(334) 263-5969 - FAX

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all parties by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following and/or sent by me via U. S. Mail first class prepaid this the 5th day of October, 2005.

Jeffrey Wayne Spear
14 Cricket Court
Phenix City, AL 36866

/s/   Randall Morgan
OF COUNSEL