IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WAYNE SPEAR, | * |
| Plaintiff, | * |
| v. | *   Case No. 3:05-cv-00663-F |
| AVERY MARSH; WILLIE J. ROBINSON; STEVE RICHARDSON; RANDY HAYNES; LOUISE PRITCHARD; JERRY WHETSONE; and EDDIE WILLIAMS. | * * |
| Defendants. | * |

# EVIDENTIARY SUBMISSION

COME NOW the Defendants, separately and severally, and herewith submit the following in support of their Special Report:

1. Affidavit of Willie G. Robinson with attached Exhibits A-P.

2. Affidavit of (Judge) Randall Haynes.

3. Affidavit of Louise Pritchard with attached court files.

4. Affidavit of Patrick Pearson with attached Exhibits A and B.

5. Affidavit of Sabrina Jones.

6. Affidavit of Steve Richerson.

7. Affidavit of Jerry Whetstone.

8. Affidavit of Eddie Williams with attached Exhibit A.

9. Alabama Uniform Arrest Report by Lt. Steve Richerson for April 13, 2005, arrest.

10.   July 15, 2005, Order.

      / s /    Randall Morgan
RANDALL MORGAN [MORG8350]
Attorney for named Defendants

OF COUNSEL:
**HILL, HILL, CARTER, FRANCO**
  **COLE & BLACK, P.C.**
425 S. Perry Street
P. O. Box 116
Montgomery, AL 36101
(334) 834-7600
(334) 263-5969 - FAX

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the above and foregoing upon all parties by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following and/or sent by me via U. S. Mail first class prepaid this the 5th day of October, 2005.

Jeffrey Wayne Spear
14 Cricket Court
Phenix City, AL 36866

    /s/    Randall Morgan
OF COUNSEL