# ALEXANDER CITY
## Police Department

### JAIL LOG                    20___

| NAME | RACE | SEX | AGE | CHARGE | BOOKING DATE | BOOKING TIME | BOOKING OFFICER | AGENCY | RELEASED BY OFF. & AGENCY | HOW RELEASED | DATE RELEASED | TIME RELEASED |
|------|------|-----|-----|--------|--------------|--------------|-----------------|--------|---------------------------|--------------|---------------|---------------|
| Spears, Jeffrey | W | M | 40 | Domestic Violence 3° | 4/13/05 | 0411 | 3053 | ACPD | 3053/ACPD AKA Bond/$6 | | 4/15/05 | 1230 |


DEFENDANT'S EXHIBIT