**Alexander City Police Dept**
P O Box 943 Alexander City, AL 35011
(256) 234-3421

**SPEAR, JEFFERY WAYNE**

| | |
|---|---|
| Gang ID # | 01-8250 |
| SSN | |
| DLN | 4979532 |
| DOB | |
| Gender | M |
| Height | 602 |
| Weight | 175 |
| Race | CAUCASIAN |
| Eyes | HAZEL |
| Hair | BROWN |
| Martl St | MARRIED |
| NOK Rel | PARENT |




DEFENDANT'S EXHIBIT

| Address | | PlaceOfBirth |
|---|---|---|
| ALEXANDER AL. 35010 | | RUSSELL COUNTY AL. |

| Occupation | Employer | WorkAddress |
|---|---|---|
| MECHANIC | SELF EMPLOYED | |

| NextOfKin | NOKAddress | EducationLevel |
|---|---|---|
| LAMAR SPEAR | PHEONIX CITY AL | 12 |

| Phone | WorkPhone | NOKPhone |
|---|---|---|
| 234-9075 | 256-234-9075 | 334-298-9452 |

| DL St | SID# | FBI# |
|---|---|---|
| AL. | 00941259 | 307883CA8 |

SMT

Notes

| Date | Case# | Chg# | Arr# | Cnt | Charge |
|---|---|---|---|---|---|
| 04/13/2005 | 050401059 | | | 1 | DOMESTIC VIOLENCE 3 ASSAULT 13A-6-132 |
| 06/25/2004 | 040601923 | | | 1 | PROMOTING PRISON CONTRABAND 3 13A-10-38 |
| 06/08/2004 | 040600553 | | | 1 | FAILURE TO APPEAR |
| 05/04/2004 | 040300446 | | | | DOMESTIC VIOLENCE 3 ASSAULT 13A-6-132 |

**Book-In Sheet**

# Inmate Name: SPEAR, JEFFERY WAYNE

ID: 01-8250   SSN: ███   DLN: 4979532   DOB: ███

Printed On 09/29/2005

Book In Date: 04/13/2005   Reference#: 05-0428   Warrant#:

Docket Number:

Book In Date: 04/13/2005   Book In Time: 04:11

Arresting Agency: ACPD
Booking Officer: 3052   Arrest Officer(s): RICHERSON WHETSTONE
Arrest Location: ███ ALEX. CITY
Finger Print: YES

Arraign Date:   Arraign Time:

Next Of Kin:   Next Of Kin Phone:
Next Of Kin Address:

Bond: $1000.00 P   Fine:
Sentence Begins:   Sentence Expires:
Attorney:   Date Appointed:

Section:   Block:   Cell:

Charge/Conviction:
    DOMESTIC VIOLENCE 3 ASSAULT 13A-6-132

Hold For:

Classification:
    ARRESTEE

Notes

Jailer/Booking Officer_____   Date_____

**Medical Treatment/ Injuries**

Inmate Name:   SPEAR, JEFFERY WAYNE

ID: 01-8250    SSN:     DLN: 4979532    DOB:

*Printed On 09/29/2005*

Book In Date: 04/13/2005   Reference#: 05-0428   Warrant#:

Previous/Current Medical Conditions:

Treatment and Treatment Date:

Prescriptions/Medical Treatments/Medical Programs:

Medical Notes:
   NO MEDICAL PROBLEMS

Description of any Recent Physical Injury:
   INMATE HAD SUSTAINED RED MARKS TO HIS RIGHT LEG JUST ABOVE THE KNEE PRIOR TO ARREST.

How Injury was Received:


--No Injuries Treated Prior to Book-In--

Description of Injury Treatment:




Jailer/Booking Officer_____   Date_____

# Inmate Personal Property Check-In

## Inmate Name: SPEAR, JEFFERY WAYNE

ID: 01-8250   SSN:    DLN: 4979532   DOB:

Printed On 09/29/2005

Book In Date: 04/13/2005   Reference#: 05-0428   Warrant#:

**Personal Property Items:**
    Cigs/Lighter   Keys

Other Items:

Personal Property Notes:

Currency: 0   Coins: 0   Checks: 0   Total Money: $ 0
Notes On Cash:

--Vehicle Not Impounded--
Where Impounded:
Vehicle Type:         Make:
Model:                Vehicle Year:
Lic Number:           Lic State:

**Vehicle Condition/Notes:**
    NONE

**Check In:**

Signature_____   Date_____

**Check Out:**

Signature_____   Date_____

Jailer/Booking Officer_____   Date_____

**Jail Property Issued**

Inmate Name:  SPEAR, JEFFERY WAYNE

ID: 01-8250    SSN: ███████    DLN: 4979532    DOB: 

*Printed On 09/29/2005*

Book In Date: 04/13/2005    Reference#: 05-0428    Warrant#:

Jail Property Issued:
　　Mattress  Pillow  Sheets  Blanket

Other items Issued:

Notes:

Issued:

Signature_____    Date_____

Returned:

Signature_____    Date_____

Jailer/Booking Officer_____    Date_____

**Suicide**

## Inmate Name:   SPEAR, JEFFERY WAYNE

ID: 01-8250    SSN: ▓▓▓▓▓▓▓    DLN: 4979532    DOB: ▓▓▓▓▓▓

*Printed On 09/29/2005*

Book In Date: 04/13/2005   Reference#: 05-0428   Warrant#:

Questions

Description

Arresting Officer Signature

Notes
    NO TO ALL QUESTIONS

Jailer/Booking Officer_____    Date_____

**Inmate Release**

## Inmate Name: SPEAR, JEFFERY WAYNE

ID: 01-8250   SSN: ▮▮▮▮   DLN: 4979532   DOB: ▮▮▮▮

Printed On 04/15/2005

Released
Releasing Officer: 3053

Date: 04/15/2005   Time: 1230

Release Weight: 175   Days Served:

Bondsman: AAA BONDING CO.

Reappear: 06/09/05

How Released:
  BONDING CO.

Custody/Supervision:
  TERESA BOBO

Notes:
  NO INJURIES

Signature X _[signed]_   Date 04/15/05

Jailer/Booking Officer _[signed]_   Date 04/15/05