| GENERAL ORDER | EFFECTIVE DATE: 1 APRIL 2005 | NUMBER: J-540.1 | PAGES: 1 |
|---|---|---|---|
| SUBJECT: | ALEXANDER CITY POLICE DEPARTMENT HEALTH CARE SERVICES | | |
| REFERENCES: ACJS 10-003, 10-016, 10-017, 10-018 | | SPECIAL INSTRUCTIONS: Rescinds Policy J-540 | |

POLICY:
It is the policy of the Alexander City Jail that access to appropriate health care services will be provided for the inmates in the jail in order to provide for their physical and mental health.

PROCEDURE:
At the time of admission to the jail, each inmate will have a medical receiving/screening form filled out by the booking officer. The medical receiving/screening form will become a permanent part of the inmate's medical record and will be available to medical professionals for review at any time.

An inmate desiring any type of health care service will complete a request form and hand it to a jail staff member.

In the event of a medical emergency, or a perceived medical emergency, jail staff on duty will arrange for medical services without undue delay.

All medical appointments will be logged by the jail staff.
Inmates will be given prescription medication as prescribed. Medication will be distributed according to instructions from the prescribing physician and will be distributed by a jail staff member. At no time will any inmate be permitted to handle or distribute medication to other inmates. The distribution of medication will be logged and signed for by each inmate receiving medication.

At any time an inmate declines a physical examination or other medical ser~vices, the declination shall be logged by jail staff on duty and will become a permanent part of the inmate's medical record.
Inmates requesting or needing mental health services will be referred to the local mental health agency and the referral will be logged.

Inmates requesting emergency dental services will be referred to a local dentist for diagnosis and, if indicated, treatment.

All medical records will be maintained at the jail. Access to medical records will be limited to health care providers and the Jail Administrator.

Staff members of the jail will take no deliberate action designed to block, deny or delay access of an inmate to health care services.

By Order of:

_____
Chief of Police

DEFENDANT'S EXHIBIT