# RUSSELL MEDICAL CENTER – EMERGENCY DEPARTMENT

**PATIENT'S NAME** _____

## DISCHARGE INSTRUCTIONS

- Contact your physician tomorrow for an appointment for follow-up in ____ days.
- If no improvement in ____ days, contact your physician for follow-up.
- Continue with present medications.
- Contact your physician or return to the Emergency Department if symptoms worsen or no relief prior to follow-up appointment.
- Since you have no local physician, you have been referred to Dr. _____ phone number _____
- Take medications as directed.
- D/C sheet # ____
- Additional Instructions: _ice 20 minutes at a time / rest / knee / nonweight bearing / elevate / crutches / next week_

## RUSSELL MEDICAL CENTER
## EMERGENCY DEPARTMENT
### WORK/SCHOOL NOTE

- May return to work/school without restrictions.
- May return to restricted duties for ____ days.
- Restrictions: _____
- Will require time off from work/school, estimated time: ____ days.
- No athletics / physical education ____ days.
- Other: _____ was here with relative / child.

DATE: 4/5/05

I hereby acknowledge that I have received a copy of and understand the above instructions.

_____
SIGNATURE OF PATIENT OR RESPONSIBLE PARTY

Stephanie Hunter RN
SIGNATURE OF NURSING PERSONNEL

ADDRESSOGRAPH

DEFENDANT'S EXHIBIT D