| NAME | RACE | SEX | AGE | CHARGE | BOOKING DATE | BOOKING TIME | BOOKING OFFICER | AGENCY | RELEASED BY OFF. & AGENCY | HOW RELEASED | DATE RELEASED | TIME RELEASED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeffrey Spear | W | M | 40 | Harassment | 4-21-05 | 19:40 | 3053 | ACPD | 3053/ACPD @ lock property | | 05-11-05 | 1520 |



DEFENDANT'S EXHIBIT