Alexander City Police Dept
P·O Box 943 Alexander City, AL 35011
(256) 234-3421

**SPEAR, JEFFERY WAYNE**

Gang
ID #    01-8250
SSN     ~~[redacted]~~
DLN     4979532
DOB     ~~[redacted]~~
Gender  M
Height  602
Weight  175
Race    CAUCASIAN
Eyes    HAZEL
Hair    BROWN
Martl St MARRIED
NOK Rel PARENT



| Address | | | PlaceOfBirth |
|---|---|---|---|
| ~~[redacted]~~ AL. 35010 | | | RUSSELL COUNTY AL. |
| Occupation<br>MECHANIC | Employer<br>SELF EMPLOYED | | WorkAddress |
| NextOfKin<br>LAMAR SPEAR | NOKAddress<br>PHEONIX CITY AL | | EducationLevel<br>12 |
| Phone<br>234-9075 | WorkPhone<br>256-234-9075 | | NOKPhone<br>334-298-9452 |
| DL St<br>AL. | | SID#<br>00941259 | FBI#<br>307883CA8 |

SMT

Notes

| Date | Case# | Chg# | Arr# | Cnt | Charge |
|---|---|---|---|---|---|
| 04/21/2005 | 050401266 | | | 1 | HARASSING COMMUNICATIONS 13A-11-8 |
| 04/13/2005 | 050401059 | | | 1 | DOMESTIC VIOLENCE 3 ASSAULT 13A-6-132 |
| 06/25/2004 | 040601923 | | | 1 | PROMOTING PRISON CONTRABAND 3 13A-10-38 |
| 06/08/2004 | 040600553 | | | 1 | FAILURE TO APPEAR |

**DEFENDANT'S EXHIBIT**

**Book-In Sheet**

# Inmate Name: SPEAR, JEFFERY WAYNE

ID: 01-8250   SSN: ▓▓▓▓   DLN: 4979532   DOB: ▓▓▓▓

Printed On 09/29/2005

Book In Date: 04/21/2005   Reference#: 05-0463   Warrant#:

Docket Number:

Book In Date: 04/21/2005   Book In Time: 19:40

Arresting Agency: ACPD
Booking Officer: 3052        Arrest Officer(s): WILLIAMS
Arrest Location: ▓▓▓▓▓▓▓ ALEX. CITY
Finger Print: YES

Arraign Date:    Arraign Time:

Next Of Kin:    Next Of Kin Phone:
Next Of Kin Address:

Bond: $1000.00 P            Fine:
Sentence Begins:            Sentence Expires:
Attorney:   Date Appointed:

Section:   Block:   Cell:

Charge/Conviction:
  HARASSING COMMUNICATIONS 13A-11-8

Hold For:

Classification:
  ARRESTEE

Notes

Jailer/Booking Officer_____   Date_____

# Medical Treatment/ Injuries

Inmate Name:   SPEAR, JEFFERY WAYNE

ID: 01-8250   SSN:    DLN: 4979532   DOB: 

*Printed On 09/29/2005*

Book In Date: 04/21/2005   Reference#: 05-0463   Warrant#:

Previous/Current Medical Conditions:

Treatment and Treatment Date:

Prescriptions/Medical Treatments/Medical Programs:

Medical Notes:
   INMATE STATED HE DID NOT HAVE ANY MEDICAL PROBLEMS.

Description of any Recent Physical Injury:
   INMATE STATED HE HAS AN INJURY TO HIS RIGHT KNEE. HAPPENED PRIOR TO BEING ARRESTED.

How Injury was Received:


--No Injuries Treated Prior to Book-In--

Description of Injury Treatment:








Jailer/Booking Officer_____   Date_____

# Inmate Personal Property Check-In

Inmate Name:  SPEAR, JEFFERY WAYNE

ID: 01-8250   SSN: █████   DLN: 4979532   DOB: █████

*Printed On 09/29/2005*

Book In Date: 04/21/2005   Reference#: 05-0463   Warrant#:

Personal Property Items:

Other Items: DRIVERS LICENSE YELLOW T-SHIRT JEANS SOCKS

Personal Property Notes:

Currency: 0   Coins: 0   Checks: 0   Total Money: $ 0
Notes On Cash:


--Vehicle Not Impounded--
Where Impounded:
Vehicle Type:            Make:
Model:                   Vehicle Year:
Lic Number:              Lic State:

Vehicle Condition/Notes:



Check In:

Signature_____   Date_____


Check Out:

Signature_____   Date_____




Jailer/Booking Officer_____   Date_____

**Jail Property Issued**

Inmate Name:   SPEAR, JEFFERY WAYNE

ID: 01-8250    SSN: ███    DLN: 4979532    DOB: ███

*Printed On 09/29/2005*

Book In Date: 04/21/2005   Reference#: 05-0463   Warrant#:

Jail Property Issued:
    Mattress  Pillow  Sheets  Blanket

Other items Issued:

Notes:

Issued:

Signature_____   Date_____

Returned:

Signature_____   Date_____

Jailer/Booking Officer_____   Date_____

**Suicide**

Inmate Name:   SPEAR, JEFFERY WAYNE

ID: 01-8250    SSN: ▮▮▮▮▮    DLN: 4979532    DOB: ▮▮▮▮▮

*Printed On 09/29/2005*

Book In Date: 04/21/2005   Reference#: 05-0463   Warrant#:

Questions

Description

Arresting Officer Signature

Notes
    NO TO ALL QUESTIONS

Jailer/Booking Officer_____    Date_____

## Personal Property Release Statement

Inmate Name:   SPEAR, JEFFERY WAYNE

ID: 01-8250   SSN: █████   DLN: 4979532   DOB: █████

Printed On 05/11/2005

Reference:

Date: 05/11/2005   Time: 1100

Released To: MEDICAL
Jailer/Booking Officer: 3053

Item(s):
  $40.00 CASH

Notes:
  $210.00 REMAINING

Signature _[signature]_   Date 5-11-05   1100 hours

Jailer/Booking Officer _[signature]_   Date 5-11-05

# ALEXANDER CITY JAIL
# RECORD OF MEDICAL EXAMINATION

**PART 1:** *To Be Completed By Jailer: (please print clearly.)*

1. Inmate's Name: JEFFERY WAYNE SPEAR
2. Date: 05-11-05
3. Time: 1130
4. Reason treatment was needed: Complained of pains in knee
5. Did inmate request treatment? Yes (If yes, place request form in inmate's file if in writing.)
6. Was inmate transported from the jail? Yes
7. If yes, to what location? Dr. Tim Corbett (Temple Building)
8. Was inmate treated at the jail? NO
9. Who examined the inmate? _____
10. Jailer's name: P. Pearson        Signature: [signature]

---

**PART 2:** *To Be Completed by Person Examining Inmate. (Please print clearly.)*

1. Type of treatment/examination: _____
2. Prognosis: _____
3. Is additional treatment needed? _____ If so, please specify if other than by medication:
4. Medication prescribed: _____
5. Special instructions for administration: _____
6. Other special instructions (restrictions of diet, activity, work, etc.; observation orders; other):

_____

Health Care Provider *(please print and give title, i.e. M.D., R.N., D.D.S., etc)*

Date: _____  Time: _____  Signature _____

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| Field | Value |
|---|---|
| VICTIM SSN | [redacted] |
| COMPLAINANT SSN | |
| 1 | [X] INCIDENT  [ ] OFFENSE  [ ] SUPPLEMENT |
| 2 CASE # | 0 5 0 5 0 0 9 0 7 |
| 3 SFX | |
| 4 ORI # | 0 6 2 0 1 0 0 |
| 5 DATE AND TIME OF THIS REPORT | 05 11 05  12:30 [X] MIL |
| 6 AGENCY NAME | ALEXANDER CITY POLICE DEPARTMENT |
| 9 ADDRESS | 1 COURT SQUARE ALEXANDER CITY AL 35010 |
| 10 PHONE | (256) 329-6753 |
| 8 REPORTED BY | PATRICK PEARSON |
| 12 VICTIM (LAST, FIRST, MIDDLE NAME) | SPEAR, JEFFERY, WANYE  [X]1P [ ]2B [ ]3S |
| 13 ADDRESS | [redacted] ALEXANDER CITY AL 35010 |
| 14 PHONE | (256) 234-9075 |
| 17 ADDRESS | [redacted] ALEXANDER CITY AL 35010 |
| 18 PHONE | (256) 234-9075 |
| 15 EMPLOYER/SCHOOL | SELF EMPLOYED |
| 16 OCCUPATION | MECHANIC |
| RESIDENT / NON-RESIDENT | [X] NON-RESIDENT |
| 20 INJURY | [X] N |
| 21 RACE | [X] W |
| 22 SEX | [X] MALE |
| 23 HGT | 602 |
| 24 WGT | 175 |
| 25 DOB | [redacted] |
| 26 AGE | 40 |
| 27 WAS OFFENDER KNOWN TO VICTIM? | [ ] Y [ ] N |

| 30 TYPE INCIDENT OR OFFENSE | [ ] FEL [ ] MISD |
|---|---|
| | DOCTORS APPOINTMENT |
| 31 DEGREE | 1 2 3 |

**OCCURRED ON OR BETWEEN:** 05 11 05  11:30 [X] MIL — 05 11 05  12:20 [X] MIL

47 LIGHTING: [X] 5- UNK.
48 WEATHER: [X] 7- UNK.
49 PREMISE: [X] O - OTHER  TEMPLE MED.

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**INCIDENT/OFFENSE REPORT CONTINUED**

- 95 DATE AND TIME OF REPORT: 05/11/05 12:30 PM
- 96 CASE #: 05050097 0
- 99 NAME (LAST, FIRST, MIDDLE): SPEAR, JEFFERY WAYNE
- 101 RACE: W
- 102 SEX: M
- 105 ADDRESS: 1919 OLD KELLYTON ROAD ALEXANDER CITY AL 35010
- 106 HGT: 602
- 107 WGT: 175
- 108 EYE: HZL
- 109 HAIR: BRO
- 110 COMPLEXION: LIGHT
- 112 ARMED?: N

**137 NARRATIVE:** ON THE ABOVE DATE, CAPTAIN ROBINSON ADVISED ME THAT MR. JEFFERY SPEAR HAD AN APPOINTMENT WITH THE DOCTOR AT 1130 HOURS. MR. SPEAR WAS TRANSPORTED TO THE TEMPLE MEDICAL BUILDING BY OFFICER AUDIE MASON AT 1115 HOURS. AT 1220 HOURS, MR. SPEAR RETURNED TO THE ALEXANDER CITY JAIL WITH A GOOD PROGNOSIS FROM DOCTOR CORBETT.

CONTINUED ON SUPPLEMENT: N

147 CASE STATUS: 3 - CLOSED

149 REPORTING OFFICER: PATRICK PEARSON — ID # 3053

## Inmate Release

Inmate Name:  SPEAR, JEFFERY WAYNE

ID: 01-8250   SSN: ████   DLN: 4979532   DOB: ████

Printed On 05/11/2005

Released
Releasing Officer: 3053

Date: 05/11/2005   Time: 1300

Release Weight: 175   Days Served:

Bondsman: NA

Reappear: 06-09-05

How Released:
 2($1000.00) PROPERTY BONDS

Custody/Supervision:
 ANN RICHARDSON AND RONNIE OLIVER

Notes:
 NO INJURIES

Signature _____  Date 05-11-05

Jailer/Booking Officer _____  Date 05-11-05