# ALEXANDER CITY JAIL
# INMATE REQUEST FORM

NOTE: PLEASE PRINT ALL INFORMATION

DEFENDANT'S EXHIBIT

NAME Jeffrey W Spear    CELL 1

PLEASE CHECK ONE OF THE FOLLOWING:

MEDICAL ☒    GRIEVANCE ☒    REQUEST FOR SPECIAL VISIT ___

OTHER ___ Denial of Medical treatment

BRIEFLY STATE YOUR REQUEST THEN GIVE TO JAIL OFFICER:
I am request Medical attention for my Knee I Have insurance or 250 dollars Cash I am in a lot of pain And as you (Capt Robinson) well know my medication Ran out over a week ago.

DO NOT WRITE BELOW THIS LINE - FOR REPLY ONLY

234-4285

Spear call Dr. Corbin for an appointment
11:20 Am 5/4/05 he was taken to Dr. Corbin

ALL INMATE REQUEST FORMS WILL BE MAILED THROUGH THE SHIFT SUPERVISOR TO THE JAIL ADMINISTRATOR FOR DISPOSITION.

COPIES TO ___ INMATE    INMATE FILE ___
___ DISCIPLINARY HEARING BOARD    OTHER ___

SIGNATURE OF JAIL OFFICERS RECEIVED ___
DATE ___    TIME: ___