# ALEXANDER CITY
Police Department

## JAIL LOG

20

| NAME | RACE | SEX | AGE | CHARGE | BOOKING DATE | BOOKING TIME | BOOKING OFFICER | AGENCY | RELEASED BY OFF. & AGENCY | HOW RELEASED | DATE RELEASED | TIME RELEASED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spear, Jeffery | W | M | 40 | Domestic Violence 3° (Harassment) | 6/11/05 | 08:43 | 3053 | ARPD | 3052/ARPD | Released per Judge | 7-15-05 | 1815 |



DEFENDANT'S EXHIBIT