**Alexander City Police Dept**
*P·O Box 943 Alexander City, AL 35011*
*(256) 234-3421*

**SPEAR, JEFFERY WAYNE**

Gang
ID #     01-8250
SSN      ████████
DLN      4979532
DOB      ████████
Gender   M
Height   602
Weight   175
Race     CAUCASIAN
Eyes     HAZEL
Hair     BROWN
Martl St MARRIED
NOK Rel  PARENT





| Address ████████ | ALEXANDER AL. 35010 | PlaceOfBirth RUSSELL COUNTY  AL. |
|---|---|---|
| Occupation MECHANIC | Employer SELF EMPLOYED | WorkAddress |
| NextOfKin LAMAR SPEAR | NOKAddress PHEONIX CITY AL | EducationLevel 12 |
| Phone 234-9075 | WorkPhone 256-234-9075 | NOKPhone 334-298-9452 |
| DL St AL. | SID# 00941259 | FBI# 307883CA8 |

SMT

Notes

| Date | Case# | Chg# | Arr# | Cnt | Charge |
|---|---|---|---|---|---|
| 06/01/2005 | 050600001 | | | 1 | DOMESTIC VIOLENCE 3 HARASSMENT 13A-6-132 |
| 04/21/2005 | 050401266 | | | 1 | HARASSING COMMUNICATIONS 13A-11-8 |
| 04/13/2005 | 050401059 | | | 1 | DOMESTIC VIOLENCE 3 ASSAULT 13A-6-132 |
| 06/25/2004 | 040601923 | | | 1 | PROMOTING PRISON CONTRABAND 3 13A-10-38 |

# Book-In Sheet

## Inmate Name:  SPEAR, JEFFERY WAYNE

ID: 01-8250    SSN: ▓▓▓▓▓▓    DLN: 4979532    DOB: ▓▓▓▓▓▓▓

*Printed On 09/29/2005*

Book In Date: 06/01/2005    Reference#: 05-0603    Warrant#:

Docket Number:

Book In Date: 06/01/2005    Book In Time: 02:43

Arresting Agency: ACPD
Booking Officer: 3052                Arrest Officer(s): SIVLEY
Arrest Location: ▓▓▓▓▓▓▓▓▓▓. ALEX. CITY
Finger Print: YES

Arraign Date:    Arraign Time:

Next Of Kin:        Next Of Kin Phone:
Next Of Kin Address:

Bond: $1000.00 P                        Fine:
Sentence Begins:            Sentence Expires:
Attorney:    Date Appointed:

Section:    Block:    Cell:

Charge/Conviction:
    DOMESTIC VIOLENCE 3 HARASSMENT 13A-6-132

Hold For:

Classification:
    ARRESTEE

Notes

Jailer/Booking Officer_____    Date_____

**Medical Treatment/ Injuries**

## Inmate Name:  SPEAR, JEFFERY WAYNE

ID:  01-8250    SSN: ███████    DLN:  4979532    DOB ███████

*Printed On 09/29/2005*

Book In Date: 06/01/2005    Reference#: 05-0603    Warrant#:

Previous/Current Medical Conditions:


Treatment and Treatment Date:


Prescriptions/Medical Treatments/Medical Programs:


Medical Notes:
    NO MEDICAL PROBLEMS.

Description of any Recent Physical Injury:
    INMATE HAS SEVERAL ABRASIONS TO HIS BODY SELF INFLICTED PRIOR TO BEING
ARRESTED.

How Injury was Received:


--No Injuries Treated Prior to Book-In--

Description of Injury Treatment:


Jailer/Booking Officer_____    Date_____

# Inmate Personal Property Check-In

## Inmate Name:  SPEAR, JEFFERY WAYNE

ID: 01-8250    SSN: ▇▇▇▇▇    DLN: 4979532    DOB: ▇▇▇▇▇

*Printed On 09/29/2005*

Book In Date: 06/01/2005   Reference#: 05-0603   Warrant#:

Personal Property Items:
  Belt

Other Items:

Personal Property Notes:

Currency: 0    Coins:    Checks:    Total Money: $ 0
Notes On Cash:

--Vehicle Not Impounded--
Where Impounded:
Vehicle Type:        Make:
Model:                    Vehicle Year:
Lic Number:         Lic State:

Vehicle Condition/Notes:
  NONE

Check In:

Signature_____    Date_____

Check Out:

Signature_____    Date_____

Jailer/Booking Officer_____    Date_____

# Jail Property Issued

Inmate Name:  SPEAR, JEFFERY WAYNE

ID:  01-8250      SSN:       DLN:  4979532      DOB:

*Printed On 09/29/2005*

Book In Date: 06/01/2005    Reference#:  05-0603    Warrant#:

<u>Jail Property Issued:</u>
    Mattress

<u>Other items Issued:</u>

<u>Notes:</u>

<u>Issued:</u>

Signature_____      Date_____

<u>Returned:</u>

Signature_____      Date_____

Jailer/Booking Officer_____      Date_____

**Suicide**

## Inmate Name:  SPEAR, JEFFERY WAYNE

ID:  01-8250    SSN: ■■■■■    DLN:  4979532    DOB: ■■■■■ 

*Printed On 09/29/2005*

Book In Date: 06/01/2005    Reference#: 05-0603    Warrant#:

Questions


Description


Arresting Officer Signature


Notes
     INMATE ATTEMPTED SUICIDE PRIOR TO BEING ARRESTED IT IS BELIEVED THAT
INMATE IS COMING DOWN FROM A DRUG OF SOME SORT.


Jailer/Booking Officer_____    Date_____

**OFFICER** ... NOT BE PUBLIC INFORMATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 6 2 0 1 0 0 | Alexander City Police Department | 0 5 0 6 0 0 0 0 1 | |

**IDENTIFICATION**

5 LAST, FIRST, MIDDLE NAME
Spear, Jeffery Wayne

6 ALIAS AKA

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 HAIR | 13 SKIN | 14 | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | ☒ W 1 ☐ 3 A ☐ 2 B ☐ 4 | 602 | 175 | Haz | Bro | | ☐ 1 SCARS ☐ 2 MARKS ☐ 3 TATTOOS ☐ 4 AMPUTATIONS | | |

| | 17 DATE OF BIRTH | 18 Age | 19 MISCELLANEOUS ID # |
|---|---|---|---|
| 15 PLACE OF BIRTH (CITY, COUNTY, STATE)  Russell County, AL | 15 SSN ~~(redacted)~~  04 ~~(redacted)~~ | 40 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 OL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| 00941259 | HENRY CLASS | | | | | | | 4979532 | AL |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |
| 307883CA8 | | | | | | | | | |

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP)  ~~(redacted)~~ Alexander City, AL 35010 | 28 RESIDENCE PHONE  256 , 234-9075 | 29 OCCUPATION (BE SPECIFIC)  Mechanic |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL)  Self Employed | 31 BUSINESS ADDRESS (STREET, CITY, STATE)  1919 Old Kellyton Road Alexander City, AL 35010 | 32 BUSINESS PHONE  256 , 234-9075 |
|---|---|---|

**ARREST**

| 33 LOCATION OF ARREST ( STREET, CITY, STATE, ZIP)  1919 Old Kellyton Road Alexander City, AL 35010 | 34 SECTOR  2 | 35 ARRESTED FOR YOUR JURISDICTION ☐ IN STATE ☐ OUT STATE AGENCY | ☒ YES ☐ NO |
|---|---|---|---|

| 36 CONDITION OF ARRESTEE | ☐ DRUNK ☐ DRINKING | ☐ SOBER ☒ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 INJURIES? ☐ YES ☒ NO | ☐ 1 NONE ☒ 2 OFFICER ☐ 3 ARRESTEE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ 1 HANDGUN ☐ 2 RIFLE ☐ 3 SHOTGUN | ☐ 4 OTHER FIREARM ☐ 5 OTHER WEAPON |
|---|---|---|---|---|---|---|---|---|

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST ☒ ON VIEW ☐ ON CALL ☐ WARRANT | 45 ARRESTED BEFORE? ☒ YES ☐ NO ☐ UNKNOWN |
|---|---|---|---|---|
| 0 6 0 1 0 5 | 0044 | ☐ 1. AM ☐ 3. MIL ☐ 1. PM  S M T ☒W T F S | | |

| 46 CHARGE-1 | ☐ FEL ☒ MISD | 47 UCR CODE | 48 CHARGE-2 | ☐ FEL ☐ MISD | 49 UCR CODE |
|---|---|---|---|---|---|
| Domestic Violence 3rd | | | | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| 13A-6-132/806 | | | | | |

| 56 CHARGE-3 | ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE-4 | ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|---|---|
| | | | | | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|
| | | | | | |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☒ HELD ☐ TOT-LE ☐ BAIL ☐ OTHER ☐ RELEASED | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**vehicle**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP  BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 71 VIN | | | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

**JUVENILE**

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF TO WELFARE AGENCY ☐ REF TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 83 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y | ☐ 1. AM ☐ 3. MIL ☐ 1. PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|---|

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT. RELEASED/HELD AT: | 100 PROPERTY |
|---|---|---|

LOCAL USE

STATE USE

| 102 SIGNATURE OF RECEIVING OFFICER  *(signature)* | 103 SIGNATURE OF RELEASING OFFICER | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐ Y ☐ N |
|---|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | | |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M)  Sivley, Luke | 112 ID#  262 | 113 ARRESTING OFFICER (LAST, FIRST, M)  Whetstone, Hodge 212 | 114 ID #  253 | 115 SUPERVISOR- ID #  SP 238 | 116 WATCH-CMDR ID # |
|---|---|---|---|---|---|

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-90

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 117 DATE AND TIME OF ARREST | | 118 CASE # | 119 SFX |
|---|---|---|---|
| 0 6 0 1 0 5 | 0044 □ AM □ PM ☒ MIL | 0 5 0 6 0 0 0 0 1 | |

## ADDITIONAL ARREST NARRATIVE CONTINUED

120 ADDITIONAL ARREST INFORMATION    Refer to I/O case # 050600001 and 050600004.

I responded to Old Kellyton Road in reference to Jeffery Spear around his wife mother's house. Upon arrival I spoke with Ms. Patsy Spear who stated that Jeffery has been beating on the house and trying to get in. Jeffery and Patsy have had an ongoing Domestic relationship for about 4 months. Myself, Officer Whetstone, and Officer Hodge started looking for Mr. Spears. Patsy opened the front door to the residence at 1919 Old Kellyton Road and stated I believe he is in the house. All officers proceeded into the residence and found Jeffery located in the house hiding under the bed in his room. Mr. Spear was arrested for Domestic Violence 3rd.

NARRATIVE

TYPE OR PRINT IN BLACK INK ONLY

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM SSN | COMPLAINANT SSN | ☒ 1 INCIDENT  ☐ 2 OFFENSE  ☐ 3 SUPPLEMENT | CASE # 0 5 0 6 0 0 0 4 |
|---|---|---|---|

| 4 ORI | 5 DATE AND TIME OF THIS REPORT | 6 AGENCY NAME | 7 IF SUPPLEMENT ORIGINAL OFFENSE DATE M D Y |
|---|---|---|---|
| 0 6 2 0 1 0 0 | 0 6 0 1 0 5  00:24 ☐ AM ☒ PM ☐ MIL. | Alexander City Police Department | |

| 8 REPORTED BY  ☐ VICTIM | 9 ADDRESS (STREET, CITY, STATE, ZIP) | 10 PHONE |
|---|---|---|
| Officer Luke Sivley | 1 Court Square Alexander City, AL 35010 | (256) 234-3421 |

| 11 VICTIM  12 VICTIM (LAST, FIRST, MIDDLE NAME) | 13 ADDRESS (STREET, CITY, STATE, ZIP) | 14 PHONE |
|---|---|---|
| ☐ 1P ☐ 2B ☐ 3S  City of Alexander City | 1 Court Square Alexander City, AL 35010 | (256) 234-3421 |

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE |
|---|---|---|---|

| 19 ☐ RESIDENT ☐ NON-RESIDENT | 20 INJURY ☐ YES ☐ NO | 21 RACE ☐ W ☐ B | 22 SEX ☐ MALE ☐ FEMALE | 23 HGT | 24 WGT | 25 DOB M D Y | 26 AGE | 27 WAS OFFENDER KNOWN TO VICTIM? ☐ Y ☐ N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|

| 30 TYPE INCIDENT OR OFFENSE  ☐ FEL  ☐ MISD | 31 DEGREE (CIRCLE)  1  2  3 | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|
| Use of Force | | | |

| 34 TYPE INCIDENT OR OFFENSE  ☐ FEL  ☐ MISD | 35 DEGREE  1  2  3 | 36 UCR CODE | 37 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|

| 38 PLACE OFF OCCURRENCE  Alexander City, AL 35010 | 39 SECTOR  2 |
|---|---|

| 40 POINT OF ENTRY  ☐ DOOR  ☐ WINDOW  ☐ ROOF  ☐ OTHER | 41 METHOD OF ENTRY  ☐ FORCIBLE  ☐ NO FORCE  ☐ ATT. FORCIBLE | 42 ASSAULT  ☐ SIMPLE  ☐ AGGR. | 43 TREATMENT FOR ASSAULT INJURY ☐ Y ☐ N |
|---|---|---|---|

| 44 OCCURRED ON OR BETWEEN | 45 TIME | 46 | 47 LIGHTING | 48 WEATHER | 49 PREMISE | 50 CODE |
|---|---|---|---|---|---|---|
| 0 6 0 1 0 5 | 00:24 ☐ AM ☒ PM ☐ MIL. | S M T W T F S | ☒ 1-NATURAL  ☐ 2-MOON  ☐ 3-ART. EXT.  ☐ 4-ART. INT.  ☐ 5-UNK. | 1-CLEAR  2-CLOUDY  ☒ 3-RAIN  4-FOG  5-SNOW  6-HAIL  7-UNK. | A-HWY.-ST.-ALLEY  B-RAILROAD  ☒ C-RESIDENCE  D-CHURCH  E-SCHOOL  F-CONVENIENCE  G-INDUSTRIAL  H-SERVICE STA. | I-BANK  J-DRUG STORE  K-ART./TWN. HSE.  L-SHOPPING CENTER  M-PARKING LOT  N-OTHER COMMER.  O-OTHER |
| 0 6 0 1 0 5 | 00:40 ☐ AM ☒ PM ☐ MIL. | S M T W T F S | | | | |

| 54 VERIFY FOR RAPE EXAM ☐ Y ☐ N | 55 TREAT. FOR RAPE INJURY ☐ Y ☐ N | 58 CIRCUMSTANCES HOMICIDE & ASSAULT  CODE  -LOCATION: RAPE |
|---|---|---|

| 56 WEAPON USED  ☐ FIREARM  ☐ HANDS, FISTS, VOICE, ETC.  ☐ KNIFE  ☐ OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE  DESCRIBE: | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN |
|---|---|---|

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| | | | | | |
| | | | | | |
| | | | | | |
| | ☐ CONTINUED IN NARRATIVE | | | | |

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/ FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S  R  D  C | S  R  D  C | S  R  D  C | S  R  D  C | S  R  D  C | S  R  D  C |

| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S  R  D  C | S  R  D  C | S  R  D  C | S  R  D  C | S  R  D  C |

| 75 CHECK CATEGORIES  ☐ STOLEN  ☐ RECOVERED  ☐ SUSPECTS VEH.  ☐ VICTIMS VEH.  ☐ UNAUTH USE  ☐ ABANDONED |
|---|

| 76 #STOLEN | 77 LIC. | 78 LIS | 79 LIY. | 80 TAG COLOR | 81 VIN |
|---|---|---|---|---|---|

| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO | TOP:  BOTTOM: | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|---|

| STOLEN MTR. VEH ONLY | 88 AREA STOLEN  ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP VERIFIED BY: | ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER | 90 WARRANT SIGNED  ☐ YES ☐ NO  # |
|---|---|---|---|---|

| 21 AUTO INSURER NAME (COMPANY)  ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE ( ) |
|---|---|

| MOTOR VEH. RECOVERY ONLY/REQUIRED FOR 20XX UCR CODE | 93 STOLEN IN YOUR JURISDICTION? ☐ YES ☐ NO ☐ WHERE? | 94 RECOVERED IN YOUR JURISDICTION? ☐ YES ☐ NO ☐ WHERE? |
|---|---|---|

TYPE OR PRINT IN BLACK INK                    ACJIC—32 REV. 6-94

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT/CONTINUED | 95 DATE AND TIME OF REPORT 0 6 0 1 0 5  00 : 24 | 96 CASE # 0 5 0 6 0 0 0 4 | 97 SFX | 98 ☒ OFFENDER ☐ SUSPECT ☐ MISSING PERSON | ☐ CHECK IF MULTIPLE |

| 99 NAME (LAST, FIRST, MIDDLE) Spear, Jeffery | 100 NICKNAME/ALIAS | 101 RACE ☒W ☐A ☐B ☐ | 102 SEX ☒M ☐F | 103 DOB | 104 AGE 40 |

| 105 ADDRESS (STREET, CITY, STATE ZIP) Old Kellyton Road Alexander City, AL 35010 | 106 HGT 601 | 107 WGT 150 | 108 EYE Bro | 109 HAIR Bro | 110 COMPLEXION |

111 PROBABLE DESTINATION — 112 ARMED? ☐Y ☒N ☐UNK — 113 WEAPON

114 CLOTHING — ☐SCARS ☐MARKS ☐TATTOOS — 115 ☒ARRESTED ☐WANTED

WITNESSES section (blank)

137 Refer to I/O and Arrest 050600001

While on a Domestic call on Old Kellyton Road Jeffery Spear was located under the bed in his residence in violation of his bond for a previous Domestic Violence offense. Officer Hodge, Officer Whetstone and Myself talked Mr. Spear out from under the bed. When Mr. Spear came out from under the bed, he came to his feet and lunged toward the bedroom window knocking Officer Hodge to the side Mr. Spear, continued through the closed window with his head. We all grabbed Mr. Spear in an attempt to prevent him from falling to the ground. Mr. Spear continued to struggle while busting out the glass with his fist in an attempt to break out the entire window. After several minutes Officer Hodge sprayed Mr. Spear in the face with O.C. Spray. All Officers were finally able to get Mr. Spear back inside the window. Mr. Spear was then handcuffed behind his back. Fire Medics were requested to respond to the scene and Mr. Spear was then taken outside to get air and was seen by fire medics. Mr. Spear was then decontaminated with water and the O.C. spray was washed off. Officer Whetstone escorted Mr. Spear to the hospital to have his cuts looked at. Officer Hodge sustained two minor lacerations to his right hand. No one else was injured. Investigator Grant came and took pictures of Mr. Spears and the scene.

CONTINUED ON SUPPLEMENT  Y ☐  N ☒

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying the agency if any stolen property or missing person hereby reported is returned.

SIGNATURE

149 REPORTING OFFICER  Sivley, Luke  ID# 520 532 262
150 ASSISTING OFFICER  Whetstone Hodge 212  253
151 SUPERVISOR APPROVAL  SP  288

## ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM SSN | COMPLAINANT SSN | 1 ☒ 1 INCIDENT   ☐ 2 OFFENSE   ☐ 3 SUPPLEMENT | 2 CASE # 0 5 0 6 0 0 1 9 7 | 3 SFX |
|---|---|---|---|---|

| 4 ORI # 0 6 2 0 1 0 0 | 5 DATE AND TIME OF THIS REPORT 0 6 0 3 0 5   08:36 ☐AM ☒PM ☐MIL | 6 AGENCY NAME Alexander City Police Department | 7 IF SUPPLEMENT ORIGINAL OFFENSE DATE   M   D   Y |
|---|---|---|---|

| 8 REPORTED BY   ☐ VICTIM OR P. Pearson | 9 ADDRESS (STREET, CITY, STATE, ZIP) 1 Court Square Alexander City, AL 35010 | 10 PHONE ( 256 ) 329-6753 |
|---|---|---|

| 11 ☐ FAULT ☐ VICTIM OFFICER | 12 VICTIM (LAST, FIRST, MIDDLE NAME) City of Alexander City   1P ☒ 3S | 13 ADDRESS (STREET, CITY, STATE, ZIP) 1 Court Square Alexander City, AL 35010 | 14 PHONE ( 256 ) 234-3421 |
|---|---|---|---|

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE ( ) |
|---|---|---|---|

| ☐ RESIDENT ☐ NON-RESIDENT | 20 INJURY ☐ Y ☐ N | 21 RACE ☐ W ☐ A ☐ B ☐ I | 22 SEX ☐ MALE ☐ FEMALE | 23 HGT | 24 WGT | 25 DOB  M  D  Y | 26 AGE | 27 WAS OFFENDER KNOWN TO VICTIM ? ☐ Y ☐ N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|

| 30 TYPE INCIDENT OR OFFENSE   ☐ FEL.   ☒ MISD Criminal Mischief | 31 DEGREE (CIRCLE) 1   2   ③ | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE 13A-7-23 |
|---|---|---|---|

| 34 TYPE INCIDENT OR OFFENSE   ☐ FEL.   ☐ MISD | 35 DEGREE 1   2   3 | 36 UCR CODE | 37 STATE CODE/LOCAL ORDNANCE |
|---|---|---|---|

**EVENT**

| 38 PLACE OFF OCCURRENCE Alexander City Police Department Jail | 39 SECTOR 0 3 |
|---|---|

| 40 POINT OF ENTRY ☐ DOOR ☐ WINDOW ☐ ROOF ☐ OTHER | 41 METHOD OF ENTRY ☐ FORCIBLE ☐ NO FORCE ☐ ATT. FORCIBLE | 42 ASSAULT ☐ SIMPLE ☐ AGGR. | 43 TREATMENT FOR ASSAULT INJURY ☐ Y ☐ N |
|---|---|---|---|

| OCCURRED ON OR BETWEEN | 45 TIME 13:30 ☐AM ☒PM ☐MIL | 46 SMTWTFS | 47 LIGHTING 1- NATURAL 2- MOON 3- ART. EXT. 4- ART. INT. 5- UNK. | 48 WEATHER 1 - CLEAR 2 - CLOUDY 3 - RAIN 4 - FOG 5 - SNOW 6 - HAIL ☒ 7 - UNK. | 49 PREMISE A - HWY.-ST.-ALLEY B - RAILROAD C - RESIDENCE D - CHURCH E - SCHOOL F - CONVENIENCE G - INDUSTRIAL H - SERVICE STA. | I - BANK J - DRUG STORE K - ART/TWN. HSE. L - SHOPPING CENTER M - PARKING LOT N - OTHER COMMER. O - OTHER  Jail | 50 CODE |
|---|---|---|---|---|---|---|---|

| 0 6 0 2 0 5 | 52 TIME 14:30 ☐AM ☒PM ☐MIL | 53 SMTWTFS | | | | | |

| 54 VERIFY FCR RAPE EXAM ☐ Y ☐ N | 55 TREAT. FOR RAPE INJURY ☐ Y ☐ N | 56 CIRCUMSTANCES HOMICIDE & ASSAULT   CODE   LOCATION: RAPE | | | | | |

| 58 WEAPON USED ☐ FIREARM ☐ KNIFE ☐ HANDS, FISTS, VOICE, ETC. ☐ OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE DESCRIBE ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN |
|---|---|

**DESCRIPTION**

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE STOLEN | DAMAGED | 63 RECOVERED DATE | VALUE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | ☐ CONTINUED IN NARRATIVE | | | | |

**PROPERTY VALUE**

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/ FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S | S | S | S | S | S |
| R | R | R | R | R | R |
| D | D | D | D | D | D |
| C | C | C | C | C | C |

| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S | S | S | S | S |
| R | R | R | R | R |
| D | D | D | D | D |
| C | C | C | C | C |

**VEHICLES**

| 75 CHECK CATEGORIES | ☐ STOLEN | ☐ RECOVERED | ☐ SUSPECTS VEH. | ☐ VICTIMS VEH. | ☐ UNAUTH.USE | ☐ ABANDONED |
|---|---|---|---|---|---|---|

| 76 #STOLEN | 77 LIC. | 78 LIS. | 79 LIY. | 80 TAG COLOR | 81 VIN |
|---|---|---|---|---|---|

| 82 VYR. | 83 VMA | 84 VMO | 85 VST | 86 VCO. TOP: BOTTOM: | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|

| STOLEN MTR. VEH ONLY | 88 AREA STOLEN ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP VERIFIED BY: ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER | 90 WARRANT SIGNED YES ☐ NO ☐ # |
|---|---|---|---|

| 21 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE ( ) |
|---|---|

| MOTOR VEH.RECOVERY ONLY REQUIRED FOR 24XX UCR CODE | 93 STOLEN IN YOUR JURISDICTION? YES ☐ NO ☐ WHERE? | 94 RECOVERED IN YOUR JURISDICTION? YES ☐ NO ☐ WHERE? | |
|---|---|---|---|

TYPE OR PRINT IN BLACK INK                                            AC.IIC—32 REV. 6-94

OFFICER'S  WORK PRODUCT MAY  NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 0 6 0 3 0 5  08 : 36 | AM FM ☒ MIL | 99 CASE # 0 5 0 6 0 0 1 9 7 | 97 SFX | 98 ☒ OFFENDER ☐ SUSPECT ☐ MISSING PERSON | ☐ CHECK IF MULTIPLE |

| 99 NAME (LAST, FIRST, MIDDLE) Spear, Jeffery, Wayne | 100 NICKNAME/ALIAS | 101 RACE ☒W ☐A ☐B ☐I | 102 SEX ☒M ☐F | 103 DOB M    D    Y | 104 AGE 40 |
| 105 ADDRESS (STREET, CITY, STATE, ZIP) 1919 Old Kellyton Road Alexander City, Alabama 35010 | | 106 HGT 602 | 107 WGT 175 | 108 EYE Hzl | 109 HAIR Bro | 110 COMPLEXION Light |
| 111 PROBABLE DESTINATION | | 112 ARMED? ☐Y ☐N ☐UNK | 113 WEAPON |
| 114 CLOTHING | ☐ SCARS  ☐ MARKS  ☐ TATTOOS | 115 ☐ ARRESTED ☐ WANTED |

137 On 06-02-05, I was performing a normal jail check at around 1400 hours.  While walking through the jail, I noticed a small piece of metal (about 4 inch triangular shaped) sticking up from the bottom left bunk in cell B-3.  The bunk was not like that at last jail check.  The cell was occupied by Mr. Jeffery Spear.  Mr. Spear was the only occupant in that cell all day.  I notified Captain Robinson who determined the damage was a hazard to Mr. Spear since Mr. Spear was already on a suicide watch.  Mr. Spear later admitted to trying to cut his wrist with this object.   Mr. Spear was transported to another cell without incident.  Maintenance was called to repair the damage.

CONTINUED ON SUPPLEMENT  Y ☐  N ☒

149 REPORTING OFFICER  Pearson, Patrick   ID # 3053

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

Case 3:06-cv-00063-MEF-WC   Document 16-11   Filed 05/03/2006   Page 18 of 21

| 1 SSN | 2 OFFENSE | 3 SUPPLEMENT | 2 CASE # | 3 SFX |
|---|---|---|---|---|

| 1 SSN: 2 0 1 1 0 0 | 5 DATE AND TIME OF THIS REPORT: 0 6 0 2 0 5   16:33 | 6 AGENCY NAME: ALEXANDER CITY POLICE DEPARTMENT | 7 SUPPLEMENT ORIGINAL OFFENSE DATE |
|---|---|---|---|

**8 BY / VICTIM OR**

| 9 ADDRESS (STREET, CITY, STATE, ZIP): 1 COURT SQUARE ALEXANDER CITY, AL 35010 | 10 PHONE: ( 256 ) 329-6753 |
|---|---|

PEARSON

**1P □ SS**  CITY OF ALEXANDER CITY

| 13 VICTIM (LAST, FIRST, MIDDLE NAME) | 13 ADDRESS (STREET, CITY, STATE, ZIP): 1 COURT SQUARE ALEXANDER CITY, AL 35010 | 14 PHONE: ( 256 ) 234-3421 |
|---|---|---|

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE |
|---|---|---|---|

| | 20 INJURY | 21 RACE | 22 SEX | 23 HGT | 24 WGT | 25 DOB | 26 AGE | 27 WAS OFFENDER KNOWN TO VICTIM? | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| □ RESIDENT | □ Y | □ W □ A | □ MALE | | | M D Y | | □ Y □ N | | |
| □ NON-RESIDENT | □ N | □ B □ I □ F | □ FEMALE | | | | | | | |

| 30 TYPE INCIDENT OR OFFENSE  □ FEL  ☒ MISD | 31 DEGREE (CIRCLED): 1  2  ③ | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE: 13A-11-7 / 806 |
|---|---|---|---|

Disorderly Conduct

| 34 TYPE INCIDENT OR OFFENSE  □ FEL  □ MISD | : 1  2  3 | 36 UCR CODE | 37 STATE CODE/LOCAL ORIDNANCE |
|---|---|---|---|

| 39 SECTOR: 3 |
|---|

| 40 PLACE OFF OCCURRENCE: ALEXANDER CITY POLICE DEPARTMENT JAIL / B-- Cell shower area | 42 ASSAULT | 43 TREATMENT FOR ASSAULT INJURY  □ Y □ N |
|---|---|---|

| 41 METHOD OF ENTRY  □ FORCIBLE  □ NO FORCE | □ ATT. FORCIBLE | □ SIMPLE  □ AGGR. |
|---|---|---|

| □ POINT □ DOOR □ ROOF | 46 TIME: 16:20 □ AM ☒ PM □ MIL | 47 LIGHTING | 48 WEATHER | 49 PREMISE | |
|---|---|---|---|---|---|
| □ ENTRY □ WINDOW □ OTHER | 52 TIME: 16:30 □ AM ☒ PM □ MIL | 1 - NATURAL / 2 - MOON / 3 - ART. EXT. / 4 - ART. INT. / 5 - UNK. | □ 1 - CLEAR / ☒ 2 - CLOUDY / □ 3 - RAIN / □ 4 - FOG / □ 5 - SNOW / □ 6 - HAIL / □ 7 - UNK. | A - HWY.-ST.-ALLEY / B - RAILROAD / C - RESIDENCE / D - CHURCH / E - SCHOOL / F - CONVENIENCE / G - INDUSTRIAL / H - SERVICE STA. | L - BANK / J - DRUG STORE / K - ART/TWN. HSE. / L - SHOPPING CENTER / M - PARKING LOT / N - OTHER COMMER. / ☒ O - OTHER JAIL |

| 50 CODE |
|---|

OCCURRED ON OR BETWEEN

| 54 VERIFY FOR RAPE EXAM  □ Y □ N | 55 TREAT. FOR RAPE INJURY  □ Y □ N | 56 CIRCUMSTANCES HOMICIDE & ASSAULT | CODE |
|---|---|---|---|

LOCATION: RAPE

| 57 WEAPON USED | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE | □ HANDGUN □ RIFLE □ SHOTGUN □ UNKNOWN |
|---|---|---|
| □ FIREARM  ☒ HANDS, FISTS, VOICE, ETC. | DESCRIBE | |
| □ KNIFE  □ OTHER DANGEROUS | | |

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | □ CONTINUED IN NARRATIVE | | | | |

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/ FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C | S R D C |

| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S R D C | S R D C | S R D C | S R D C | S R D C |

| 75 CHECK CATEGORIES  □ STOLEN  □ RECOVERED  □ SUSPECTS VEH.  □ VICTIMS VEH.  □ UNAUTH.USE  □ ABANDONED |
|---|

| 76 #STOLEN | 77 LIC. | 78 LIS. | 79 LIY. | 80 TAG COLOR | 81 VIN |
|---|---|---|---|---|---|

| 82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO. TOP: BOTTOM: | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|

| STOLEN MTR. VEH ONLY | 88 AREA STOLEN  □ BUS. □ RES. □ RUR. | 90 OWNERSHIP VERIFIED BY: | □ TAG RECEIPT □ BILL OF SALE □ TITLE □ OTHER | 90 WARRANT SIGNED YES □  NO □  # |
|---|---|---|---|---|

| 21 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE: ( ) |
|---|---|

| MOTOR VEHICLE RECOVERY* ONLY.REQUIRED FOR ANY UCR CODE | 93 STOLEN IN YOUR JURISDICTION?  YES □  NO □ WHERE? | 94 RECOVERED IN YOUR JURISDICTION?  NO □  □ WHERE? | YES □ |
|---|---|---|---|

TYPE OR PRINT IN BLACK INK

ACJIC—32 REV. 6-94

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 06 02 05 16:33 | 96 CASE # 05 06 00 1139 | 97 SFX | 98 ☒ OFFENDER ☐ SUSPECT ☐ MISSING PERSON | ☐ CHECK IF MULTIPLE |

99 NAME (LAST, FIRST, MIDDLE): SPEAR, JEFFERY, WAYNE
100 NICKNAME/ALIAS:
101 RACE: ☒W ☐A ☐B ☐I
102 SEX: ☒M ☐F
103 DOB: D Y
104 AGE: 40

105 ADDRESS (STREET, CITY, STATE, ZIP): ALEXANDER CITY AL 35010
106 HGT: 602  107 WGT: 175  108 EYE: HZL  109 HAIR: BRO  110 COMPLEXION: LIGHT
112 ARMED? ☐Y ☒N ☐UNK  113 WEAPON:
111 PROBABLE DESTINATION:
115 ☐ ARRESTED ☐ WANTED
114 CLOTHING:
☐ SCARS ☐ MARKS ☐ TATTOOS

**NARRATIVE:**

On the above date, Jeffery Spear was asked to sit with Mrs. Prichard for a bond hearing by Captain Robinson. Mr. Spear refused and told Captain Robinson "fuck you". Mr. Spear then tried to push Captain Robinson out of the way. Captain Robinson and myself immediately took Mr. Spear to the ground and gained control. Mr. Spear was then put into an isolated cell where self inflicted wounds were placed on his head by running into the wall. Fire medics were called to examine Mr. Spear were they gave him a good prognosis. Mr. Spear calmed down and remained in an isolated cell without further incident. I sustained a small cut below my right eye and a small cut on my right pinky finger. No medical attention was required.

CONTINUED ON SUPPLEMENT ☐Y ☒N

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying the agency if any stolen property or missing person hereby reported is returned

149 REPORTING OFFICER: Patrick Pearson
150 ASSISTING OFFICER:

147 CASE STATUS: ☐1-PENDING ☐2-INACTIVE ☒3-CLOSED
148 CASE DISPOSITION: ☐1-CLEARED BY ARREST (JUV) ☐2-CLEARED BY ARREST (ADULT) ☐3-UNFOUNDED ☒5-ADMINISTRATIVELY CLEARED
☐4-EXCEPTIONAL CLEARANCE: A-SUSPECT/OFFENDER DEAD, B-OTHER PROSECUTION, C-EXTRADITION DENIED, D-LACK OF PROSECUTION, E-JUVENILE, NO REFERRAL, F-DEATH OF VICTIM

# ALABAMA UNIFORM ARREST REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 6 2 1 0 0 | Alexander City Police Dept. | 0 5 0 6 0 0 1 3 9 | |

**IDENTIFICATION**

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Spear, Jeffery Wayne | |

| 7 SEX | 8 RACE | 9 HGT | 10 WGT | 11 EYE | 12 HAIR | 13 SKIN | 14 | ☐ 1 SCARS | ☐ 2 MARKS | ☐ 3 TATTOOS | ☐ 4 AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | ☒ 1 W ☐ 2 B ☐ 3 A ☐ 4 I | 602 | 175 | hzl | bro | | | | | | |

| 15 PLACE OF BIRTH (CITY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 Age | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Russell County Al. | | | 40 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| 00941259 | | | | | | | | 4979532 | Al |
| 24 FBI # | HENRY CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |
| 307883CA8 | NCIC CLASS | | | | | | | | |

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 1919 Old Kellyton Road Alexander City, Al. | 256, 234-9075 | Mechanic |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE) | 32 BUSINESS PHONE |
|---|---|---|
| Self-Employed | | |

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION ☒ YES ☐ NO |
|---|---|---|
| Police Department | 3 | ☒ IN STATE ☐ OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐ DRUNK ☐ SOBER ☐ DRINKING ☒ DRUGS | ☐ YES ☒ NO | ☒ 1 NONE ☐ 2 OFFICER ☐ 3 ARRESTEE | ☐ Y ☒ N | ☐ 1 HANDGUN ☐ 2 RIFLE ☐ 3 SHOTGUN ☐ 4 OTHER FIREARM ☐ 5 OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0 6 0 3 0 5 | 1127 ☐1. AM ☒3. MIL ☐2. PM | S M T W ☒T ☒F S | ☒ ON VIEW ☐ WARRANT | ☐ YES ☐ NO ☐ UNKNOWN |

| 46 CHARGE—1 ☐ FEL ☒ MISD | 47 UCR CODE | Criminal Mischief 3rd Degree | 49 UCR CODE |
|---|---|---|---|
| Disorderly Conduct | | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| 13A-11-7 /806 | WA 05 000183 | 0 6 0 3 0 5 | 13A-7-23 /806 | WA 05 000182 | 0 6 0 3 0 5 |

| 56 CHARGE—3 ☐ FEL ☐ MISD | 57 UCR CODE | | | | 59 UCR CODE |
|---|---|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☒ HELD ☐ TOT-LE ☐ BAIL ☐ OTHER ☐ RELEASED | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**vehicle**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCG TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 71 VIN | 78 IMPOUNDED? ☐YES ☐NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

**JUVENILE**

| 82 JUVENILE DISPOSITION: | ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y | ☐1. AM ☐3. MIL ☐1. PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|---|

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY |
|---|---|---|

LOCAL USE

STATE USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐Y ☐N |
|---|---|---|---|---|---|---|---|
| | 0 5 0 6 0 0 1 9 7 | | | | | | |

| 111 ARRESTING OFFICER (LAST, FIRST, M) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR ID # |
|---|---|---|---|---|---|
| Capt.W.G.Robinson | 135 | | | | 135 |

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-90

OFFICERS WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**ADDITIONAL ARREST NARRATIVE CONTINUED**

| 117 DATE AND TIME OF ARREST | | 118 CASE # | 119 SFX |
|---|---|---|---|
| 0 6 0 3 0 5   1127 | ☐ AM ☐ PM ☒ MIL | 0 5 0 6 0 0 1 3 9 | 1 |

120 ADDITIONAL ARREST INFORMATION     Mrs.Prichard Municipal Court Clerk, was doing bond hearing on the inmates in the City Jail, the above was holding the phone in the jail, I (Capt.Robinson) asked Mr.Spear to step out of the jail for his bond hearing, Mr.Spear just turn his head , I asked him several more times , he refused, I took the phone out of Mr.Spear left hand, then hung it up, Mr.Spear said 'FUCK YOU CAPTAIN', and swan his right arm at me , Mr.Spear was immediately taken to the floor , then placed into a isolated cell ( lock down) , A warrant was sign by Correction Officer  Pearson, on Mr.Spear for damaging one of the bunk in his jail cell.

NARRATIVE

TYPE OR PRINT IN BLACK INK ONLY

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| ☑ 1 INCIDENT | ☐ 2 OFFENSE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ 3 SUPPLEMENT | | 0 | 5 | 0 | 6 | 0 | 0 | 2 | 3 | 0 |

VICTIM SSN | COMPLAINANT SSN

4 ORI # : 0 6 2 0 1 0 0
5 DATE AND TIME OF THIS REPORT: 0 6 0 3 0 5  15:54 ☑ AM ☐ PM
6 AGENCY NAME: Alexander City Police Department
7 IF SUPPLEMENT ORIGINAL OFFENSE DATE: M D Y

8 REPORTED BY ☐ VICTIM OR : P. Pearson
9 ADDRESS ( STREET, CITY, STATE, ZIP): 1 Court Square Alexander City AL 35010
10 PHONE: ( 256 ) 329-6753

**COPY**
Alexander City
Police Department

12 VICTIM (LAST, FIRST, MIDDLE NAME) ☐ 1P ☑ 2S ☐ 3S : City of Alexander City
13 ADDRESS (STREET, CITY, STATE, ZIP): 1 Court Square Alexander City AL 35010
14 PHONE: ( 256 ) 234-3421

16 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE: ( )

☐ RESIDENT ☐ NON-RESIDENT | 20 INJURY ☐ Y ☐ N | 21 RACE ☐ W ☐ B ☐ I | 22 SEX ☐ A ☐ MALE ☐ FEMALE | 23 HGT | 24 WGT | 25 DOB M D Y | 26 AGE | 27 WAS OFFENDER KNOWN TO VICTIM? ☐ Y ☐ N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE

30 TYPE INCIDENT OR OFFENSE ☐ FEL ☐ MISD : Injured Inmate
31 DEGREE (CIRCLE): 1 **2** 3
32 UCR CODE
33 STATE CODE/LOCAL ORDINANCE

34 TYPE INCIDENT OR OFFENSE ☐ FEL ☐ MISD
35 DEGREE: 1 2 3
36 UCR CODE
37 STATE CODE/LOCAL ORDINANCE

## EVENT

38 PLACE OFF OCCURRENCE: Alexander City Police Department Jail
39 SECTOR: 3

40 POINT OF ENTRY: ☐ DOOR ☐ WINDOW ☐ ROOF ☐ OTHER
41 METHOD OF ENTRY: ☐ FORCIBLE ☐ NO FORCE ☐ ATT. FORCIBLE
42 ASSAULT: ☐ SIMPLE ☐ AGGR.
43 TREATMENT FOR ASSAULT INJURY ☐ Y ☐ N

45 TIME: OCCURRED ON OR BETWEEN 15:00 ☐ AM ☑ PM : 0 6 0 3 0 5
52 TIME: 15:45 ☐ AM ☑ PM : 0 6 0 3 0 5

46 M T W ☒ T F S S
53 M T W ☒ T F S S

47 LIGHTING: ☐ 1-NATURAL ☐ 2-MOON ☑ 3-ART. EXT. ☒ 4-ART. INT. ☐ 5-UNK.

48 WEATHER: ☐ 1 - CLEAR ☐ 2 - CLOUDY ☐ 3 - RAIN ☐ 4 - FOG ☐ 5 - SNOW ☐ 6 - HAIL ☒ 7 - UNK.

49 PREMISE: ☐ A - HWY., ST., ALLEY ☐ B - RAILROAD ☐ C - RESIDENCE ☐ D - CHURCH ☐ E - SCHOOL ☐ F - CONVENIENCE ☐ G - INDUSTRIAL ☐ H - SERVICE STA. ☐ I - BANK ☐ J - DRUG STORE ☐ K - ART./TWN. HSE. ☐ L - SHOPPING CENTER ☐ M - PARKING LOT ☐ N - OTHER COMMER. ☒ O - OTHER JAIL

50 CODE

54 VERIFY FOR RAPE EXAM ☐ Y ☐ N | 55 TREAT. FOR RAPE INJURY ☐ Y ☐ N | 56 CIRCUMSTANCES HOMICIDE & ASSAULT CODE: LOCATION: RAPE

59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE DESCRIBE ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN

58 WEAPON USED ☐ FIREARM ☐ KNIFE ☐ HANDS, FISTS, VOICE, ETC. ☐ OTHER DANGEROUS

## DESCRIPTION

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE, MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ CONTINUED IN NARRATIVE

## PROPERTY / VALUE

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/ FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S | S | S | S | S | S |
| R | R | R | R | R | R |
| D | D | D | D | D | D |
| C | C | C | C | C | C |

| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S | S | S | S | S |
| R | R | R | R | R |
| D | D | D | D | D |
| C | C | C | C | C |

## VEHICLES

75 CHECK CATEGORIES ☐ STOLEN ☐ RECOVERED ☐ SUSPECTS VEH. ☐ VICTIMS VEH. ☐ UNAUTH. USE ☐ ABANDONED

76 #STOLEN | 77 LIC. | 78 LIS. | 79 LIY. | 80 TAG COLOR | 81 VIN

82 VYR | 83 VMA | 84 VMO | 85 VST | 86 VCO. | TOP: BOTTOM: | 87 ADDITIONAL DESCRIPTION

STOLEN MTR. VEH ONLY | 88 AREA STOLEN ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP VERIFIED BY: ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER | 90 WARRANT SIGNED YES ☐ NO ☐ #

21 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE ( )

MOTOR VEH. RECOVERY ONLY, REQUIRED FOR 2 UCR CODE | 93 STOLEN IN YOUR JURISDICTION? YES ☐ ☐ NO ☐ WHERE? | 94 RECOVERED IN YOUR JURISDICTION? NO ☐ WHERE? YES ☐

TYPE OR PRINT IN BLACK INK

ACJIC—32 REV. 6-94

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 0 6 0 3 0 5  15 : 54 | ☐ AM ☒ PM | 96 CASE# 0 5 0 6 0 0 2 3 0 | 97 SFX | 98 ☒ OFFENDER ☐ SUSPECT ☐ MISSING PERSON | ☐ CHECK IF MULTIPLE |

| 99 NAME (LAST, FIRST, MIDDLE) SPEAR, JEFFERY WANYE | 100 NICKNAME/ALIAS | 101 RACE ☒W ☐A ☐B ☐I | 102 SEX ☒M ☐F | 103 D.O.B. 0   D   Y | 104 AGE 40 |

| 105 ADDRESS (STREET, CITY, STATE, ZIP) ████ OLD ████ ████████ ALEXANDER CITY AL 35010 | 106 HGT 602 | 107 WGT 175 | 108 EYE HZL | 109 HAIR BRO | 110 COMPLEXION LIGHT |

| 111 PROBABLE DESTINATION | 112 ARMED? ☐Y ☐N ☐UNK | 113 WEAPON |

| 114 CLOTHING | ☐ SCARS | ☐ MARKS | ☐ TATTOOS | 115 ☐ ARRESTED ☐ WANTED |

| 116 NAME (LAST, FIRST, MIDDLE) | 117 NICKNAME/ALIAS | 118 RACE ☐W ☐A ☐B ☐I | 119 SEX ☐M ☐F | 120 DOB M   D   Y | 121 AGE |

| 122 ADDRESS (STREET, CITY, STATE, ZIP) | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION |

| 128 PROBABLE DESTINATION | 129 ARMED? ☐Y ☐N ☐UNK | 130 WEAPON |

| 131 CLOTHING | ☐ SCARS | ☐ MARKS | ☐ TATTOOS | 132 ☐ ARRESTED ☐ WANTED |

**WITNESSES**

| | 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|---|---|
| #1 | | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐I | | (   ) | (   ) |
| #2 | | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐I | | (   ) | (   ) |
| #3 | | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐I | | (   ) | (   ) |
| #4 | | SEX ☐M ☐F RACE ☐W ☐A ☐B ☐I | | (   ) | (   ) |

| WITNESS #1 SSN | WITNESS #2 SSN | WITNESS #3 SSN | WITNESS #4 SSN |

**NARRATIVE**

137 On the above date, Mr. Jeffery Spear complained of pains through out his body. I (Patrick Pearson), informed Captain Robinson that Mr. Spear wanted to go to the doctor. Captain Robinson then transported Mr. Spear to Russell Medical Center. Mr. Spear was examined by Dr. Tisdale. Dr. Tisdale gave Mr. Spear an orthopedic shoe to wear for six weeks and a prescription of Motrin. Mr. Spear was then transported back to the jail with a good prognosis and without further incident.

| CONTINUED ON SUPPLEMENT | Y ☐ | N ☒ | ASSISTING AGENCY ORI | ASSISTING AGENCY CASE# | SFX |

138 LOCAL USE

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying the agency if any stolen property or missing person hereby reported is returned

139 STATE USE

SIGNATURE _____

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE# | 143 SFX | 144 CASE# | 145 SFX | 146 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |

**ADMINISTRATIVE**

| 147 CASE STATUS | 148 CASE DISPOSITION | ☐ 4 - EXCEPTIONAL CLEARANCE | 149 REPORTING OFFICER P. Pearson | ID# 3053 |
| ☐ 1 - PENDING | ☐ 1 - CLEARED BY ARREST (JUV) | ☐ A - SUSPECT/OFFENDER DEAD ☐ B - OTHER PROSECUTION | | |
| ☐ 2 - INACTIVE | ☐ 2 - CLEARED BY ARREST (ADULT) | ☐ C - EXTRADITION DENIED | 150 ASSISTING OFFICER | ID# |
| ☒ 3 - CLOSED | ☐ 3 - UNFOUNDED | ☐ D - LACK OF PROSECUTION ☐ E - JUVENILE, NO REFERRAL | 151 SUPERVISOR APPROVAL NAO | ID# |
| ENTERED ☐Y AC/C/NC/C ☐N DATE | ☐ 5 - ADMINISTRATIVELY CLEARED | ☐ F - DEATH OF VICTIM | 142 WATCH CMDR | ID# |

# ALEXANDER CITY JAIL
## RECORD OF MEDICAL EXAMINATION

**PART 1:** *To Be Completed By Jailer: (please print clearly.)*                  749 - 1960

1. Inmate's Name: Jeffery Wayne Spears

2. Date: 06-03-05

3. Time: _____

4. Reason treatment was needed: Inmate complained of numerous pains. (Head, Foot, Ribs Toes)

5. Did inmate request treatment? ✔ (If yes, place request form in inmate's file if in writing.)

6. Was inmate transported from the jail? yes

7. If yes, to what location? Russell Medical Center

8. Was inmate treated at the jail? No

9. Who examined the inmate? _____

10. Jailer's name: P. Pearson          Signature: _____

---

**PART 2:** *To Be Completed by Person Examining Inmate. (Please print clearly.)*

1. Type of treatment/examination: X-ray

2. Prognosis: Good

3. Is additional treatment needed? yes    If so, please specify if other than by medication:
Wear Orthopedic Shoe & 6 wks

4. Medication prescribed: Motrin

5. Special instructions for administration: Motrin 600mg 1 every 6 hours as needed for pain

6. Other special instructions (restrictions of diet, activity, work, etc.; observation orders; other):

_____

_____

_____

Health Care Provider (please print and give title, i.e. M.D., R.N., D.D.S., etc)

D. R. Tisdale M.D.
Signature

6/3/05    322
Date       Time

# RECORD OF MEDICAL EXAMINATION

**PART 1:**    *To Be Completed By Jailer: (please print clearly.)*                    749 - 1960

1. Inmate's Name: Jeffery Wayne Spears

2. Date: 06-03-05

3. Time: _____

4. Reason treatment was needed: Inmate complained of numerous pains, (Head, Foot Ribs Toes)

5. Did inmate request treatment? ✓ (If yes, place request form in inmate's file if in writing.)

6. Was inmate transported from the jail? Yes

7. If yes, to what location? Russell Medical Center

8. Was inmate treated at the jail? No

9. Who examined the inmate? _____

10. Jailer's name: P. Pearson          Signature: _____

---

**PART 2:**    *To Be Completed by Person Examining Inmate. (Please print clearly.)*

1. Type of treatment/examination: X-ray

2. Prognosis: Good

3. Is additional treatment needed? Yes    If so, please specify if other than by medication:
Wear Orthopedic Shoe & Looks

4. Medication prescribed: Motrin

5. Special instructions for administration: Motrin 600mg 1 every 6 hours as needed for pain

6. Other special instructions (restrictions of diet, activity, work, etc.; observation orders; other):

_____

_____

_____

_____

Health Care Provider (*please print and give title, i.e. M.D., R.N., D.D.S., etc*)

D. R. Tisdale MD

6/3/05    322
Date    Time          Signature

Inmate Release

## Inmate Name:  SPEAR, JEFFERY WAYNE

ID: 01-8250  SSN:   DLN: 4979532  DOB: 

*Printed On 07/15/2005*

Released
Releasing Officer: 3052

Date: 07/15/05  Time: 1815

Release Weight:   Days Served:

Bondsman:

Reappear:

<u>How Released:</u>
RELEASED BY ORDER OF JUDGE HAYNES

<u>Custody/Supervision:</u>
RELEASED TO GLENDA FAYE MCCLURE (MOTHER)

<u>Notes:</u>
NO INJURIES AT TIME OF RELEASE

Signature _____  Date 7-15-05

Jailer/Booking Officer _____  Date 7-15-05