| Incident Number | Type of Call | | | | State Number | Incident Date |
|---|---|---|---|---|---|---|
| 050600001.0 | Medical - Medical | | | | -7111 | 05/31/2005 |

| Location | Dispatcher | Dispatch POD | | Unit | Prescheduled Pickup Time | |
|---|---|---|---|---|---|---|
| Pt | 8628130 | Medical | | 001 | | |

| Disposition | Called by | Dispatch Chief Complaint | Driver | TIMES | |
|---|---|---|---|---|---|
| Treat-No Transport | Public Agency | General Patient Care | 0016313 | Reported | 06/01/2005 00:46:00 |
| Destination | Notification | Priority To Scene | Attendant 1 | Notified | 06/01/2005 00:46:00 |
| | 911 | Emergency | 8628130 | Alerted | 06/01/2005 00:46:00 |
| Chosen by | Requested | Priority From Scene | Attendant 2 | Enroute | 06/01/2005 00:49:00 |
| Med Control Hosp | ALS | Other | | Location | 06/01/2005 00:55:00 |
| | | | | Transport | |
| | | | | Dest | |
| | | | | In Service | 06/01/2005 01:15:00 |

**Patient:** Jeffery W Spear
Alexander City, AL, 35010

Phone: (256) 234-9075

Age: 40 Y    Race: White    Gender: M

| CHIEF COMPLAINT | General Patient Care | PATIENT OUTCOME | Improved |
|---|---|---|---|
| CURRENT MEDICATIONS | | | |
| ALLERGIES | | | |
| PAST MEDICAL HISTORY | | | |
| ALLERGY OTHER | | | |
| MEDICATION OTHER | | | |

**NARRATIVE**
PT WAS SITTING ON PORCH IN POLICE CUSTODY IN HANDCUFFS. PT HAD TRIED TO JUMP THRUOGH A WINDOW. PT HAD 2 SMALL CUTS TO HIS FACE R SIDE AND 1 CUT TO HIS RIGHT LEG ABOVE THE KNEE. WE ACCESSED PT ANF FOUND NO MORE CUTS. WE BANDAGED THE CUTS WITH 4X4'S AND KERLIX. ACPD STATED THEY WOULD TRANSPORT TO THE ER SINCE WOUNDS WERE MINOR. PT TURNED OVER TO ACPD FOR TRANSPORT.CBP EMT-P

**VITAL SIGNS**

| Taken | Pulse/POR | Respiration | BP | Skin | AVPU | Eyes | Verbal | Motor | GCS |
|---|---|---|---|---|---|---|---|---|---|
| 06/01/2005 00:59:00 | 098 NT | NT Normal | NT NT | | | | | | 0 |

**PROCEDURES**

| Performed | Medic | Description | Atts | Suc | Authorized | Response | Notes |
|---|---|---|---|---|---|---|---|
| 06/01/2005 00:56:00 | 1 | Bleeding Control | 1 | Y | Protocol | Improved | |

**MEDICATIONS**

| Administered | Medic | Medication | Route | Authorized | Response |
|---|---|---|---|---|---|

DEFENDANT'S EXHIBIT

MCCULLERS, ANDREW(54)    PRICE, CARY B(48)

1