| Incident Number | Type of Call | | | | | State Number | Incident Date |
|---|---|---|---|---|---|---|---|
| 050600139.0 | Trauma - Cut/Stabbing | | | | | -7139 | 06/02/2005 |

| Location | | Dispatcher | Dispatch TOC | | Unit | Prescheduled Pickup Time | |
|---|---|---|---|---|---|---|---|
| Jail | COURT SQUARE ALEXANDER | | Cut/Stabbing | | 004 | | |

| Disposition | Called by | Dispatch Chief Complaint | Patcode | | TIMES | |
|---|---|---|---|---|---|---|
| Treat-No Transport | Public Agency | General Patient Care | 8523938 | Reported | 06/02/2005 | 16:33:00 |
| Destination | Notification | Priority To Scene | Attendant 1 | Notified | 06/02/2005 | 16:33:00 |
| | 911 | Non-Emergency | 9244933 | Alerted | 06/02/2005 | 16:34:00 |
| Crewed by | Requested | Priority From Scene | Attendant 2 | Enroute | 06/02/2005 | 16:34:00 |
| | ALS | Non-Emergency | | Location | 06/02/2005 | 16:35:00 |

Patient: Jeffery W Spear
Alexander City, AL, 35010
(256) 234-9075

Transport
Dest
In Service    06/02/2005 16:46:00

Phone: (256) 234-9075

| Age | Date of Birth | Race | Gender |
|---|---|---|---|
| 40 Y | | White | M |

MILEAGES
Enroute
Scene
Destination

Physician OLMD
946

| CHIEF COMPLAINT | General Patient Care | PATIENT OUTCOME | No Change |
|---|---|---|---|

CURRENT MEDICATIONS
ALLERGIES
PAST MEDICAL HISTORY
PRIOR AID        Wound Management(by Police), Other(by Police)
INJURIES         Head/Lacerate  Mechanisms:
ALLERGY OTHER
MEDICATION OTHER

NARRATIVE
RESP TO JAIL FOR CUT ON HEAD. AOS FOUND 40 Y/O W MALE STATED HE RAN HIS HEAD INTO THE BARS HAD SMALL ABRASION TO RIGHT FOREHEAD WOUND CLEANED UP PT SIGN REFUSAL.

| VITAL SIGNS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Taken | Pulse/POR | Respiration | BP | Skin | AVPU | Eyes | Verbal | Motor | GCS |

| PROCEDURES | | | | | | |
|---|---|---|---|---|---|---|
| Performed | Medic | Description | Atts Suc | Authorized | Response | Notes |

| MEDICATIONS | | | | | |
|---|---|---|---|---|---|
| Administered | Medic | Medication | Route | Authorized | Response |

DEFENDANT'S EXHIBIT

COWART, KENNETH W.(20)          MACOY, DAVID E.(21)