| Incident Number | Type of Call | | | | State Number | Incident Date |
|---|---|---|---|---|---|---|
| 040600734.0 | Medical - Medical | | | | -2582 | 06/10/2004 |

| Location | Dispatcher | Dispatch 500 | | Unit | Prescheduled Pickup Time |
|---|---|---|---|---|---|
| Jail   court square ALEXANDER CITY, AL | | Medical | | 005 | |

| Disposition | Called By | Dispatch Chief Complaint | Driver | TIMES | |
|---|---|---|---|---|---|
| Refused | Public Agency | General Patient Care | 0100503 | Reported | 06/10/2004 13:34:00 |
| | Notification | Priority To Scene | Attendant 1 | Notified | 06/10/2004 13:35:00 |
| | 911 | Emergency | 0016550 | Alerted | 06/10/2004 13:35:00 |
| Chosen by | Requested | Priority From Scene | Attendant 2 | Enroute | 06/10/2004 13:36:00 |
| | ALS | Non-Emergency | | Located | 06/10/2004 13:36:00 |
| | | | | Transport | |
| | | | | Dest | |
| | | | | In Service | 06/10/2004 13:51:00 |

**PATIENT**

Jeffery W Spear
Alexander City, AL, 35010
(256) 234-9075

Phone: (256) 234-9075

| Age | Date of Birth | Race | Gender |
|---|---|---|---|
| 39 Y | | White | M |

**CHIEF COMPLAINT:** General Patient Care
**CURRENT MEDICATIONS:**
**ALLERGIES:**
**PAST MEDICAL HISTORY:**
**SYMPTOMS:** Chest Pain, Breathing Difficulty
**ALLERGY OTHER:**
**MEDICATION OTHER:**
**NARRATIVE:**
AOS to find 39 y/o w/m sitting in chair c/o CP and SOB. Pt states he was on telephone and got upset. VS as above. Placed pt on ECG which showed NSR, HR 91. Pt said CP/SOB has eases up and he refused transport.

**VITAL SIGNS**

| Taken | Pulse/PQR | Respiration | BP | Skin | AVPU | Eyes | Verbal | Motor | GCS |
|---|---|---|---|---|---|---|---|---|---|
| 06/10/2004 13:38:00 | 097 100 | 018 Normal | 140 090 | | | | | | 0 |

**PROCEDURES**

| Performed | Medic | Description | Atts | Suc | Authorized | Response | Notes | |
|---|---|---|---|---|---|---|---|---|
| 06/10/2004 13:40:00 | 1 | Cardiac Monitor | 1 | Y | Protocol | No Change | Initial Rhythm | Normal Sinus |
| | | | | | | | Final Rhythm | Normal Sinus |

**MEDICATIONS**

| Administered | Medic | Medication | Route | Authorized | Response |
|---|---|---|---|---|---|

DEFENDANT'S EXHIBIT

CUMMINGS, STUART R.(2)        GAITHER, STEPHEN L.(26)

1