| GENERAL ORDER | EFFECTIVE DATE: 1 APRIL 2005 | NUMBER: J-525.1 | PAGES: 1 |
|---|---|---|---|
| SUBJECT: | ALEXANDER CITY POLICE DEPARTMENT ACCESS TO THE COURTS | | |
| REFERENCES: ACJS 6-001 | SPECIAL INSTRUCTIONS: Rescinds Policy J-525 | | |

I. POLICY:

It is the policy of the Alexander City Jail that access to the courts shall be governed in a manner, which will assist in the provision of the legal rights of the inmate.

II. PROCEDURE:

1. Access of inmates to any court shall not be blocked, denied, delayed, or otherwise obstructed by any member of the jail staff.

2. Any inmate mail addressed to any court shall be forwarded without inspection or delay.

3. Any court mail addressed to any inmate shall be delivered without inspection or delay.

4. Letters to/from any court shall not be opened by jail staff.

5. Negative sanctions against any inmate for correspondence with any court are prohibited.

NOTE: The term "court" is inclusive of all agents and officers of the court.

DEFENDANT'S EXHIBIT

By Order of:

_____
Chief of Police