| GENERAL ORDER | EFFECTIVE DATE: 1 APRIL 2005 | NUMBER: J-534.1 | PAGES: 1 |
|---|---|---|---|
| SUBJECT: | ALEXANDER CITY POLICE DEPARTMENT ATTORNEY VISITATION | | |
| REFERENCES: | | SPECIAL INSTRUCTIONS: Rescinds Policy J-534 | |

I. POLICY:

It is the policy of the Alexander City Jail that attorney visitation will be governed in a manner which will help to ensure privacy, safeguard the rights of the inmate, and to help ensure safety and security for the jail.

II. DEFINITION:

The use of the word "attorney" refers not only to a licensed attorney but also to any authorized representative (investigator, paralegal, agent, etc.) of that particular attorney.

III. PROCEDURE:

A. An inmate will be permitted to visit privately with his/her attorney of record.

B. Visits between inmates and attorneys will take place in a private area to be designated by the Jail Administrator.

C. Visits between attorneys and inmates may be supervised visually by the jail staff.

D. Conversations between attorneys and inmates are PRIVILEGED COMMUNICATIONS and may not be heard by any member of the jail staff unless the attorney request, in writing, the staff member's presence for security reasons.

E. If an attorney presents himself/herself at the jail for the purpose of visiting an inmate and that attorney is not known to the jail staff, proper picture identification is required before the attorney will be admitted to the jail.

F. Any attorney visiting any inmate in the jail is not permitted to bring any packages, materials, or letters other than that legal material pertaining to the inmate's criminal/civil case to the inmate.

By Order of

Chief of Police

DEFENDANT'S EXHIBIT