

STATE OF ALABAMA
DEPARTMENT OF PUBLIC HEALTH
DONALD E. WILLIAMSON, M.D. • STATE HEALTH OFFICER

## TALLAPOOSA COUNTY HEALTH DEPARTMENT

September 20, 2005

James Hardman, Chief
Alexander City Police
P.O. Box 552
Alexander City, Alabama 35011

Subject: Jail Inspection

Dear Chief Hardman,

This is to verify that I inspected the Alexander City Jail on April 12, 2005. The jail was found to be in good repair, clean and had a comfortable temperature throughout the detention facility. The only deficiencies noted were lack of water in holding cell #1 because of shutoffs being turned off, and several mattresses in bad repair.

This jail does not have food service facilities and obtains food as needed from Health Department permitted food service establishments. The 26 capacity jail had only 3 inmates on the day of the inspection.

If you have any questions about the jail inspection please feel free to contact me at the Tallapoosa County Health Department (256) 329-0531.

Sincerely,

Jason Hallman
Public Health Environmentalist



cc:   Sidney Rogers, Department of Corrections
      Lem Burell, Public Health Area 6 Environmental Director
      Mayor Don McClellan
      Tim Hatch, Alabama Dept. of Public Health

# ALABAMA DEPARTMENT OF PUBLIC HEALTH
## DETENTION FACILITY INSPECTION REPORT

Dr. Donald E. Williamson, M.D.
State Health Officer

County: Tallapoosa

Notice: The deficiencies noted should be addressed as soon as possible. The recommendations to correct the noted deficiencies are based upon Alabama Department of Public Health "Guidelines for the Inspection of Prisons and Jails."

| Facility Name: | Alex City Jail | Director: | Willie G. Robinson |
|---|---|---|---|
| Address: | 1 Court Square | | Zip Code: |

| Date | Insp. Time | Design Capacity | Population | Telephone | Purpose |
|---|---|---|---|---|---|
| 4/12/05 | IN 1:00 / OUT | 26 | 3 | 256-329-6742 | ☑ Regular ☐ Complaint ☐ Other |

| Description | Non-compliance? (X) | Comments |
|---|---|---|
| 01 Water: source, approved: Public (✓) Private ( ); Hot and cold water under pressure; Drinking water provided | | |
| 02 Sewage: sewage and waste water disposal Public (✓) Private ( ) | | |
| 03 Plumbing: Installed, maintained; Cross connections, back siphonage, backflow | ✓ | |
| 04 Toilet, Hand Washing, Bathing Facilities: Adequate number, convenient, designed, installed; Good repair, clean; Hand cleaner, tissue, towels provided | ✓ | |
| 05 Solid Waste: Containers, adequate number, clean, covered; Outside storage area clean, properly constructed | ✓ | |
| 06 Vermin Control: Presence of insects, rodents; Outer openings protected | ✓ | |
| 07 Floors, Walls, Ceilings: Floors, constructed, drained, clean, good repair; Walls and ceiling, good repair, clean | ✓ | |
| 08 Lighting: Adequate, provided as required | ✓ | |
| 09 Heating/Ventilation: Room temperature maintained; Room and equipment vented as required | ✓ | |
| 10 Laundry: Clean, soiled clothing, linen properly stored; Clean and good repair; Equipment, good repair, maintained | ✓ | |
| 11 Clothing: Provided, regular changes, clean | ✓ | |
| 12 Bedding: Clean linen provided; Mattresses, etc., in good repair, storage | ✓ | |

Areas Visited: female holding cell #1
— Sinks not working because of
— Food Catered from Koons

Inspected by: Jason Hallman
Name: Jason Hallman
Received by: [signature]
Name: Antonio Kimble
Title:
Accompanied by:

SAMPLE ADPH FLP 1103/3-2004 55