# STATE OF ALABAMA
## DEPARTMENT OF CORRECTIONS
Engineering Administrative Division
2265 Maron Spillway Road
Elmore, Alabama 36025
(205) 567-1556

## JAIL INSPECTION REPORT

Jail: **Alex City**
Date: **5-11-2005**
Time: **11:20 AM**
Inspector: **Sidney Cooker**

Sheriff/Chief of Police: Avery Morris
City: Alex City
County: Tallapoosa
Phone No.: 234-3421

This is to report conditions of your jail as of this date of inspection. Please carefully note and make needed corrections. These adjustments are necessary to bring your facility into compliance with the standards set forth in Title 14, Code of Alabama, 1975.

—CHECK MARK indicates most accurate description—

### WHAT GOVERNING BODY HAS SUPERVISORY POWER?
City Council ___ County Commission ✓

### POPULATION:
| | W/M | B/M | W/F | B/F | TOTAL |
|---|---|---|---|---|---|
| STATE | | | | | |
| COUNTY | | | | | |
| CITY | | | | | 13 M |
| FEDERAL | | | | | |
| JUVENILES | | | | | |

### JAIL CAPACITY:
MALE **21**  FEMALE **4**  JUVENILE **0**  TOTAL **26**

1. Are Female Prisoners housed separately? ..... YES ___ NO ___ NONE ✓
2. Are separate quarters available for Juveniles? ... YES ___ NO ___ NONE ✓
3. Number of state inmates ON WAIVER ___
   GRAND TOTAL 13

### JAIL EMPLOYEES:
1. Number of Jailers ......... 1
2. Number of Matrons ...... —
3. Other Employees ........... —
4. Are Jailers POST Certified? ..... YES ✓ NO ___

### BUILDING:
GENERAL APPEARANCE:
1. Exterior .......... Poor___ Fair___ Good ✓
2. Interior .......... Poor___ Fair___ Good ✓
3. Fence ............ Poor___ Fair___ Good___ None ✓
4. Yard ............. Poor___ Fair___ Good___ None ✓
5. Type of Construction: Brick ✓ Cement ___ Wood ___ Other ___
6. Year Constructed: 1973
7. Types of Locking Devices: .... Manual ___ Electric ✓
8. Condition of Locking Devices: Poor___ Fair___ Good ✓

### SAFETY FEATURES:
1. Emergency Exits: ... Poor___ Fair___ Good___ None ✓
2. Fire Apparatus: .... Poor___ Fair___ Good ✓ None___
3. Stairways: ......... Poor___ Fair___ Good___ None ✓
4. Elevators: ......... Poor___ Fair___ Good___ None ✓
9. Observation ....... Poor___ Fair___ Good ✓ None___
10. Windows: ......... Poor___ Fair___ Good ✓ None___
11. Screens: .......... Poor___ Fair___ Good___ None ✓
12. Grills: ............. Poor___ Fair___ Good ✓ None___
13. Windows: ......... Poor___ Fair___ Good ✓ None___
14. Cells: ............. Poor___ Fair___ Good ✓ None___

### TRAINING:
IN-SERVICE: .......... YES ___ NO ✓
Other: ............................
5. Is there an EMERGENCY (fire) EVACUATION plan POSTED? ... YES ✓ NO___
6. Are Fire and Safety precautions observed? ........... YES ✓ NO___
   If NOT, explain in Comments section.

### ARE OPERATING PROCEDURES WRITTEN? ........ YES ___ NO ✓
### IS THERE A PRINTED MANUAL? ............. YES ___ NO ✓

### JAIL RECORDS:
1. Arrest Record ..................... YES ✓ NO___
2. Are personal property and cash receipted? .................... YES ✓ NO___
3. Visits .............................. YES ✓ NO___
4. Medical .......................... YES ✓ NO___
5. Commitment and Discharges .... YES ✓ NO___
Are Jail Records Adequate? ........ YES ✓ NO___
Are Prisoners Fingerprinted? ..... YES ✓ NO___
Are Prisoners Photographed? ..... YES ✓ NO___

### SECURITY:
1. Is the jail reasonably secure? .................. YES ✓ NO___
2. Are periodic inspections made of security facilities? .......... YES ___ NO ✓
3. Are firearms stored safely? ..... YES ✓ NO___
   Where are they stored? **Lockbox**
4. Are there regulations prohibiting carrying of firearms into the Jail? ...... YES ___ NO ✓
5. KEY CONTROL: Are keys ever in possession of inmates? ...... YES ___ NO ✓
   Are keys properly stored and accounted for? ...... YES ✓ NO___
6. How often are prisoners quarters visited? **CCTV +**
7. Is jailer on duty 24 hours daily? .................. YES ✓ NO___
8. Are CHECKS conducted at night? ................. YES ✓ NO___
   Are CHECKS logged? ......... YES ✓ NO___
9. Are complete SHAKEDOWNS accomplished? ... YES ✓ NO___
10. Are periodic COUNTS conducted? .......... YES ✓ NO___


DEFENDANT'S EXHIBIT

11. Are CONTRABAND CONTROL procedures in effect? ..... YES___ NO ✓

**12. INMATE VISITS:**
When are visits allowed?
Daily___ Semi-Weekly___ Weekly ✓ Other___
Who is allowed to visit inmates?
Relatives___ YES ✓ NO___
Friends___ YES ✓ NO___
Clergy___ YES ✓ NO___
**Are CONTACT VISITS allowed?** ..... YES___ NO ✓

**13. INMATE MAIL:**
Are INCOMING MAIL and packages INSPECTED? ..... YES ✓ NO___
14. Do new prisoners receive instructions about JAIL RULES? .... YES ✓ NO___
Are these instructions: VERBAL ✓ WRITTEN___

**15. TRUSTIES:**
Are TRUSTIES used? ..... YES___ NO ✓
Who selects the TRUSTIES?
Sheriff/Chief___ Jailer___ Other___
16. Are inmates in UNIFORM? ..... YES ✓ NO___
Coveralls___ Pants & Shirts ✓
Are uniforms MARKED? ..... YES ✓ NO___

**DISCIPLINARY PROCEDURES:**
1. Does the jail hold DISCIPLINARY HEARINGS? ..... YES___ NO ✓
2. Who exercises disciplinary authority?
Sheriff/Chief___ Jailer___ Other___

**FOOD SERVICES:**
General Condition
Kitchen ..... POOR___ FAIR___ GOOD___
Tables ..... POOR___ FAIR___ GOOD___
Shelves ..... POOR___ FAIR___ GOOD___
Screens ..... POOR___ FAIR___ GOOD___
1. Is the cook paid? ..... YES___ NO___
2. Who supervises the Kitchen?___
3. Who plans the Menu?___
4. Do inmates assist in food preparation? ..... YES___ NO___
5. What type of eating utensils are used?
Plastic___ Paper___ Metal___ Other___
Are the utensils washed? ..... YES___ NO___
How Washed? ..... HAND___ SANITIZER___
6. Are the standards of sanitation adequate? ..... YES___ NO___
7. Is copy of menu available on the date of inspection? ..... YES___ NO___
8. Do paid employees supervise the serving of meals? ..... YES___ NO___
9. Is the diet adequate? ..... YES___ NO___
10. Number of meals served per day?
1___ 2___ 3___
11. Food Preparation ... POOR___ FAIR___ GOOD___
Quality ..... POOR___ FAIR___ GOOD___
Quantity ..... POOR___ FAIR___ GOOD___
12. Storage of Food ..... POOR___ FAIR___ GOOD___
Refrigeration ..... POOR___ FAIR___ GOOD___
13. Are Commissary (or store) purchases available to inmates? .. YES___ NO___

**SANITATION AND PERSONAL HYGIENE:**
1. Is there a systematic CLEANING PROGRAM in effect? .. YES___ NO___
2. Are adequate TOOLS and CLEANING MATERIALS available? YES___ NO ✓
3. What type of BEDDING is provided? Sheets___ Blankets ✓
Mattress Cover___ Pillow___ Pillow Case___
HOW OFTEN IS BEDDING LAUNDERED?
Semi-Weekly___ Weekly___ Other___
4. Are excessive FOOD or unnecessary ITEMS in CELLS? ..... YES___ NO ✓
5. Is DRINKING WATER available at all times? ..... YES ✓ NO___
6. Are HOT and COLD WATER available for bathing? ..... YES ✓ NO___
7. Are HEATING and VENTILATION adequate? ..... YES ✓ NO___
8. Is LIGHTING adequate? ..... YES ✓ NO___
9. Condition of PAINT?
Interior ..... POOR___ FAIR___ GOOD___
Exterior ..... POOR___ FAIR___ GOOD___
10. Are BATHING FACILITIES available to all inmates? ..... YES ✓ NO___
11. Are SOAP and TOWELS available? ..... YES ✓ NO___
12. HOW OFTEN are inmates REQUIRED TO BATHE?
Daily___ Semi-Weekly___ Weekly___ Other___
13. CONDITION OF PLUMBING
Are there LEAKING PIPES in the Jail? ..... YES___ NO ✓
COMMODES ..... POOR___ FAIR___ GOOD ✓
LAVATORIES .... POOR___ FAIR___ GOOD ✓
SHOWERS ..... POOR___ FAIR___ GOOD ✓
14. Does the Jail have a PEST CONTROL program? ..... YES ✓ NO___
How often treated?___
By Whom? City Courtney / Mowing?

**MEDICAL SERVICE:**
1. Name of PHYSICIAN? Dr. McDuis
2. How often do physicians visit the jail/facility?
Daily___ Weekly___ On-Call ✓
Other (specify)___
3. What HOSPITAL facilities are used for inmates? Russell

4. Is the Venereal Disease Act enforced? (Title 22, Chapter 16-7) YES___ NO___

**INMATE PROGRAMS:**
1. Are Counseling Services available? .. YES___ NO ✓
2. Recreation Facilities Types Provided:___ YES___ NO ✓
3. Educational Opportunity Types Offered:___ YES___ NO ✓

**COMPLAINTS:**
1. Are there justifiable complaints? ..... YES___ NO ✓
2. Is Jail involved in Litigation? ..... YES ✓ NO___
If YES, type___
3. Is the Jail or Facility Racially Integrated? ..... YES ✓ NO___
4. Is there a Current Grand Jury Report on the Jail? ..... YES___ NO ✓

**INSPECTORS COMMENTS:** Koons Korner Conv. Food

Inspector's Signature: [signed] 2/2/25

Time of Completion: _____

Copy Received By:
SIGNATURE _____
Date _____    Office _____

Copy: State Fire Marshal ☐
County Health Department ☐

SIGNATURE _____
Date _____    Office _____

Page 3 of 3