IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WAYNE SPEAR, | * |
| Plaintiff, | * |
| v. | * Case No. 3:05-cv-00663-F |
| AVERY MARSH; WILLIE J. ROBINSON; STEVE RICHARDSON; RANDY HAYNES; LOUISE PRITCHARD; JERRY WHETSONE; and EDDIE WILLIAMS, | * |
| Defendants. | * |

## AFFIDAVIT OF RANDALL HAYNES

Before me the undersigned personally appeared Randall Haynes who being duly sworn gives testimony as follows:

My name is Randall Haynes and I am the Municipal Judge for the City of Alexander City, Alabama. Any interaction I had with Jeffrey Wayne Spear and any action I took was in my judicial capacity and within my jurisdiction as Municipal Judge.

_____
RANDALL HAYNES

SWORN before me this 4 day of October, 2005.

_____
Notary Public for the State of Alabama
My Commission Expires: 9-15-08
[SEAL]