

Print - Close Window

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

JEFFREY WAYNE SPEAR, *

   Plaintiff, *

v. * Case No. 3:05-cv-00663-F

AVERY MARSH; WILLIE J. ROBINSON; *

STEVE RICHARDSON; RANDY HAYNES;

LOUISE PRITCHARD; JERRY *

WHETSONE; and EDDIE WILLIAMS.

                              *

   Defendants. *

### AFFIDAVIT OF LOUISE PRITCHARD

   Before me the undersigned personally appeared Louise Pritchard who being duly sworn gives testimony as follows:

   My name is Louise Pritchard and I am the Clerk for the Municipal Court for the City of Alexander City, Alabama. Any involvement and interaction I had with Jeffrey Wayne Spear and any actions I took were pursuant to my position and authority as Clerk of the Municipal Court. Attached are the following:

1. Court file for charge of Domestic Violence III for April 13, 2005, arrest.

2. Court file for charge of Harassing Communications for April 21, 2005, arrest.

3. Court file for charge of Domestic Violence III for June 1, 2005, arrest.

          LOUISE PRITCHARD    _Louise Pritchard_ 10/03/05

SWORN before me this 5 day

of _October_, 2005.

x _Harriett C Scott_

Notary Public for the State of Alabama

My Commission Expires: 7-13-2008

[SEAL]

# COMPLAINT
(Felonies, Misdemeanors, or Violations - District Court or Municipal Court)

Warrant Number

Case Number **MC050 396**

IN THE __MUNICIPAL__ COURT OF __ALEXANDER CITY__ ALABAMA
(Circuit, District, or Municipal)      (Name of Municipality or County)

☐ STATE OF ALABAMA     MUNICIPALITY OF __ALEXANDER CITY__

v. __Jeffery Wayne Spear__, Defendant

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that __Jeffery Wayne Spear__

Defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, commit the offense of __DOMESTIC VIOLENCE 3rd (HARASSMENT)__ within the

☐ County of _____
X City/Town of __ALEXANDER CITY__ or in the police jurisdiction thereof, in that he/she did:

(State specific facts here. Continue on a separate sheet of paper if needed.) Mr. Spear was slamming doors and singing very loudly next to his wife trying to provoke her into hitting him. When she would not hit him he began to hit himself in the leg to leave marks and then called police. He pushed his wife out the door and would not let her in the house. The marks were consistent with self infliction due to direction and placement.

in violation of
☐ Section _____, Code of Alabama 1975,
X Ordinance Number __806__, which embraces Section __13A-6-132__
Code of Alabama 1975, previously adopted, effective and in force at the time the offense was committed.
☐ Other _____

Sworn to and Subscribed before me this __26th__ day of __April__ 20__05__

_/s/ Shan[signature]_
Judge/Magistrate/Warrant Clerk

_/s/ H. S. [signature]_
Complainant

ACPD
Address

(256)329-6765
Telephone Number

## WITNESSES

| NAME | ADDRESS | TELEPHONE NUMBER |
|---|---|---|
| Jerry Whetstone | ACPD | (256)329-6765 |

I, Shan[signature], Clerk of the Municipal [Court of] Alexander City, hereby certify that [this is a true and] correct copy of the original in the case of City of Alexander[...]

By _/s/ Shan[signature]_
Clerk of [...]
City of [...]

Additional Witnesses on Reverse Side.

State of Alabama
Unified Judicial System

Case 3:05-cv-00663-MEF-WC   Document 16-20   Filed 10/05/2005   Page 4 of 8

CASE ACTION SUMMARY

CASE NUMBER
ID    YR    Number

| Defendant (Name) | | Sex | Race | DOB | Hgt. | Wgt. | Domestic |
|---|---|---|---|---|---|---|---|
| Jeffery Wayne Spear | | M | W | | 602 | 175 | (Y) N |
| Address | | Charge | | | | | |
| Alex City, Al 35010 | | DOMESTIC VIOLENCE 3rd (HARASSMENT) | | | | | |
| Phone No. 256-234-9075 | | Arrest Date 04-13-2005 | | Arresting Officer Lt. Richerson | | | |
| Employer Self | Phone No. | Social Security # | | Officer ID # 238 | | | |
| Complainant Lt. Richerson | | Alias - | | Police Dept. Case # 050401059 | | | |
| Witnesses J. Whetstone | | Location of Offense 1919 Old Kellyton Rd   Alex City, Al 35010 | | | | | |

BENCH NOTES:

On **6/29/05** (date) the defendant appears in open court in person and pleads (guilty) (not guilty) _____
After hearing the evidence it is the judgement of the court that defendant is _____ (guilty and) is fined $ _____
together with $ _____ cost and $ _____ restitution to the victim and sentenced to _____ days in (city) (county) jail. Defendant to Pay $ _____ per day for housing and maintenance plus actual medical expenses incurred during the period of incarceration. Defendant is given **29** days credit for time already served in jail on this charge.
Additional orders _____

Judge-Municipal Court

## FEE SHEET

| SUMMARY | | TIME SERVED |
|---|---|---|
| Fine | $ | _____ days served at $ _____ per day |
| Costs (Local) | | |
| Fair Trial Tax | | |
| Peace Officers Annuity Fund | | APPEAL RECORD |
| Crime Victims Comp. Fund | | |
| Other | | Circuit Court Case Number |
| Bond Forfeiture | | Date of Appeal |
| TOTAL | $ | Amount of Bond |
| CASH PAYMENT | | Bondsmen |
| Date | Receipt Number   Amount | Orders of the Circuit Court |
| | $ | |

I, _____ Clerk of the _____ Alexander City, hereby _____ correct copy of the original _____ case of City of Alexander _____
By _____ cipal Court _____ der City

| State of Alabama Unified Judicial System | **COMPLAINT** | Warrant Number WA 05 000130 |
|---|---|---|
| Form C-63 Rev: 10/2001 | | Case Number |

In the Municipal Court of __Alexander City__ __Alabama__

Municipality of __Alexander City__ V. __JEFFERY SPEAR__

Before me, the undersigned authority, personally appeared this day the undersigned complaint who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that __JEFFERY SPEAR__ Defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, commit the offense of: __HARASSING COMMUNICATIONS__ within the City of __Alexander City    Alabama__ or in the police jurisdiction thereof, in that he/she did on or about the __April 15th, 2005__

> A person commits the crime of harassing communications if, with intent to harass or alarm another person, he: Cummunicates with person, anonymously or otherwise, by telephones, telegraph, mail or any other form of written or electonic communication, in a mannerlikely to harass or cuase alarm, or makes a telephone call, whether or not a conversatin ensues, with person any lewd or obscene words or language, to-wit:According to Ms Spear her husband Mr Spear was released from jail today for Domestic violence and was told to have no contact with her while she was at work he went to her house and took some of her things then Mr Spear called her on her cell phone whispering are we having fun yet and he told her I will see you in hell,Mr Spear has called her about 3 or 4 times.

in violation of:

✓ Section __13A-11-8B__, Code of Alabama, 1975.

✓ Ordinance Number __806__ of the City of __Alexander__

___ Ordinance Number _____ which embraces Section _____
Code of Alabama 1975, previously adopted, effective and in force at the time the offense was committed.

Sworn to and subscribed before me this
__April 15th, 2005__

_signature_
Court Clerk/Magistrate

PATSY SPEAR
1919 OLD KELLYTON RD
ALEXANDER CITY, AL

X _Patsy Spear_
Signature of Complainant

## WITNESSES

| Witness Name | Witness Address | Telephone Number |
|---|---|---|
| | | |
| | | |

...at this is a true and correct copy of the ...ocuments in the case of City of Alexander City.
By _signature_
Clerk of the Municipal Court
City of Alexander City

| | | |
|---|---|---|
| State of Alabama<br>Unified Judicial System | **CASE ACTION SUMMARY** | Case number:<br>MC 05 000439 |
| Form CS201K  Rev. 08/2001 | The City of CITY OF ALEXANDER CITY | Soc Sec Number:<br>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 |

| Defendant Name and Address<br>JEFFERY SPEAR<br>ALEXANDER AL 35010<br>Telephone Number: | Sex<br>M | Race<br>W | Date of Birth | Court Date<br>6/09/05 |
|---|---|---|---|---|
| | Charge<br>HARASSMENT (COMMUNICATE) | | | |
| Employer       Telephone Number | Arrest Date<br>4/15/05 | Arresting Officer<br>LONG | | |
| | Date Committed to Jail | | Date Released | |
| Complainant       Warrant Number<br>               WA05000130<br>PATSY SPEAR | Bond Amount | | Attorney of Defendant | |
| Waived Counsel  ☐ Yes  ☐ No<br>Case continued to _____ | Sureties | | | |

**Bench Notes:**

On **6/29/05** the defendant appears in open court in person and pleads ☒ guilty ☐ not guilty. After hearing the evidence it is the judgement of the court that defendant is ☐ guilty ☐ not guilty and is fined $_____ together with $_____ court cost, and $_____ restitution, and sentenced to _____ days in city jail.
Additional orders **27 days in jail**
Case nolle prossed _____

                                                                Judge/ Municipal Clerk

**FEE SHEET**

| Summary | |
|---|---|
| Fine amount | $      .00 |
| Court cost amount | $ |
| Cash payment amount | $  133.00 |

_____ days served at $ _____ per day.

| Date | Receipt No | Amount |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

*Appeal Record*

| | |
|---|---|
| Circuit Court Number | |
| Date of Appeal | |
| Amount of Bond | |
| Bondsmen | |
| Orders of the Circuit Court | |

Clerk of the Municipal Court
City of Alexander City

Form number: 014/CS201

| State of Alabama<br>Unified Judicial System | **COMPLAINT**<br>(Felonies, Misdemeanors, or Violations -<br>District Court or Municipal Court) | Warrant Number |
|---|---|---|
| Form C-63 Rev. 1/99 | | Case Number<br>MC05557 |

IN THE ___MUNICIPAL___ COURT OF ___ALEXANDER CITY___ ALABAMA
(Circuit, District, or Municipal)   (Name of Municipality or County)

☐ STATE OF ALABAMA   MUNICIPALITY OF ___ALEXANDER CITY___

v. ___JEFFERY WAYNE SPEAR___, Defendant

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that ___JEFFERY WAYNE SPEAR___

Defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, commit the offense of ___DOMESTIC VIOLENCE 3rd. (HARASSMENT)___ within the

☐ County of ___
X City/Town of ___ALEXANDER CITY___ or in the police jurisdiction thereof, in that he/she did:

(State specific facts here. Continue on a separate sheet of paper if needed.) MR. SPEAR WENT OVER TO HIS MOTHER IN LAW'S HOUSE WHERE HIS WIFE PATSY IS STAYING. SHE ADVISED THAT HE WOULD BEAT ON THE SIDE OF THE HOUSE WHILE YELLING AT HER, THEN RUN BACK OVER TO THEIR HOUSE (NEXT DOOR). HE WAS LOCATED HIDING UNDER THE BED IN A BED ROOM.

in violation of
☐ Section ___, Code of Alabama 1975,
X Ordinance Number ___806___, which embraces Section ___13A-6-132 / 806___
Code of Alabama 1975, previously adopted, effective and in force at the time the offense was committed.
☐ Other ___

Sworn to and Subscribed before me this ___7___ day of ___June___ 20 _05_

___[signature]___
Judge/Magistrate/Warrant Clerk

___[signature]___
Complainant
ALEXANDER CITY POLICE DEPARTMENT
Address
Telephone Number

**WITNESSES**

| NAME | ADDRESS | TELEPHONE NUMBER |
|---|---|---|
| | | |
| | | |

Additional Witnesses on Reverse Side.

| State of Alabama | | | | | | | |
|---|---|---|---|---|---|---|---|
| Unified Judicial System | | Case Number | | | | | |
| **CASE ACTION SUMMARY** | | ID | YR | Number | | | |

| Defendant (Name) | Sex | Race | DOB | Hgt. | Wgt- | Domestic | |
|---|---|---|---|---|---|---|---|
| JEFFERY WAYNE SPEAR | M | W | ▬▬▬ | 602 | 175 | (Y) | N |
| Address | Charge | | | | | | |
| ▬▬▬▬▬▬▬▬ | Domestic Violence | | | | | | |
| ALEXANDER CITY, AL. 35010 | Arrest Date | | | Arresting Officer | | | |
| Phone No._____ | 06/01/2005 | | | LUKE SIVLEY | | | |
| Employer | Social Security # | | | Officer ID # | | | |
| Phone No. | ▬▬▬▬ | | | 262 | | | |
| Complainant | Alias - | | | Police Dept. Case # | | | |
| LUKE SIVLEY | | | | 050600001 | | | |
| Witnesses | Location of Offense | | | | | | |
| | ▬▬▬▬▬▬ ALEXANDER CITY, AL. 35010 | | | | | | |

**BENCH NOTES:**

On **6/29/05** (date) the defendant appears in open court in person and pleads (guilty) (not guilty) _____
After hearing the evidence it is the judgement of the court that defendant is _____ (guilty) and is fined $ _____
together with $ _____ cost and $ _____ restitution to the victim and sentenced to _____ days in (city)
(county) jail. Defendant to Pay $ _____ per day for housing and maintenance plus actual medical expenses incurred during the period of incarceration. Defendant is given **29 day** days credit for time already served in jail on this charge.
Additional orders _____

_____
Judge-Municipal Court

## FEE SHEET

| SUMMARY | | TIME SERVED | |
|---|---|---|---|
| Fine | $ | | |
| Costs (Local) | | _____ days served at $ _____ per day | |
| Fair Trial Tax | | | |
| Peace Officers Annuity Fund | | **APPEAL RECORD** | |
| Crime Victims Comp. Fund | | | |
| Other | | Circuit Court Case Number | |
| Bond Forfeiture | | Date of Appeal | |
| TOTAL | $ | Amount of Bond | |
| CASH PAYMENT | | Bondsmen | |
| Date | Receipt Number | Amount | Orders of the Circuit Court |
| | $ | | ▬ City of Alexander City, ▬▬ a true and correct copy of the ▬▬ts in the case of City of Alexa▬ ▬▬▬ of the Municipal ▬▬ty of Alexander City |

Service Printing - Alexander City