

Print - Close Window

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

JEFFREY WAYNE SPEAR, *

   Plaintiff, *

v. * Case No. 3:05-cv-00663-F

AVERY MARSH; WILLIE J. ROBINSON; *

STEVE RICHARDSON; RANDY HAYNES;

LOUISE PRITCHARD; JERRY *

WHETSONE; and EDDIE WILLIAMS.

                                   *

   Defendants. *

## AFFIDAVIT OF PATRICK PEARSON

Before me the undersigned personally appeared Patrick Pearson who being duly sworn gives testimony as follows:

My name is Patrick Pearson and I am a Correctional Officer with the City of Alexander City, working in the City Jail. During the time he has been in the Jail plaintiff has been uncooperative and complaining. I did not find plaintiff attempting to hang himself in the jail on June 3, 2005. Neither I nor Captain Willie Robinson slammed plaintiff to the floor that day.

On June 2, 2005, I did see plaintiff take a swing at Captain Robinson, after being told to hang up the phone since his case was being called. Plaintiff refused to hang up the phone and said "f _ _ k you" to the Captain and swung at him. I assisted in grabbing plaintiff's arm and taking him to the floor, picking him back up and putting him in the cell. I sustained a small cut to my right eye and a small cut on one of my right fingers. A copy of my report is attached as Exhibit "A."

Also, June 2, 2005, while walking through the jail I observed a small piece of metal sticking up from the bottom bunk. I reported this to the Captain. Plaintiff admitted trying to cut his wrist. Exhibit "B" attached is my report.

                              PATRICK PEARSON

SWORN before me this  5  day

of  October  , 2005.

_Harriett C Scott_

**Notary Public for the State of Alabama**

My Commission Expires: _7-13-2008_

[SEAL]

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT: 06/02/05 16:33 PM | 96 CASE #: 05060011 39 | 97 SFX | 98 ☒ OFFENDER ☐ SUSPECT ☐ MISSING PERSON | | ☐ CHECK IF MULTIPLE |
| 99 NAME (LAST, FIRST, MIDDLE): SPEAR, JEFFERY, WAYNE | 100 NICKNAME/ALIAS | | 101 RACE: ☒ W | 102 SEX: ☒ M | 103 DOB: 04/08/65 | 104 AGE: 40 |
| 105 ADDRESS: 1919 OLD KELLYTON ROAD ALEXANDER CITY AL 35010 | | 106 HGT: 602 | 107 WGT: 175 | 108 EYE: HZL | 109 HAIR: BRO | 110 COMPLEXION: LIGHT |
| 111 PROBABLE DESTINATION | | | 112 ARMED? ☒ N | 113 WEAPON | | |
| 114 CLOTHING | | ☐ SCARS  ☐ MARKS  ☐ TATTOOS | | | | 115 ☐ ARRESTED ☐ WANTED |

**NARRATIVE:**

137 On the above date, Jeffery Spear was asked to sit with Mrs. Prichard for a bond hearing by Captain Robinson. Mr. Spear refused and told Captain Robinson "fuck you". Mr. Spear then tried to push Captain Robinson out of the way. Captain Robinson and myself immediately took Mr. Spear to the ground and gained control. Mr. Spear was then put into an isolated cell where self inflicted wounds were placed on his head by running into the wall. Fire medics were called to examine Mr. Spear were they gave him a good prognosis. Mr. Spear calmed down and remained in an isolated cell without further incident. I sustained a small cut below my right eye and a small cut on my right pinky finger. No medical attention was required.

DEFENDANT'S EXHIBIT
A pearson

CONTINUED ON SUPPLEMENT  Y ☐  N ☒

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying the agency if any stolen property or missing person hereby reported is returned

SIGNATURE _____

147 CASE STATUS:
☐ 1 - PENDING
☐ 2 - INACTIVE
☒ 3 - CLOSED
ENTERED ACIC/NCIC DATE ☐ Y ☐ N

148 CASE DISPOSITION:
☐ 1 - CLEARED BY ARREST (JUV)
☐ 2 - CLEARED BY ARREST (ADULT)
☐ 3 - UNFOUNDED
☒ 5 - ADMINISTRATIVELY CLEARED

☐ 4 - EXCEPTIONAL CLEARANCE
☐ A - SUSPECT/OFFENDER DEAD
☐ B - OTHER PROSECUTION
☐ C - EXTRADITION DENIED
☐ D - LACK OF PROSECUTION
☐ E - JUVENILE, NO REFERRAL
☐ F - DEATH OF VICTIM

149 REPORTING OFFICER: Patrick Pearson
150 ASSISTING OFFICER
151 SUPERVISOR APPROVAL
152 WATCH CMDR.

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 06/03/05 08:36 MIL | 96 CASE # 05060001197 | 97 SEX | 98 ☒ OFFENDER ☐ SUSPECT ☐ MISSING PERSON | ☐ CHECK IF MULTIPLE |

| 99 NAME (LAST, FIRST, MIDDLE) | 100 NICKNAME/ALIAS | 101 RACE ☒W ☐A ☐B ☐I | 102 SEX ☒M ☐F | 103 DOB 04/08/65 | 104 AGE 40 |
|---|---|---|---|---|---|
| Spear, Jeffery, Wayne | | | | | |

| 105 ADDRESS (STREET, CITY, STATE, ZIP) | 106 HGT | 107 WGT | 108 EYE | 109 HAIR | 110 COMPLEXION |
|---|---|---|---|---|---|
| 1919 Old Kellyton Road Alexander City, Alabama 35010 | 602 | 175 | Hzl | Bro | Light |

111 PROBABLE DESTINATION

112 ARMED? ☐Y ☐N ☐UNK     113 WEAPON

114 CLOTHING     ☐ SCARS  ☐ MARKS  ☐ TATTOOS     115 ☐ ARRESTED ☐ WANTED

116 NAME (LAST, FIRST, MIDDLE)     117 NICKNAME/ALIAS     118 RACE ☐W ☐A ☐B ☐I     119 SEX ☐M ☐F     120 DOB     121 AGE

122 ADDRESS (STREET, CITY, STATE, ZIP)     123 HGT  124 WGT  125 EYE  126 HAIR  127 COMPLEXION

128 PROBABLE DESTINATION     129 ARMED? ☐Y ☐N ☐UNK     130 WEAPON

131 CLOTHING     ☐ SCARS  ☐ MARKS  ☐ TATTOOS     132 ☐ ARRESTED ☐ WANTED

**WITNESSES**

| 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|
| #1 | | ( ) | ( ) |
| #2 | | ( ) | ( ) |
| #3 | | ( ) | ( ) |
| #4 | | ( ) | ( ) |

WITNESS #1 SSN   WITNESS #2 SSN   WITNESS #3 SSN   WITNESS #4 SSN

**NARRATIVE**

137 On 06-02-05, I was performing a normal jail check at around 1400 hours. While walking through the jail, I noticed a small piece of metal (about 4 inch triangular shaped) sticking up from the bottom left bunk in cell B-3. The bunk was not like that at last jail check. The cell was occupied by Mr. Jeffery Spear. Mr. Spear was the only occupant in that cell all day. I notified Captain Robinson who determined the damage was a hazard to Mr. Spear since Mr. Spear was already on a suicide watch. Mr. Spear later admitted to trying to cut his wrist with this object. Mr. Spear was transported to another cell without incident. Maintenance was called to repair the damage.

DEFENDANT'S EXHIBIT B pearson

CONTINUED ON SUPPLEMENT  Y ☐  N ☒     ASSISTING AGENCY ORI     ASSISTING AGENCY CASE #     SFX

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying the agency if any stolen property or missing person hereby reported is returned.

SIGNATURE _____

138 LOCAL USE     139 STATE USE

MULTIPLE CASES CLOSED   140 CASE #   141 SFX   142 CASE #   143 SFX   144 CASE #   145 SFX   146 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N

**ADMINISTRATIVE**

| 147 CASE STATUS | 148 CASE DISPOSITION | ☐ 4 - EXCEPTIONAL CLEARANCE | 149 REPORTING OFFICER Pearson, Patrick | ID # 3053 |
|---|---|---|---|---|
| ☐ 1 - PENDING | ☐ 1 - CLEARED BY ARREST (JUV) | ☐ A - SUSPECT/OFFENDER DEAD ☐ B - OTHER PROSECUTION | 150 ASSISTING OFFICER | ID # |
| ☐ 2 - INACTIVE | ☐ 2 - CLEARED BY ARREST (ADULT) | ☐ C - EXTRADITION DENIED | | |
| ☒ 3 - CLOSED | ☐ 3 - UNFOUNDED | ☐ D - LACK OF PROSECUTION | 151 SUPERVISOR APPROVAL  ID # | 142 WATCH CMDR  ID # |
| ENTERED ACIC/NCIC ☐Y ☐N  DATE | ☒ 5 - ADMINISTRATIVELY CLEARED | ☐ E - JUVENILE, NO REFERRAL ☐ F - DEATH OF VICTIM | | |