

Print - Close Window

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

JEFFREY WAYNE SPEAR, *

   Plaintiff, *

v. * Case No. 3:05-cv-00663-F

AVERY MARSH; WILLIE J. ROBINSON; *

STEVE RICHARDSON; RANDY HAYNES;

LOUISE PRITCHARD; JERRY *

WHETSONE; and EDDIE WILLIAMS.

   Defendants. *

### AFFIDAVIT OF SABRINA JONES

Before me the undersigned personally appeared Sabrina Jones who being duly sworn gives testimony as follows:

My name is Sabrina Jones and I am a Jailer at the City of Alexander City, Alabama Jail. I was on duty when plaintiff was brought in on April 13, 2005, and I took the intake information. Plaintiff complained about his knee but did not appear to be in any distress and was walking without any difficulty. I called Lt. Richerson who is over the Jail at night and advised him of plaintiff's request. Lieutenant Richerson came in and talked with plaintiff. I did not hear that conversation, but after the Lieutenant left the plaintiff laid down for the rest of the night and did not make any more statements about going to the hospital.

I was also on duty when plaintiff was brought in April 21, 2005. I took the intake information. Plaintiff said he had an injury to his right knee but it happened prior to being arrested. Plaintiff did not request any medical care.

SABRINA JONES  /s/ Sabrina Jones

SWORN before me this 5 day of October, 2005.

/s/ Harriett C Scott

Notary Public for the State of Alabama

My Commission Expires: 7-13-2008

[SEAL]