

Print - Close Window

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

JEFFREY WAYNE SPEAR, *

   Plaintiff, *

v. * Case No. 3:05-cv-00663-F

AVERY MARSH; WILLIE J. ROBINSON; *

STEVE RICHARDSON; RANDY HAYNES;

LOUISE PRITCHARD; JERRY *

WHETSONE; and EDDIE WILLIAMS.

                                      *

   Defendants. *

### AFFIDAVIT OF STEVE RICHERSON

   Before me the undersigned personally appeared Steve Richerson who being duly sworn gives testimony as follows:

   My name is Steve Richerson and I am a Lieutenant with the City of Alexander City, Alabama Police Department. I am the second shift patrol Lieutenant. My shift is from 5:00 p.m. to 5:00 a.m. I am responsible for the jail when on duty.

   On April 13, 2005, I arrested Plaintiff for Domestic Violence. When I arrived on the scene he was standing and walking around the front porch without difficulty. He claimed his wife hit him in the leg with a ½' piece of pvc pipe. She and the children denied that. He did have three red marks above his knee which from the angle appeared to be self inflicted. The marks were not affecting his walking. I drove plaintiff to the jail where he was booked.

   Later, I was called by Sabrina Jones, the night shift jailer and advised plaintiff wanted to go to the Emergency Room. I drove to the jail and spoke with plaintiff. I did not observe plaintiff having any problems with his leg or knee and he was standing and walking around without difficulty and not limping. It was obvious this was not a medical emergency. I informed Plaintiff I would make an appointment for him with a doctor. Plaintiff said he would take care of it when he got out of jail. Plaintiff turned around and walked back in his cell. I returned to my duties.

                            STEVE RICHERSON      */s/ Steve Richerson*

SWORN before me this _5_ day

Yahoo! Mail - wgrobinson2001@yahoo.com                    Page 2 of 2

Case 3:05-cv-00663-MEF-WC    Document 16-23    Filed 10/05/2005    Page 2 of 2

of _October_, 2005.

_Harriett C Scott_

Notary Public for the State of Alabama

My Commission Expires: _7-13-2008_

[SEAL]