


Print - Close Window

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

JEFFREY WAYNE SPEAR, *

    Plaintiff, *

v. * Case No. 3:05-cv-00663-F

AVERY MARSH; WILLIE J. ROBINSON; *

STEVE RICHARDSON; RANDY HAYNES;

LOUISE PRITCHARD; JERRY *

WHETSONE; and EDDIE WILLIAMS.

                                   *

    Defendants. *

## AFFIDAVIT OF JERRY WHETSTONE

    Before me the undersigned personally appeared Jerry Whetstone who being duly sworn gives testimony as follows:

    My name is Jerry Whetstone and I am a Police Officer with the City of Alexander City, Police Department. On April 13, 2005, I assisted Lt. Steve Richerson when he responded to a domestic violence complaint and arrested plaintiff. Plaintiff claimed he had been struck by his wife with a piece of pipe, but it was apparent from the direction of the wounds, the injuries were self inflicted. Lt. Richerson escorted plaintiff from his house to a patrol car and to the jail. I observed plaintiff as he walked from the house to the patrol car and was walking without any difficulty, not limping, and not showing any problems.

    On June 1, 2005, I responded to another domestic violence call. Officer Luke Silvey was the primary officer. Officer Silvey had been out earlier but plaintiff had run from the scene. A call was received and Officer Silvey responded along with Officer Hodge and myself. I went to the back of the house and Officer Silvey received permission from the wife to enter the house and inspect it, but could not find the plaintiff. Officer Silvey went next door. While he was gone, I heard movement inside the house and then heard glass break. I called Officer Silvey and told him, and he Officer Hodge and I entered the house and conducted another search. We found the plaintiff hiding under a child's bed. We talked to plaintiff and he cam out from under the bed, he came up slow in a bent over position. I was on his right side and the other officers were on his left side. We were in a second floor room. Plaintiff lunged through a window and got his head, left arm, and left leg outside the window. The three of us grabbed plaintiff and held him preventing him from falling. However, we could not get him inside because he was resisting and refusing to cooperate. Finally, one of the officers sprayed him with mace, which allowed me to grab onto him when he loosened his hold and began pulling him in through the window. We still had to force him inside and to the floor as he would not cooperate. Plaintiff was cuffed and taken out to the front porch. The paramedics were called and he had minor lacerations. I drove him to the Emergency Room to be cleaned up and treated, then drove him to the jail where he was booked.

*[signature]*
JERRY WHETSTONE

**SWORN** before me this _5_ day of _October_, 2005.

_Harriett C Scott_

Notary Public for the State of Alabama

My Commission Expires: _7-13-2008_

[SEAL]