

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

JEFFREY WAYNE SPEAR, *

   Plaintiff, *

v. * Case No. 3:05-cv-00663-F

AVERY MARSH; WILLIE J. ROBINSON; *

STEVE RICHARDSON; RANDY HAYNES;

LOUISE PRITCHARD; JERRY *

WHETSONE; and EDDIE WILLIAMS.

                                                *

   Defendants. *

### AFFIDAVIT OF EDDIE WILLIAMS

   Before me the undersigned personally appeared Eddie Williams who being duly sworn gives testimony as follows:

   My name is Eddie Williams and I am a patrolman with the City of Alexander City, Alabama Police Department. On April 13, 2005, I was working the front desk when plaintiff Jeffrey Wayne Spear was brought in for booking as a result of his arrest for Domestic Violence. I did not observe or notice plaintiff limping or having any problems walking.

   On April 21, 2005, while on patrol, I observed plaintiff driving a vehicle in the opposite direction. This was in the area where his wife's house is located. I knew there was an outstanding warrant for plaintiff's arrest. I turned around and pursued him and pulled him over on Old Kellyton Road.

   I verified the warrant and arrested plaintiff. A copy of the arrest report is attached as *EXHIBIT "A."* Plaintiff was handcuffed and placed in the back of the police car. I did not shove plaintiff into the police car nor did I use any force. Plaintiff voluntarily entered the police car. We waited at the scene until a wrecker came to tow plaintiff's car and for his family to come and pick up a dog which was in the vehicle. During this time plaintiff did become upset, but I never used any force on him.

   I drove plaintiff to the jail and walked him inside. He was turned over to a correction officer. He was walking without any difficulty and did not make any complaints about his leg or knee. I did not notice any knee injury nor did I notice him limping.

   On June 1, 2005, I responded to another incident involving plaintiff. I arrived on the scene after several other officers. Plaintiff was trying to jump out a window. The officers were trying to prevent this. Finally, in order to subdue plaintiff, he was sprayed with mace. Plaintiff had scratches and cuts which appeared to be self

inflicted. He was walking with no difficulty. The paramedics responded, then plaintiff was taken to the Emergency Room.

EDDIE WILLIAMS  *Eddie Williams*

SWORN before me this 5 day of October, 2005.

*Harriett C Scott*

Notary Public for the State of Alabama

My Commission Expires: 7-13-2008

[SEAL]

# ALABAMA UNIFORM ARREST REPORT

Fingerprinted: Yes  R84 Completed: Yes

*OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION*

| Field | Value |
|---|---|
| 1 ORI # | 620100 |
| 2 AGENCY NAME | ALEXANDER CITY POLICE DEPT. |
| 3 CASE | 0504 01799 |
| 5 LAST, FIRST, MIDDLE NAME | [S]PEAR, JEFFERY WAYNE |
| 6 ALIAS AKA | JEFF |
| 7 SEX | M |
| 8 RACE | 1W |
| 9 HGT | 602 |
| 10 WGT | 175 |
| 11 EYE | HAZ |
| 12 HAIR | BRO |
| 16 PLACE OF BIRTH | [R]USSELL CO. AL. |
| 18 Age | 40 |
| 22 DL # | 4979532 |
| 23 ST | AL |
| 26 RESIDENT | X |
| 27 HOME ADDRESS | ALEXANDER CITY, AL. 35010 |
| 28 RESIDENCE PHONE | 256 234-9075 |
| 29 OCCUPATION | MECHANIC |
| 30 EMPLOYER | SELF |
| 31 BUSINESS ADDRESS | 1919 OLD KELLYTON RD. ALEXANDER CITY, AL. 35010 |
| 32 BUSINESS PHONE | 256 234-9075 |
| 33 LOCATION OF ARREST | ALEXANDER CITY, AL. 35010 |
| 34 SECTOR | 2 |
| 35 ARRESTED FOR YOUR JURISDICTION | IN STATE, YES |
| 36 CONDITION OF ARRESTEE | SOBER |
| 37 RESIST ARREST? | NO |
| 38 INJURIES? | 1 NONE |
| 39 ARMED? | N |
| 41 DATE OF ARREST | 04 21 05 |
| 42 TIME OF ARREST | 1903 MIL |
| 43 DAY OF ARREST | X (Thursday) |
| 44 TYPE ARREST | WARRANT |
| 45 ARRESTED BEFORE? | YES |
| 46 CHARGE-1 | MISD — HARASSMENT |
| 48 CHARGE-2 | MISD — DRIVING SUSPENDED |
| 50 STATE CODE/LOCAL ORDINANCE | 3A-11-8 (b)/806 |
| 51 WARRANT # | WA05000130 |
| 52 DATE ISSUED | 04 15 05 |
| 53 STATE CODE/LOCAL ORDINANCE | 32-6-19/806 |
| 56 CHARGE-3 | MISD — NO PROOF INSURANCE |
| 60 STATE CODE/LOCAL ORDINANCE | 32-7A-6/806 |
| 66 ARREST DISPOSITION | HELD |
| 70 VYR | 1991 |
| 71 VMA | CHEV |
| 72 VMO | BLAZ |
| 73 VST | SUV |
| 74 VCO | BOTTOM SIL |
| 75 TAG # | 22A106B |
| 76 LIS | AL |
| 77 LIY | 2006 |
| 78 VIN | 1G4HP54C9MH449261 |
| 79 IMPOUNDED? | YES |
| 80 STORAGE LOCATION/IMPOUND # | LASHLEY'S GARAGE |
| 104 CASE # | 0504 01266 |
| 111 ARRESTING OFFICER | [WI]LLIAMS, EDDIE |
| 112 ID# | 257 |
| 115 SUPERVISOR | NB 235 |
| 110 ADDITIONAL CASES CLOSED | Y |

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-90

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**ADDITIONAL ARREST NARRATIVE CONTINUED**

| 117 DATE AND TIME OF ARREST | | 118 CASE # | 119 SFX |
|---|---|---|---|
| 04/21/05  1903 | MIL | 05 04 01 7 9 9 | 1 |

**120 ADDITIONAL ARREST INFORMATION** ( SEE RELATED I/O REPORT 050401799 )

WHILE ON PATROL ON OLD KELLYTON RD., I OBSERVED JEFFERY SPEAR TRAVELING IN THE OPPOSITE DIRECTION. KNOWING THAT OUR DEPT. HELD AN OUTSTANDING WARRANT ON JEFFERY, I TURNED AROUND AND ACTIVATED MY BLUE LIGHTS AND EMERGENCY SIREN. JEFFERY PULLED OVER ON OLD KELLYTON RD. THE WARRANT WAS VERIFIED THROUGH DISPATCH, AND JEFFERY WAS PLACED UNDER ARREST. JEFFERY WAS HANDCUFFED BEHIND HIS BACK, WITH THE CUFFS DOUBLE LOCKED AND FINGER TESTED. I THEN CALLED DISPATCH FOR A ROTATION WRECKER, AND BEGAN A VEHICLE INVENTORY SHEET FOR THE TOW. LT. RICHERSON ARRIVED ON THE SCENE, AND ASSISTED IN THE VEHICLE INVENTORY. LASHLEY WRECKER ARRIVED ON THE SCENE, AND THE VEHICLE WAS TOWED TO LASHLEY'S GARAGE FOR SAFE KEEPING. DURING THE TRAFFIC STOP, IT WAS DISCOVERED THAT JEFFERY'S DRIVERS LICENSE WAS SUSPENDED, AND THAT HE DID NOT POSSESS PROOF OF AUTOMOBILE INSURANCE ON THE VEHICLE. JEFFERY WAS ISSUED A TRAFFIC CITATION FOR EACH OF THESE VIOLATIONS AS WELL. JEFFERY WAS THEN TRANSPORTED TO THE ALEXANDER CITY JAIL AND TURNED OVER TO CORRECTIONS OFFICER JONES FOR BOOKING.

TYPE OR PRINT IN BLACK INK ONLY