# ALABAMA UNIFORM ARREST REPORT

☒ Yes ☐ No   ☒ Yes ☐ No

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

| Field | Value |
|---|---|
| 1 ORI # | 0 6 2 0 1 0 0 |
| 2 AGENCY NAME | ALEX CITY POLICE DEPT. |
| 3 CASE # | 05 04 01 059 |
| 4 SFX | |
| 5 LAST, FIRST, MIDDLE NAME | SPEAR, JEFFERY WAYNE |
| 6 ALIAS AKA | JEFF |
| 7 SEX | ☒ M ☐ F |
| 8 RACE | ☒ 1W ☐ 2B ☐ 3A ☐ 4 |
| 9 HGT | 602 |
| 10 WGT | 175 |
| 11 EYE | HAZ |
| 12 HAIR | BRO |
| 13 SKIN | |
| 14 | ☐ 1 SCARS ☐ 2 MARKS ☐ 3 TATTOOS ☐ 4 AMPUTATIONS |
| 15 SSN | (redacted) |
| 17 DATE OF BIRTH | (redacted) |
| 18 AGE | 40 |
| 19 MISCELLANEOUS ID # | NA |
| 5 PLACE OF BIRTH (CITY, COUNTY, STATE) | RUSSELL CO. AL. |
| 22 DL # | 4979532 |
| 23 ST | AL |

## ARREST

- 26 ☒ RESIDENT ☐ NON-RESIDENT
- 27 HOME ADDRESS: 1919 OLD KELLYTON RD. ALEX CITY, AL 35010
- 28 RESIDENCE PHONE: 256-234-9075
- 29 OCCUPATION: AUTO MECHANIC
- 30 EMPLOYER: SELF
- 31 BUSINESS ADDRESS: 1919 OLD KELLYTON RD. ALEX CITY, AL. 35010
- 32 BUSINESS PHONE: 256-234-9075
- 33 LOCATION OF ARREST: (redacted) ALEX CITY, AL.
- 34 SECTOR: 2
- 35 ARRESTED FOR YOUR JURISDICTION: ☒ IN STATE ☐ OUT STATE AGENCY — ☒ YES ☐ NO
- 36 CONDITION OF ARRESTEE: ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS
- 37 RESIST ARREST? ☐ YES ☒ NO
- 38 INJURIES? ☒ 1 NONE ☐ 2 OFFICER ☐ 3 ARRESTEE
- 39 ARMED? ☐ Y ☒ N
- 40 DESCRIPTION OF WEAPON: ☐ 1 HANDGUN ☐ 2 RIFLE ☐ 3 SHOTGUN ☐ 4 OTHER FIREARM ☐ 5 OTHER WEAPON
- 41 DATE OF ARREST: 04 13 05
- 42 TIME OF ARREST: 0254 ☐ AM ☐ PM ☒ MIL
- 43 DAY OF ARREST: S M ☒W T F S
- 44 TYPE ARREST: ☒ ON VIEW ☐ CALL ☐ WARRANT
- 45 ARRESTED BEFORE? ☒ YES ☐ NO ☐ UNKNOWN
- 46 CHARGE-1: ☐ FEL ☒ MISD — DOMESTIC VIOLENCE 3RD
- 50 STATE CODE/LOCAL ORDINANCE: 13A-6-132 / 806

## ARREST DISPOSITION

- 66 ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER

## VEHICLE

(blank)

## JUVENILE

(blank)

## RELEASE

- PHOTO # 8250
- Alexander City Police Department
- COPY

- 111 ARRESTING OFFICER: Lt. Richerson, S. — 112 ID# (blank)
- 113 ARRESTING OFFICER: Whetstone, J. — 238
- 114 ID# 212
- 115 SUPERVISOR ID#: SR 238

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-9

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**ADDITIONAL ARREST NARRATIVE CONTINUED**

| 117 DATE AND TIME OF ARREST | | 118 CASE # | 119 SFX |
|---|---|---|---|
| 04 13 05  0254 | ☐ AM ☐ PM ☒ MIL | 05 04 01 1 05 9 | 1 |

120 ADDITIONAL ARREST INFORMATION    See related I/O report

Mr. Spear called police in reference to his wife hitting him. When I arrived I spoke with Mrs. Spear who said that Jeff pushed her out the door of the residence and would not let her back in. While I was speaking with Mrs. Spear, Mr. Spear was standing on the front porch of the family residence and kept yelling to the police to ask his children what was going on. After speaking with Mrs. Spear I went to the car and spoke with the Spear' son. He said his father was slamming doors in the house and singing very loud near Mrs. Spear to annoy her. He also said that his father was pushing his mother out the door of the residence. I then spoke with Mr. Spear who stated he was just sitting on the couch minding his own business when his wife began to strike him with a piece of 1/2 inch PVC pipe about 30 inches long. Mr. Spear had red marks on his right leg just above the knee that were consistent with self infliction due to the direction of the marks. This was also consistent with Mrs. Spear' statement that if he had any marks he had to of done it himself. Mr. Spear was placed under arrest for stated charges and handcuffed using the two finger check, double lock method. He was transported to the city jail without incident and turned over to Corrections Officer Jones for processing.

NARRATIVE

TYPE OR PRINT IN BLACK INK ONLY