IN THE U.S. District Court for The Middle District of Alabama Eastern Division

Jeffrey W Spear
Plaintiff

v.

Avery Marsh et al
Defendants

Case NO
3:05-cv-00663F

## Motion for extension of Time

Comes now the plaintiff to respectably request additional time of 30 days to respond to defendants Answer. Plaintiff states as followings.

1) Plaintiff has been in and out of court on 3 cases CC-2005-207, CC-2005-206, CC-2005-205

2) Plaintiff was <u>ordered</u> to Attend alcohol and/or drug rehabilitation. See exhibit A

3) Plaintiff has got to go to Alex city Hosipal to get medical records released & find witnesses and get statement

Plaintiff prays for the above stated reasons the Honorable court grant him said extension of Time

Jeffrey W Spear
14 cricket court
Phenix city AL
36869

Certificate of Service

I Hereby certify that a copy of the forgoing to Defendant attorneys. on this 25th day of Oct 2005

Jeffrey W Spear