*Exhibit A*

## IN THE MUNICIPAL COURT OF ALEXANDER CITY

| | |
|---|---|
| CITY OF ALEXANDER CITY ) | |
| Plaintiff ) | |
| v. ) | MC-05-557 |
| JEFFREY SPEAR ) | |
| Defendant ) | |

### ORDER

The defendant is hereby discharged by the Municipal Court of Alexander City Jail but only to be placed into an alcohol and/or drug rehabilitation facility.

If the defendant does not complete residential rehabilitation, he shall be returned to the Alexander City Jail. The defendant shall be allowed to be transferred to the treatment center by his mother.

The treatment center shall notify the court on the defendant's arrival and departure.

Done this the 15 day of July, 2005.

_____
Randall S. Haynes
Alexander City Municipal Judge

COPY