IN THE U.S. District Court for The Middle District Of Alabama Eastern Division

Jeffrey Wayne Spear
Plaintiff

V.

Avery Marsh et, Al
Defendants

Case NO 3:05-CV-00663-F

## Motion For ADDitional Enlagement of Time And/or Motion For Appointment of Counsel

Comes now the Plaintiff and respectable requet this honorable court to appoint Him counsel And/or grant Him an ADDitional 30 days to Respond to defendants special report. And states as follows in support;

1) Plaintiff was struck in the Head and recieved a concusion & Fractured Skull. See exhibit (A)(3P report)

2) Plaintiff has got to Find some of The witnesses and get statements. Plaintiff would have to drive. At present plaintiff Is Having problems with Dizziness

And not able to drive

3) IF this honorable court grants Plaintiff said relive and appoints Plaintiff cousel. Plaintiff states;
A) Plaintiff sworn under oat states that within 14 to 21 days plaintiff will be able to return to work and re-imburse said court

Plaintiff so prays that this honorable court grant him the above stated relieve. Plintiff will so pray

Jeffrey W Spear
14 cricket court
Phenix city, AL
36869

I hereby certify That I have placed a copy of the above in the U.S. mail properely address to the defendant attorneys of record.

Jffrey W Spear
14 cricket court
Phenix city, AL
36869