Exhibit A

```
UNSN -4219           UNIVERSITY HOSPITAL/THE KIRKLIN CLINIC
11/14/05  17:02                    (QFINAL)                          PAGE 001
```

## DISCHARGE PLAN

```
PATIENT NAME: SPEAR, JEFFREY W           AGE:  40
ATTENDING MD: MATZ, PAUL G. MD           M.D.#: 3990
MR#:          000002139055               SERV: NEUROSURGERY
ACCT #:       642156965317               ADMIT DATE: 11/13/05
DX:     NONDISPLACED LINEAR SKULL FX
```

FOLLOW-UP:

PLEASE MAKE SURE THAT YOUR ADDRESS AND PHONE NUMBER ARE CORRECT IN THE UAB SYSTEM THROUGH YOUR NURSE BEFORE YOU LEAVE THE HOSPITAL.

IF YOU ARE TO BE SEEN BY A UAB PHYSICIAN AFTER YOU ARE DISCHARGED, THE KIRKLIN CLINIC PHYSICIAN REFERRAL CENTER WILL NOTIFY YOU BY MAIL OF YOUR FOLLOW UP APPOINTMENT(S). IF YOU HAVE NOT RECEIVED INFORMATION ABOUT YOUR APPOINTMENT(S) WITHIN FIVE DAYS OF YOUR DISCHARGE, YOU SHOULD CALL THE PHYSICIAN REFERRAL CENTER AT 1-866-884-8418 A TOLL FREE NUMBER OR LOCALLY 801-8418 IN THE BIRMINGHAM AREA. IF YOUR ADDRESS HAS CHANGED, OR YOU ARE STAYING AT ANOTHER ADDRESS AFTER YOU HAVE BEEN DISCHARGED, PLEASE CALL THE ABOVE NUMBER(S) WITH YOUR CURRENT ADDRESS AND PHONE NUMBER. THE PHYSICIAN REFERRAL CENTER WILL NOT BE ABLE TO CONTACT YOU WITH APPOINTMENT INFORMATION WITHOUT A VALID ADDRESS AND TELEPHONE NUMBER. IF YOU ARE TO BE SEEN BY YOUR LOCAL PHYSICIAN, PLEASE MAKE YOUR APPOINTMENT AS SOON AS POSSIBLE FOLLOWING DISCHARGE.

IF YOU ARE HAVING A MEDICAL PROBLEM, PLEASE REFER TO THE EMERGENCY CONTACT NUMBERS SECTION.

APPOINTMENT TO BE MADE WITH: DR. PAUL MATZ --NEUROSURGERY, IN 3 MONTH(S)

REASON FOR APPT.: --F/U HEAD INJURY

I HAVE RECEIVED INFORMATION ABOUT SMOKING/TOBACCO CESSATION AND UNDERSTAND I MAY CALL THE SMOKING QUIT LINE OF THE NATIONAL CANCER INSTITUTE 1-877-448-7848 OR 1-877-44UQUIT, OR GO TO WWW.SMOKEFREE.GOV FOR SMOKE CESSATION HELP

MEDS FOR FOLLOW-UP:

DOCUSATE SODIUM CAP, --100-200MG, TWICE A DAY, AS NEEDED FOR STOOL SOFTENER, --YOU MAY BUY THIS OVER THE COUNTER AT THE DRUGSTORE IF NEEDED , --YOU MAY NEED THIS MEDICATION AS LONG AS YOU ARE TAKING NARCOTIC PAIN MEDS

--LORTAB 5; TAKE 1, BY MOUTH, EVERY 8-121 HOURS, AS NEEDED FOR PAIN, --#40; NO REFILL

DISCHARGE DIET:

REGULAR DIET ON DISCHARGE

INSTRUCTIONS TO PATIENT/FAMILY:

ACTIVITY LIMITATIONS ON DISCHARGE: PROGRESSIVE INCREASE IN PHYSICAL ACTIVITY OVER THE NEXT MONTH

YOU MAY EXPERIENCE SOME TROUBLE WITH YOUR SHORT TERM MEMORY, DIFFICULTY

CONTINUED

```
11/14/05  17:02                    (QFINAL)                        PAGE 002
                                DISCHARGE PLAN
```

PATIENT NAME: SPEAR, JEFFREY W
ATTENDING MD: MATZ, PAUL G. MD           AGE: 40
MR#:          000002139055               M.D.#: 3990
ACCT #:       642156965317               SERV: NEUROSURGERY
DX:     NONDISPLACED LINEAR SKULL FX     ADMIT DATE: 11/13/05

SLEEPING AND INCREASED IRRITABLITY FOR THE NEXT SEVERAL WEEKS; THIS IS NOT UNUSUAL AFTER SUFFERING A HEAD INJURY.

CALL DR. MATZ FOR HEADACHE NOT RELIEVED WITH MEDICATION; NEW PAIN OR WEAKNESS OF ARMS OR LEGS; PERSISTENT NAUSEA OR VOMITING; CONFUSION/VISUAL PROBLEMS; ANY QUESTIONS.

DR. MATZ'S OFFICE # IS 205-975-8872; BERNIE HAWKINS,RN OFFICE # IS 205-975-9530; FOR WEEKENDS/HOLIDAYS OR AFTER HOURS CALL 205-934-3411 AND ASK THE OPERATOR TO PAGE THE NEUROSURGERY RESIDENT ON CALL.

**PATIENT DISPOSITION:**

HOME ROUTINE, DISPOSITION CODE 1

**DISCHARGE VITAL SIGNS:**

11/14  B/P  170/80  HR-R  70  R 18  TEMP-ORAL  98.2

**DISCHARGE PAIN SCORE:**

DISCHARGE PAIN: 0 (PAIN SCALE 0-10)

**TRANSPORTATION:**

TRANSPORTATION: WHEELCHAIR

**ACCOMPANIED BY/NOTIFIED:**

ACCOMPANIED BY/NOTIFIED: SIGNIFICANT OTHER

**VALUABLES:**

VALUABLES CHECKLIST REVIEWED: YES

**SIGNS/SYMPTOMS TO BE REPORTED:**

SIGNS/SYMPTOMS TO BE REPORTED: FEVER GREATER THAN --101.5

SIGNS/SYMPTOMS TO BE REPORTED: PAIN --UNRELIEVED BY MEDICATION

SIGNS/SYMPTOMS TO BE REPORTED: DRAINAGE --

SIGNS/SYMPTOMS TO BE REPORTED: --CHANGE IN LEVEL OF CONSCIOUSNESS, CHANGE IN VISION, EXTREME NAUSEA AND VOMITING, SEVERE WEAKNESS, SEVERE HEADACHE, NUMBNESS, TINGLING

**CONTACT NUMBERS:**

EMERGENCY HOSPITAL PAGING: (205) 934-3411

CONTINUED

```
11/14/05   17:02                    (QFINAL)                        PAGE 003
                                 DISCHARGE PLAN
```

PATIENT NAME: SPEAR, JEFFREY W
ATTENDING MD: MATZ, PAUL G. MD
MR#:         000002139055
ACCT #:      642156965317
DX:    NONDISPLACED LINEAR SKULL FX

AGE:     40
M.D.#:   3990
SERV:    NEUROSURGERY
ADMIT DATE: 11/13/05

================================================================================

I HAVE RECEIVED A COPY OF THE DISCHARGE INSTRUCTIONS.
I HAVE HAD THE OPPORTUNITY TO ASK QUESTIONS.
I UNDERSTAND THE DISCHARGE INSTRUCTIONS AND INFORMATION GIVEN TO ME.
I HAVE RECEIVED MY PERSONAL BELONGINGS AND/OR VALUABLES CLAIM CHECK
(TO OBTAIN VALUABLES FROM THE HOSPITAL SAFE).
I UNDERSTAND THAT I AM TO BRING THIS SHEET WITH ME TO MY FOLLOW-UP
CLINIC VISITS.

THANK YOU FOR ALLOWING US TO CARE FOR YOU DURING THIS TIME. SHOULD
YOU AGAIN HAVE HEALTH CARE NEEDS, WE HOPE THAT YOU WILL ALLOW US
TO BE OF ASSISTANCE TO YOU. IF YOU MAKE INDEPENDENT ARRANGEMENTS TO
RECEIVE SERVICES FROM ANOTHER INSTITUTION OR HOME HEALTH PROVIDER
AFTER DISCHARGE, PLEASE CONTACT OUR SOCIAL SERVICES DEPARTMENT BY
CALLING 934-4011.

SIGNATURE: NURSE _EBottom RN_____    11/14/05
                                                      DATE

-*-                            LAST PAGE