IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WAYNE SPEAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05-CV-663-F |
| | ) | |
| AVERY MARSH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on November 30, 2005 (Court Doc. No. 20), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff be GRANTED an extension from November 28, 2005 to and including December 28, 2005 to file a response to the defendants' special report in accordance with the order entered on October 7, 2005.

Done this 1st day of December, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE