Jeffrey Wayne Spear
Plaintiff

V.

Avery Marsh et, Al
Defendants

RECEIVED
2005 DEC 29 A 9:46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE U.S. District Court for The Middle District of Alabama Eastern Division

Case No 3:05-CV-00663F

## Motion for Extention of Time

Comes now the Plaintiff to plead with this Honorable court to grant him an extra 14 days to file an answer to defendants' special report. And states the following.

A) As noted in Plaintiffs last motion for Additional time. Plaintiff sent exhibits (A) concerning his Head injury. Plaintiff states He has had alot of problems with his injury As noted in the Dr's report plaintiff has had problems with Dizziness. Times not able to walk without problems, much less drive to Alex city.

B) Plaintiff has contacted Russell Hospal and the Doctor's office about getting copies of the papers plaintiff need for this filing The Hospal required that fund be first sent for the cost of the copies and a medical release sent to me to be signed. This form and the funds of cost of copies had to be mailed before they would

send the papers plantiff need.

Plaintiff states he has done so and also ~~contacted~~ recontacted the hospal about why they had not sent said copies. Hospal stated that ~~so~~ my release paper & the funds ofcost had been recieved, and by Jan 3 2006 I should ~~have~~ recieve said papers

For the above stated reasens plantiff so pleads this Honorable court allow him an extra 14 days to respond to defendants special report.

*Jeffrey W Spear*
Jeffrey W Spear

Done this 27th Day of Dec 2005

I hereby certify that I have placed acopy of ~~the~~ said (above) motion in the U.S. Mail postage prepaid to Defendants attorney of record

*Jeffrey W Spear*
Jeffrey W. Spear

Done this 27th day of Dec 2005    14 Cricket Court
Phenix City AL 36869

```
UNSN -4219                UNIVERSITY HOSPITAL/THE KIRKLIN CLINIC
11/14/05  17:02                          (QFINAL)
                                                                        PAGE 001
                                      DISCHARGE PLAN

PATIENT NAME:  SPEAR, JEFFREY W              AGE:    40
ATTENDING MD:  MATZ, PAUL G. MD              M.D.#:  3990
MR#:           000002139055                  SERV:   NEUROSURGERY
ACCT #:        642156965317                  ADMIT DATE: 11/13/05
DX:            NONDISPLACED LINEAR SKULL FX
```

FOLLOW-UP:

PLEASE MAKE SURE THAT YOUR ADDRESS AND PHONE NUMBER ARE CORRECT IN THE UAB SYSTEM THROUGH YOUR NURSE BEFORE YOU LEAVE THE HOSPITAL.

IF YOU ARE TO BE SEEN BY A UAB PHYSICIAN AFTER YOU ARE DISCHARGED, THE KIRKLIN CLINIC PHYSICIAN REFERRAL CENTER WILL NOTIFY YOU BY MAIL OF YOUR FOLLOW UP APPOINTMENT(S). IF YOU HAVE NOT RECEIVED INFORMATION ABOUT YOUR APPOINTMENT(S) WITHIN FIVE DAYS OF YOUR DISCHARGE, YOU SHOULD CALL THE PHYSICIAN REFERRAL CENTER AT 1-866-884-8418 A TOLL FREE NUMBER OR LOCALLY 801-8418 IN THE BIRMINGHAM AREA. IF YOUR ADDRESS HAS CHANGED, OR YOU ARE STAYING AT ANOTHER ADDRESS AFTER YOU HAVE BEEN DISCHARGED, PLEASE CALL THE ABOVE NUMBER(S) WITH YOUR CURRENT ADDRESS AND PHONE NUMBER. THE PHYSICIAN REFERRAL CENTER WILL NOT BE ABLE TO CONTACT YOU WITH APPOINTMENT INFORMATION WITHOUT A VALID ADDRESS AND TELEPHONE NUMBER. IF YOU ARE TO BE SEEN BY YOUR LOCAL PHYSICIAN, PLEASE MAKE YOUR APPOINTMENT AS SOON AS POSSIBLE FOLLOWING DISCHARGE.

IF YOU ARE HAVING A MEDICAL PROBLEM, PLEASE REFER TO THE EMERGENCY CONTACT NUMBERS SECTION.

APPOINTMENT TO BE MADE WITH: DR. PAUL MATZ --NEUROSURGERY, IN 3 MONTH(S)

REASON FOR APPT.: --F/U HEAD INJURY

I HAVE RECEIVED INFORMATION ABOUT SMOKING/TOBACCO CESSATION AND UNDERSTAND I MAY CALL THE SMOKING QUIT LINE OF THE NATIONAL CANCER INSTITUTE 1-877-448-7848 OR 1-877-44UQUIT, OR GO TO WWW.SMOKEFREE.GOV FOR SMOKE CESSATION HELP

**MEDS FOR FOLLOW-UP:**

DOCUSATE SODIUM CAP, --100-200MG, TWICE A DAY, AS NEEDED FOR STOOL SOFTENER, --YOU MAY BUY THIS OVER THE COUNTER AT THE DRUGSTORE IF NEEDED , --YOU MAY NEED THIS MEDICATION AS LONG AS YOU ARE TAKING NARCOTIC PAIN MEDS

--LORTAB 5; TAKE 1, BY MOUTH, EVERY 8-121 HOURS, AS NEEDED FOR PAIN, --#40; NO REFILL

**DISCHARGE DIET:**

REGULAR DIET ON DISCHARGE

**INSTRUCTIONS TO PATIENT/FAMILY:**

ACTIVITY LIMITATIONS ON DISCHARGE: PROGRESSIVE INCREASE IN PHYSICAL ACTIVITY OVER THE NEXT MONTH

YOU MAY EXPERIENCE SOME TROUBLE WITH YOUR SHORT TERM MEMORY, DIFFICULTY

CONTINUED

```
11/14/05  17:02                    (QFINAL)                          PAGE 002
                              DISCHARGE PLAN
```

PATIENT NAME: SPEAR, JEFFREY W                AGE:  40
ATTENDING MD: MATZ, PAUL G. MD                M.D.#: 3990
MR#:          000002139055                    SERV: NEUROSURGERY
ACCT #:       642156965317                    ADMIT DATE: 11/13/05
DX:    NONDISPLACED LINEAR SKULL FX

SLEEPING AND INCREASED IRRITABLITY FOR THE NEXT SEVERAL WEEKS; THIS IS NOT UNUSUAL AFTER SUFFERING A HEAD INJURY.

CALL DR. MATZ FOR HEADACHE NOT RELIEVED WITH MEDICATION; NEW PAIN OR WEAKNESS OF ARMS OR LEGS; PERSISTENT NAUSEA OR VOMITING; CONFUSION/VISUAL PROBLEMS; ANY QUESTIONS.

DR. MATZ'S OFFICE # IS 205-975-8872; BERNIE HAWKINS,RN OFFICE # IS 205-975-9530; FOR WEEKENDS/HOLIDAYS OR AFTER HOURS CALL 205-934-3411 AND ASK THE OPERATOR TO PAGE THE NEUROSURGERY RESIDENT ON CALL.

**PATIENT DISPOSITION:**

HOME ROUTINE, DISPOSITION CODE 1

**DISCHARGE VITAL SIGNS:**
  11/14  B/P  170/80  HR-R  70  R 18  TEMP-ORAL  98.2

**DISCHARGE PAIN SCORE:**

DISCHARGE PAIN: 0 (PAIN SCALE 0-10)

**TRANSPORTATION:**

TRANSPORTATION: WHEELCHAIR

**ACCOMPANIED BY/NOTIFIED:**

ACCOMPANIED BY/NOTIFIED: SIGNIFICANT OTHER

**VALUABLES:**

VALUABLES CHECKLIST REVIEWED: YES

**SIGNS/SYMPTOMS TO BE REPORTED:**

SIGNS/SYMPTOMS TO BE REPORTED: FEVER GREATER THAN --101.5

SIGNS/SYMPTOMS TO BE REPORTED: PAIN --UNRELIEVED BY MEDICATION

SIGNS/SYMPTOMS TO BE REPORTED: DRAINAGE --

SIGNS/SYMPTOMS TO BE REPORTED: --CHANGE IN LEVEL OF CONSCIOUSNESS, CHANGE IN VISION, EXTREME NAUSEA AND VOMITING, SEVERE WEAKNESS, SEVERE HEADACHE, NUMBNESS, TINGLING

**CONTACT NUMBERS:**

EMERGENCY HOSPITAL PAGING: (205) 934-3411

                                     CONTINUED

```
11/14/05  17:02                    (QFINAL)                         PAGE 003
```

## DISCHARGE PLAN

```
PATIENT NAME: SPEAR, JEFFREY W         AGE:   40
ATTENDING MD: MATZ, PAUL G. MD         M.D.#: 3990
MR#:          000002139055             SERV:  NEUROSURGERY
ACCT #:       642156965317             ADMIT DATE: 11/13/05
DX:     NONDISPLACED LINEAR SKULL FX
```

======================================================================

I HAVE RECEIVED A COPY OF THE DISCHARGE INSTRUCTIONS.
I HAVE HAD THE OPPORTUNITY TO ASK QUESTIONS.
I UNDERSTAND THE DISCHARGE INSTRUCTIONS AND INFORMATION GIVEN TO ME.
I HAVE RECEIVED MY PERSONAL BELONGINGS AND/OR VALUABLES CLAIM CHECK
(TO OBTAIN VALUABLES FROM THE HOSPITAL SAFE).
I UNDERSTAND THAT I AM TO BRING THIS SHEET WITH ME TO MY FOLLOW-UP
CLINIC VISITS.

THANK YOU FOR ALLOWING US TO CARE FOR YOU DURING THIS TIME. SHOULD
YOU AGAIN HAVE HEALTH CARE NEEDS, WE HOPE THAT YOU WILL ALLOW US
TO BE OF ASSISTANCE TO YOU. IF YOU MAKE INDEPENDENT ARRANGEMENTS TO
RECEIVE SERVICES FROM ANOTHER INSTITUTION OR HOME HEALTH PROVIDER
AFTER DISCHARGE, PLEASE CONTACT OUR SOCIAL SERVICES DEPARTMENT BY
CALLING 934-4011.

_E Bottom RN_____    _11/14/05_____
SIGNATURE: NURSE                          DATE

                            LAST PAGE
-*-