IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JEFFREY WAYNE SPEAR,           )
                               )
            Plaintiff,         )
                               )
v.                             )        CIVIL ACTION NO. 3:05-CV-663-F
                               )
AVERY MARSH, et al.,           )
                               )
            Defendants.        )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on December 29, 2005 (Court Doc. No. 23), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the plaintiff be GRANTED an extension from December 28, 2005 to and including January 11, 2006 to file a response to the defendants' special report in accordance with the order entered on October 7, 2005.  The plaintiff is cautioned that no additional extensions of time will be granted by the court unless he makes a showing of exceptional circumstances warranting such action.

Done this 6th day of January, 2006.


                              /s/ Vanzetta Penn McPherson
                              UNITED STATES MAGISTRATE JUDGE