IN The District Court
OF The U.S. For The middle
District OF ALABAMA
Eastern Division

2006 JAN 12

Jeffrey Wayne Spear
Plaintiff

v.

Avery Marsh, et al
Defendants

Civil Action NO.
3:05-CV-663-F

## Response to Defendants Special Report

Comes now the Plaintiff pro-se and submit His response to Defendants special Report

## Statement of Facts

4-12-05 Plaintiff was Arrested For Domestic Violence 3rd. As stated by Sabrina Jones in her Affidavit Plaintiff Request to go to the Doctor. But was Denied

4-15-05 Plaintiff was released on Bond and went straight to the hosipal Plaintiff Exhibit (A) Copy of the Hosipal Record of treatment After Plaintiff Had been held in Jail

For 3 days. Page 3 of Plaintiff Exhibit (A) states the amount of pain he was still in 3 days later. And that Plaintiff had Brusing & swallowing of the right knee

4-2-05 Plaintiff was arrested for Harrassement

5-11-05 Plaintiff was released on Bond, Plaintiff was put in the hosipal See exhibit (B)

5-31-05 Alex city Police Dept Lie Officer Whitstone, Ford and two other unknown officer came into plaintiff house without a search warrant Plaintiff being sucidal jumped through a second story window See Exhibit (C) Plaintiff's treatment record for 6-1-05

6-2-05 Plaintiff Hung himself with a Hosipal grown. The grown came untied after the plaintiff was render uncon Plaintiff fell to the floor breaking his foot.

6-3-05 Plaintiff was trying to call his mother. This the first phone call plaintiff was allowed since being arrested. But Willie Robinson took the phone from

Plaintiff. Plaintiff attemped to confront Robinson. Patrick Pearson, slammed Plaintiff to the floor and then thrown into B-2 cell, where plaintiff rammed his head into the Bars until He Knocked himself out. Plaintiff was taken to Russell Hosipal See Exhibit (D)

6-9-05 Plaintiff was took too court in front of Randy Haynes. Haynes refused to rule on plaintiff's cases stateing plaintiff needed to have a mental evaluation.
Lucy           at East Alabama Mental Health set up an evaluation at B-ham hosipal. But Judge haynes never would sign my release papers to go to the program. THe open bed was forfieted due to the fact judge honyes disregard to do his job.

6-30-05 Plaintiff was brought back to court. Judge Haynes stated I would be released to a drug program rehaB the next day. Plaintiff had his mother contact Lucy at East Ala Mental Health to get a drug program set-up

But once again Judge Haynes failed to ever sign the release papers to go to the program

7-4 Plaintiff feeling suicidelly called to talk to his counselor at East Ala Mental health. Captain Robinson informed my counselor I was fine to refuse my calls

7-15-05 Plaintiff was released from jail.

Jeffrey W Spear
14 Cricket Court
Phenix city, AL
36869

I hereby certify that I have placed a copy of the above in the U.S. mail properly address to the defendants attorneys
Done this the 10th day of Jan 2006

Jeffrey W Spear
14 Cricket Court
Phenix city, AL 36869