```
Russell Hospital                                              1
P.O. Box 939
Alexander City, AL 35011                                 FINAL

        RECEIVED

SPEAR,JEFFREY W.              V011658952   04/15/05 04/15/05 04/19/05
    SPEAR,JEFFREY W.    2006 JAN 12  A 9: 34  BCBS OF AL RUSSELL CO RML416082320
    1919 OLD KELLYTON ROAD
    ALEXANDER CITY, AL  35010
                     U.S. DISTRICT COURT
                     MIDDLE DIST OF ALA
```



```
04/15/05  40763906   DECADRON 24 MG/ML; DEXAMETHASONE SOD      1      19.50
                     PHOS 20 MG/5 ML V
04/15/05  40764425A  KETORALAC 15MG; KETOROLAC                 2      24.30
                     TROMETHAMINE 30 MG/ML VIA
04/15/05  40764425B  KETORALAC 15MG; KETOROLAC                 2      24.30
                     TROMETHAMINE 30 MG/ML VIA
04/15/05  40401663   RT. KNEE (4 VIEWS)                        1     143.25
04/15/05  33100124   LEVEL 3                                   1      99.00
04/15/05  33100256   INJECTION IM OR SUBQ NON ANTIB            2     105.00
04/15/05  33201195   E/R PHYS LEVEL 3                          1     185.00

              *** SUMMARY BY SERVICE ***

              PHARMACY                                        5       68.10
              RADIOLOGY                                       1      143.25
              EMERGENCY ROOM                                  2      284.00
              TREAT/OBS RM TREATMENT RM                       2      105.00

              ESTIMATED INSURANCE DUE
              BCBS OF AL RUSSELL CORP                                600.35




                                        V011658952
                                                                     600.35
                                                                       0.00
                                                                     600.35
                                                                     600.35
                                                                       0.00
```

```
RUSSELL MEDICAL CENTER
P.O. Box 939                    PATIENT REGISTRATION FORM
Alexander City, AL 35011
256-329-7100
-------------------------------------------------------------------------------
ACCOUNT #: V011658952     ADMIT DATE: 04/15/05   MEDICAL RECORD NO:  M0044428
ROOM/BED:                 ADMIT TIME: 1729       FINANCIAL CLASS:    BC
TYPE:      REG ER         LOC/SVC/ACC:ER  -      SOCIAL SECURITY #:  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
-------------------------------------------------------------------------------
PATIENT NAME: SPEAR,JEFFREY W.              DOB:         04/08/65
ADDRESS:      1919 OLD KELLYTON ROAD        AGE:         40
              ALEXANDER CITY, AL 35010      SEX:         M
HOME PHONE:   (256)234-1165                 RACE:        CAUCASIAN
                                            RELIGION:    BAPTIST
COUNTY:       TALLAPOOSA                    MAR.STATUS:  MARRIED
-------------------------------------------------------------------------------
PATIENT EMPLOYER                            PERSON TO NOTIFY
     SELF EMPLOYED                               SPEAR,PATSY
                                                 1919 OLD KELLYTON ROAD
                                                 ALEXANDER CITY,AL 35010
                                                 (256)234-1165          WIFE
-------------------------------------------------------------------------------
GUARANTOR                                   NEXT OF KIN
    SPEAR,JEFFREY W.                            SPEAR,PATSY
    1919 OLD KELLYTON ROAD                      1919 OLD KELLYTON ROAD
    ALEXANDER CITY,AL 35010                     ALEXANDER CITY,AL 35010
    (256)234-1165         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           (256)234-1165          WIFE
-------------------------------------------------------------------------------
GUARANTOR EMPLOYER                          ACCIDENT DATE       TIME
    SELF EMPLOYED                               04/13/05        0300
                                            Arrival Mode: FAMILY VEHICLE
                                            Physician1: TISDALE,DEBORAH
                                            Physician2:
-------------------------------------------------------------------------------
INSURANCE              POLICY NUMBER        COVERAGE NO    SUBSCRIBER
BCBS OF AL RUSSELL COR RML416082320         08680          SPEAR,PATSY O.


ACCIDENT:          ACCIDENT, OTHER
COMMENT:
REASON FOR VISIT: RIGHT KNEE INJURY (04/13/2005)              USER:COM.AKJ
                     -                         -
                     -                         -
IS PATIENT A DIABETIC: N    HIPAA PRIVACY NOTIFICATION DATE: 04/21/03
ALLERGIES: ASA
  X
```

Corbin

**Russell Medical Center**
Alexander City, AL
**Emergency Department**
**Adult Nursing Assessment Sheet**
**TRIAGE**

ED Physician: Tisdale     Personal Physician: Corbin

Triage Vital Signs

| Temp | Pulse | Resp | B/P | PsOx | Wt |
|---|---|---|---|---|---|
| 98.4 | 93 | 20 | 123/81 | 97% | n/a |

Temp: (Oral) Axillary Rectal

Chief Complaint/History: Was hit across (R) knee c̄ pipe on 4/13 by wife — would not bring him in & decided to come in today when he was released

Onset: 4/13 _____ mins/hrs/days/weeks
Pain Assessment: 6-7     Pain goal: 0
Duration: 2 days     Alleviating Factors: nothing
What intensifies?: walking/bending knee
Allergies: ASA
Current Meds: _____

_____ How Obtained _____
Pts Pharmacy _____

**Triage Acuity:** Emergent  Urgent  (Nonurgent)
Mode of Arrival: (Ambulatory) Wheelchair Private Car Ambulance Police
Tx PTA: (None) O2 IV Backboard C-collar Other _____
PMH: HTN Diabetes Cancer _____ HIV Thyroid Anemia CVA
Seizures MI Pacemaker Angina CHF CAD COPD Asthma
GERD Liver Dz. Kidney Stones Dialysis Arthritis
Tobacco Use: pk daily     Alcohol Use: ∅
Past Surgeries: CABG Appendectomy Cholecystectomy Hysterectomy C-section
Other Surgeries: Tonsillectomy
Tetanus Hx: (Greater than 5 years) Less than 5 years
Functional: (No limitations) Needs Assistance _____ Bedridden
Psychosocial: (Cooperative) Anxiety Lives Alone Lives w/family NH
Nutritional: (Well Nourished) Malnourished Obese Decubitus Tube Feeding
Preferred Learning Method: Verbal  Written  (Both)
Educational: (Comprehends) Unable to comprehend Non-English Speaking
Barriers to Learning: _____
TB Screen: Have or ever had TB? No   Immediate family? No
Do you have any of the following? Cough>2 weeks  bloody sputum  nights sweats  weight loss  lack of appetite  fever
Nurse: J Deason RN     Triage Time: 1800
Placed in Room: G     Time: 1828    Date: 4-15-05

---

**Adult Physical Assessment**

Mental Status: (Alert) (Oriented) Lethargic Disoriented Confused Unresponsive
Speech: (Normal) Foreign Incoherent Slurred Unable to Speak
Stimulus Response: (Verbal) (Touch) (Pain) None
Pupils: (N/A) PERRL Other _____
Hand Grips: (N/A) Equal Bilat. Weak R L
Mucous Membranes: (Moist) Dry
Skin: (Warm) Hot (Dry) Cool Moist Clammy
Turgor: (Normal) Decreased
Color: Flushed (Pink) Pale Cyanotic Mottled Jaundiced
Pulse: (Regular) Irregular Absent
Respirations: (No distress) Labored SOB Hyperventilating
Breath Sounds: (Bilaterally Equal Clear)
(R) Clear Adventitious Dimished Absent  (L) Clear Adventitious Dimished Absent
Cough: Present; Productive Non-Productive (Not Present)
Sputum: (N/A) Clear Green Yellow Brown Bloody Frothy
Peripheral Edema: (N/A) Present Location _____ 1+ 2+ 3+ 4+
Abdomen: (N/A) Soft Non-tender Distended Nondistended Rebound
Tender (location) RLQ RUQ LLQ LUQ
Bowel Sounds: (N/A) Normal Hypoactive Hyperactive
GI: (N/A) Nausea Vomiting Diarrhea
GU: (N/A) Dysuria Frequency Hematuria Flank Pain R L
GYN: (N/A) LMP _____ Normal: Yes No
Post menopausal: Yes No
Pregnant: No Yes EDC _____ FHT _____
Birth Control: N/A No Yes _____
Discharge: No Yes   Abnormal Bleeding: No Yes
Lacerations / Abrasions: (N/A) Location _____ Size _____
Orthopedics: N/A Swelling Deformity Location _____
Pulse below injury: No Yes
Valuables released to: (N/A) Patient Safe Other _____
Specify _____
Notifications/Referrals:
___ Family: none     Coroner _____
___ Police _____    Other _____
___ Social Service _____
___ Dietitian _____
___ Physical Therapy _____
___ Psychological _____

Nurse: J Deason RN     Time: 1810

(1)

09/04                                                                 1112702

## Medication and IV Orders

| Time | IV Fluids | Amt. | Site | #Attempts | Size | Pump | Rate | By | Time D/c'd | Amt. Infused | By Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Time | Medications | Dose | Route | Location | Init. | Response* |
|---|---|---|---|---|---|---|
| 1900 | Toradol | 60mg | IM | R hip | SH RN | |
| 1902 | Decadron | 12mg | IM | R hip | SH RN | |

*first dose response to new medication

### PAIN REASSESSMENTS

| Status | Intervention | Pain Level | Time | Initials |
|---|---|---|---|---|
| ☐ No change ☐ Worsened ☐ Improved | | | | |
| ☐ No change ☐ Worsened ☐ Improved | | | | |
| ☐ No change ☐ Worsened ☐ Improved | | | | |

**Interventions** — Time — Initials

- ☐ Glucose Screen
- ☐ O2
- ☐ Cardiac Monitor
- ☐ Rhythm
- ☐ EKG
- ☐ Xrays To: ___ From ___
- ☐ Xrays To: ___ From ___
- ☐ Labs - Drawn by ED   ☐ Drawn by Lab tech
- ☐ UA collected ___ to Lab ___ Cath  Voided specimen
- ☐ C-Collar Applied ___
- ☐ Ortho Care — Ice  Elevation  Ace  Sling  Splint  Immobilized  Crutch Education
- ☐ Wound Care ___
- ☐ N/G Size ___
- ☐ Gastric Lavage  N/G  Oral
- ☐ Foley: Size ___ Output ___ Describe ___
- ☐ Visual Acuity ___ R eye ___ L eye ___ Both eyes ___
- ☐ Moderate Sedation (See Flow Sheet) ___
- ☐ Emotional support given

RT Treatment: Tx #1 ___ Tx #2 ___ Tx #3 ___ RT Signature ___

**Additional Notes**

Discharge V.S. as applicable ___

### Disposition

☒ Discharged: Elopement  AMA  Expired  Admitted  (Home)  Transferred to: ___
☒ Verbalizes understanding of discharge instructions (Yes)  No
☒ Written  Verbal  Instructions Given To: (Patient)  Parent  Spouse  Other ___ (Name)
☐ Discharge sheet(s) # ___ given to above.
☐ Referred to ___
☐ Admitted to Room # ___
Report to ___ Time ___
Discharged by Sheena Hunter RN  Time 1920
Transported to Room ___ Time ___ By ___
Via - wheelchair  stretcher  ambulatory
Nurse ___ RN  Init ___
Nurse ___ Init ___
Nurse Sheena Hunter RN  Init SH RN
Date 4-15-05

ADDRESSOGRAPH
SPEAR, JEFFREY W.
ER
TISDALE, C
4/15/2005  CBS OF AL
4 Y  CA/M
NKA
V0TI58952  H004442B

**NOTES**

1810 - Pt placed in obhy auditing ___
room ___

(2)

```
RUSSELL MEDICAL CENTER              NAME: SPEAR,JEFFREY W.
    P.O. BOX 939                    PHYS: TISDALE,DEBORAH
ALEXANDER CITY,AL 35010             DOB:  04/08/1965 AGE: 40    SEX : M
                                    ACCT: V011658952       LOC: ER
TRANSCRIPTION REPORT                EXAM DATE: 04/15/2005 STATUS:DEP ER
                                    RAD #: 00085065        UNIT #: M0044428

EXAM #         TYPE         EXAM                           RESULT
000536220      RAD          / RIGHT KNEE 4 VIEWS

SPEAR, JEFFREY W.

4 VIEWS RIGHT KNEE - 04/15/05:

INDICATION:   Pain.

CONCLUSION:
No acute fracture or dislocation of the right knee.  No joint
effusion.


                    ** REPORT SIGNATURE ON FILE 04/17/2005 **
                    Reported By: LARRISON,MATTHEW MD
                    Signed By:   LARRISON,MATTHEW


Transcribed Date/Time:  04/17/2005  1425
Transcriptionist: RAD.JJH

Technologist: YANDA M. LLOYD, RT (R)(CT)(M
Printed Date/Time: 04/27/2005 11:57
CC: Corbin,Timothy
    DEBORAH TISDALE             11
```

**RUSSELL MEDICAL CENTER**
**EMERGENCY PHYSICIAN RECORD**                    33            **LOWER EXTREMITY INJURY / **

Time Seen: 6:30 am    Room: 6
Historian: (patient) / EMS / _____
History limited by: _____    ☐ Translator

SPEAR, JEFFREY W.
DR. TISDALE, D
04/13/2005    BCBS OF AL
40Y   CA/M    04/08/1965

### CHIEF COMPLAINT
☐ pain to    (right) / left    [thigh / (knee) / leg / calf]
☐ injury to

### HISTORY OF PRESENT ILLNESS:
age: 40 y/o    race: (W) / B / H / O    gender: (M) / F
onset: 6am    hrs / days / weeks    4/13
Severity of pain: mild / (moderate) / severe
pain scale (1—10): ___
Location of pain: R / L    thigh / (knee) / leg / calf
Associated injury: yes / no    Hit c pipe by wife

Cause of injury:    ☐ fall    ☑ direct blow    ☐ laceration by _____
                   ☐ burn    ☐ twisted

Work related injury?    Yes / (No)
Relevant history:    ☑ recent surgery    ☐ recent long travel
                    ☐ recent bed confinement
Exacerbation of pain:    ☑ nothing    ☐ movement
                        ☑ weight bearing
Associated symptoms:    ☐ none
                       ☐ paresthesia / numbness of thigh / leg

Similar symptoms previously:    (YES) / NO
Tetanus status:    ☑ current    ☐ > 5 years

### ADDITIONAL HISTORY:
_____

### PMH/SH/FH    ☑ Reviewed on nurse's notes and agree

### PAST MEDICAL HISTORY    ☑ none
☑ HTN        ☐ asthma    ☑ arthritis
☑ diabetes   ☐ DVT       ☑ pulmonary emboli
☑ other: _____

Surgeries: THA

### SOCIAL HISTORY
☑ alcohol        ☑ tobacco        ☐ drug abuse
☑ lives alone / (spouse) / (family) / nursing home

### ALLERGIES    ☐ NKDA          MEDICATIONS  ☑ see nurse's notes
☑ see nurse's notes                ☐ birth control pills    ☐ NSAID

### REVIEW OF SYSTEMS
☐ ROS ALL SYSTEMS REVIEWED & NEGATIVE EX_____
☐ ROS cannot be obtained; patient unable to answer questions
Check box if system is normal:
☐ General: _____
☐ ENT: _____
☐ Eyes: _____
☐ Resp: _____
☐ CV: _____
☐ GI: _____
☐ GU: _____
☑ Skeletal: see HPI
☐ Skin: _____
☐ Neuro/Psych: _____
☐ Endocrine: _____

### PHYSICAL EXAM    ☑ Vital signs reviewed    ☑ VS stable
HR ___ BP ___ RR ___ T ___ SaO₂ ___%

**APPEARANCE:**
☑ normal        ☐ distressed: mild / moderate / severe

**HIP / PELVIS**
☑ normal                ☐ tenderness (see diagram)
☐ non-tender            ☐ leg is externally rotated and shortened
☑ no pain with motion   ☐ pain on motion
☑ NL neurovascular exam

**THIGH**
☑ no deformity    ☐ obvious deformity (see diagram)
☑ no swelling     ☐ swelling / abrasion / ecchymosis
☑ no ecchymosis   ☐ tenderness
☑ skin intact     ☐ laceration (see diagram)

**KNEE**
☐ no deformity          ☑ obvious deformity (see diagram)
☑ no swelling / effusion ☑ swelling / joint effusion
☐ full ROM w/o pain     ☑ tenderness: _____
☐ skin intact           ☑ laceration (see diagram)
☐ full ROM with pain    ☑ limited / painful ROM
                        ☑ positive drawer anterior / posterior

**LEG**
☑ no deformity          ☐ obvious deformity (see diagram)
                        ☐ swelling / erythema of leg / calf
☑ no swelling / edema   ☐ pain on palpation
☑ no calf tenderness    ☐ laceration (see diagram)
                        ☐ positive homan's sign  R / L
                        ☐ calf tenderness  R / L

**FOOT and ANKLE**
☑ no deformity          ☐ obvious deformity (see diagram)
☑ no swelling / edema   ☐ pain on palpation
☑ no calf tenderness    ☐ laceration (see diagram)
                        ☐ decreased dorsalis pedis  R / L
                        ☐ decreased tibialis anterior  R / L
                        ☐ medial / lateral joint laxity

**RUSSELL MEDICAL CENTER**
**EMERGENCY PHYSICIAN RECORD**
**PAGE 2**

LOWER EXTREMITY
INJURY / PAINER                ER
SPEAR, JEFFREY W.
DR. TISDALE, D
04/15/2005    BCBS OF AL
40Y   C A/M   04/08/1965





**WOUND REPAIR** (time: _____ )
Description: _____    Linear / stellate
Location: NKA    Length: ____ cm    clean / contaminated margins
Anesthesia:                                    crushed tissue
   topical: _____
   local: lidocaine 1% / 2% w / without epinephrine
   other: _____
Cleansing:
   irrigation: saline / shurclens / betadine    volume: ____ cc
   debridement    foreign body removal
Wound Repair
☐ wound edges revised
☐ staples _____    ☐ steri-strips only  ☐ skin adhesive

|       | # of sutures | suture size | material | technique |
|-------|--------------|-------------|----------|-----------|
| skin  |              |             | nylon / prolene | simple / running / mattress |
| subQ  |              |             | vicryl / chromic | simple / running / mattress |
| deep  |              |             | vicryl / chromic | simple / running / mattress |

☐ See Additional Wound Repair Note
_____
_____
_____

☐ Old records reviewed        ☐ Admission orders written
☐ Discussed with Dr. _____
☐ Counseled patient/family: test results / diagnosis / follow-up

**CLINICAL IMPRESSION**
RIGHT        Thigh        Fracture
             (Knee)       (Contusion)
LEFT         Patellar     Laceration
             Tibia / Fibula    Strain / Sprain
             Calf         Deep Vein Thrombosis

**DISPOSITION** (time: _____ )
☐ home  ☐ admit  ☐ transferred  ☐ AMA  ☐ observation  ☐ expired
Condition: ☐ stable  ☐ fair  ☐ good  ☐ poor  ☐ critical  ☐ improved
Follow-up: ☐ ED   ☐ PMD   ☐ on-call _____ in _____ days
Instructions: _____
Rx: _____

☐ I HAVE PERFORMED A MEDICAL SCREENING EVALUATION
☐ NO EMERGENCY MEDICAL CONDITION EXISTS    ☐ MSO
☐ FURTHER EVALUATION NEEDED

**ATTENDING NOTE**
☐ resident/NP/PA note reviewed
☐ I have performed a face to face evaluation of the patient
☐ labs reviewed            ☐ x-rays reviewed
☐ I agree with above diagnosis   ☐ I have reviewed the treatment plan / concur

_____ Resident / NP / PA
_____ MD / DO

☐ See Addendum Sheet

☐ HEENT _____
☐ neck _____          ☐ psychiatric: _____
☐ cardiopulmonary: _____  ☐ neurological: _____
☐ GI/GU: _____

**RADIOGRAPHS**
L / R femur:    ☐ normal _____
L /(R) knee:    ☑ normal _____
L / R patella:  ☐ normal _____
L / R tib/fib:  ☐ normal _____
venous doppler R/L LE   ☐ normal   ☐ pos DVT
CXR:                    ☐ normal   ☐ abnormal

other radiographs: _____

CBC:  ☐ normal except: WBC ____ H/H ____
      plts: ____ segs/ Bands ____
BMP:  ☐ normal except _____
PT / PTT ☐ normal _____
D dimer : ☐ normal _____

**IMMOBILIZATION**
application by:  ☐ ED physician  ☐ nurse / tech
                 ☐ knee immobilizer
                 ☐ long leg plaster / fiberglass splint

*EDCare Templates only for use by EDCare of Alabama, Inc.*
*Release 4*

+++

| STAT | | | T011658952 M0044428 |
| MAR-> | | | <- CORRECTION |

RUSSELL MEDICAL CENTER
EMERGENCY DEPARTMENT
PHYSICIAN ORDER SHEET

EAR, JEFFREY J.
TISDALE,
04/15/2005

ADDRESSOGRAPH

| TIME/INIT | LABS: | | TIME/INIT | XRAYS: | TIME/INIT | RT: |
|---|---|---|---|---|---|---|
| | CBC | ED CARE: | | CXR | | Albuterol/Atrovent |
| | C8 | CBC | | RIBS-R/L | | TREATMENTS-specify |
| | C14 | C14 | | AAS | | O2 |
| | ABG O2 | CK | | 1 VIEW ABD | | EKG |
| | LIPASE | CKMB | | C-SPINE | | |
| | AMYLASE | TNI | | T-SPINE | | MEDICATIONS: |
| | CK | POCXR | | L/S-SPINE | | ASA 325mg chew x1 |
| | CKMB | BNP | | TRMA SHLDR-R/L | | SL NTG q 5minx3 prn |
| | TNI | EKG | | SHOULDER-R/L | | pain SBP>90:notify |
| | BNP | O2 | | FOREARM-R/L | | MD if not pain free |
| | UA | | | WRIST-R/L | | after SL NTG |
| | PREGU | | | HAND-R/L | | 1"NTP to CW if pain |
| | UDS | | | FINGERS-R/L | | free |
| | URINE CULTURE | | | HIP-R/L | | Td 0.5 ml IM |
| | GC DNA | | | PELVIS | | |
| | WET PREP | | | TIB-FIB-R/L | | |
| | BETA HCG (quant) | | | ANKLE-R/L | | |
| | PT/INR | | | FOOT-R/L | | |
| | PTT | | | ELBOW-R/L | | |
| | ASA | | 1810 | KNEE-R/L | | ADDITIONAL ORDERS: |
| | ACET | | | | | CARDIAC MONITOR |
| | GLUSCRE | | | | | PULSEOX |
| | ALCOHOL | | | | | IV FLUID __@__ ml/hr |
| | DILANTIN | | | CT: | | SALINE LOCK |
| | DEPAKOTE | | | | | FOLEY TO GRAVITY |
| | TEGRETOL | | | | | Toradol 60mg IM |
| | BC X | | | ULTRASOUND: | | Decadron 12mg IM |
| | DIG LEVEL | | | | | |
| | OCCULT BLD STOOL | | | Reason: | | |

SIGNATURES:

CRNP: _____   MD/DO: _____   CERTIFIED EMERGENCY  (YES)  NO

CRNP: _____   MD/DO: _____

KEYMK574 (ED PHYSICIAN ORDERS)
revised:03/21/05 -jja

# RUSSELL MEDICAL CENTER

P.O. Box 939     Alexander City, AL 35011     (256) 329-7133

PATIENT'S NAME: J. Spear
DATE: 4/15/05

| MEDICATION | DIRECTIONS | DISPENSE | REFILLS |
|---|---|---|---|
| 1 Naprosyn 500mg | 7 po TID | #30 | 0 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

PRODUCT SELECTION PERMITTED                    DISPENSE AS WRITTEN

Clark Baker, M.D.   BB5669607   AL21072
Timothy Bode, M.D.   BB4743200   AL21352
Michele Goldhagen, M.D.   BG4045084   AL21900
Shirley Lazenby, M.D.   BL2726745   AL18165
Alonzo Mahurin, D.O.   BM1462883   DO-210
Michael Peaden, M.D.   BP1893331   AL15415

Kim Williams, M.D.   BW5231903   AL20535
Tara Jones, C.R.N.P.   AL1-084214   Rx 1743
Ralph Hamm, C.R.N.P.   AL1-066609   Rx 1708
Amy Barrett, C.R.N.P.   AL1-084325   Rx 2087
Tim Hill, C.R.N.P.   AL1-061332   Rx 0948

## RUSSELL MEDICAL CENTER EMERGENCY DEPARTMENT

**DISCHARGE INSTRUCTIONS**     PATIENT'S NAME _____

___ Contact your physician tomorrow for an appointment for follow-up in _____ days.
___ If no improvement in _____ days, contact your physician for follow-up.     Date: _____
___ Continue with present medications.
___ Contact your physician or return to the Emergency Department if symptoms worsen or no relief prior to follow-up appointment.
___ Since you have no local physician; you have been referred to Dr. _____, phone number _____
✓ Take medications as directed.
___ D/C sheet # _____
✓ Additional Instructions:
Ice 20 minutes at a time / rest (R) knee &
minimize wgt bearing one week

## RUSSELL MEDICAL CENTER EMERGENCY DEPARTMENT

**WORK/SCHOOL NOTE**

___ May return to work/school without restrictions.
___ May return to restricted duties for _____ days.
___ Restrictions: _____
___ Will require time off from work/school, estimated time: _____ days.
___ No athletics / physical education _____ days.
___ Other: _____ was here with relative / child.

DATE: 4/15/05
I hereby acknowledge that I have received a copy of and understand the above instructions.
SIGNATURE OF PATIENT OR RESPONSIBLE PARTY: J. Spear
SIGNATURE OF NURSING PERSONNEL: Sheena Hunter RN

ADDRESSOGRAPH

Rev. 2/04                    1112701