Russell Hospital
P.O. Box 939
Alexander City, AL 35011

1

FINAL

B

SPEAR,JEFFREY W.

V011728656 05/12/05 05/13/05 05/16/05

BCBS OF AL RUSSELL CO RML820150719

SPEAR,JEFFREY W.
1919 OLD KELLYTON ROAD
ALEXANDER CITY AL 35010

| Date | Code | Description | Qty | Amount |
|---|---|---|---|---|
| 05/12/05 | 40769465 | PREVACID 30MG VIAL; LANSOPRAZOLE 30 MG/VIAL ML | 2 | 207.00 |
| 05/12/05 | 40100026 | ABO GROUP | 1 | 20.75 |
| 05/12/05 | 40100323 | ANTIBODY SCREEN | 1 | 38.75 |
| 05/12/05 | 40101040 | CROSSMATCH | 2 | 191.00 |
| 05/12/05 | 39800461 | CBC | 1 | 76.25 |
| 05/12/05 | 39700109 | URINALYSIS | 1 | 51.25 |
| 05/12/05 | 39901541 | ABG (ARTERIAL BLOOD GASES) | 1 | 92.25 |
| 05/12/05 | 39901863C8 | GLUCOSE BLOOD | 1 | 5.75 |
| 05/12/05 | 39902085C8 | BUN | 1 | 5.75 |
| 05/12/05 | 39902424C8 | POTASSIUM SERUM | 1 | 5.75 |
| 05/12/05 | 39902440C8 | CALCIUM | 1 | 5.75 |
| 05/12/05 | 39902622C8 | CO2 | 1 | 5.75 |
| 05/12/05 | 39903430C8 | CHLORIDE | 1 | 5.75 |
| 05/12/05 | 39904248C8 | CREATININE | 1 | 5.75 |
| 05/12/05 | 39904586C8 | SODIUM - SERUM | 1 | 5.75 |
| 05/12/05 | 39902044 | GLUCOSE SCREEN | 1 | 16.75 |
| 05/12/05 | 39901459 | AMYLASE | 1 | 25.75 |
| 05/12/05 | 39900097 | LIPASE | 1 | 47.75 |
| 05/12/05 | 39900550 | ETHANOL | 1 | 108.75 |
| 05/12/05 | 39502539 | OCCULT BLOOD | 1 | 30.50 |
| 05/12/05 | 39801543 | PRO TIME | 1 | 37.75 |
| 05/12/05 | 39800461 | CBC | 1 | 76.25 |
| 05/12/05 | 39800461 | CBC | 1 | 76.25 |
| 05/12/05 | 33100199 | LEVEL 4 | 1 | 147.00 |
| 05/12/05 | 33100249 | IV INFUSION 1ST HOUR | 1 | 228.00 |
| 05/12/05 | 33100041 | RECTAL EXAM | 1 | 10.00 |
| 05/12/05 | 40800930 | OXYGEN 1-3 & SET-UP | 1 | 50.75 |
| 05/12/05 | 40300014 | EKG 12 LEAD | 1 | 105.50 |
| 05/12/05 | 40800930 | OXYGEN 1-3 & SET-UP | 1 | 50.75 |
| 05/12/05 | 40400079 | ABDOMEN, COMPLETE | 1 | 212.25 |
| 05/12/05 | 31501380 | MEDRAD SYRINGE X | 1 | 57.00 |
| 05/12/05 | 41000050 | ABDOMEN CT W/ CONTR | 1 | 1106.00 |
| 05/12/05 | 41000175 | PELVIS CT WITH CONTR | 1 | 823.00 |
| 05/12/05 | 40101040 | CROSSMATCH | -1 | -95.50 |
| 05/12/05 | 40101040 | CROSSMATCH | -1 | -95.50 |
| 05/12/05 | 40769465 | PREVACID 30MG VIAL; LANSOPRAZOLE 30 MG/VIAL ML | -1 | -103.50 |
| 05/12/05 | 32504805 | SPECI PAN; SPECIPAN | 1 | 9.00 |

V011728656

Russell Hospital
P.O. Box 939
Alexander City, AL 35011

FINAL

SPEAR,JEFFREY W. V011728656 05/12/05 05/13/05 05/16/05

SPEAR,JEFFREY W.
1919 OLD KELLYTON ROAD
ALEXANDER CITY AL 35010

BCBS OF AL RUSSELL CO RML820150719

| Date | Code | Description | Qty | Amount |
|---|---|---|---|---|
| 05/12/05 | 32506149 | URINAL, DISP; URINAL DISPOSABLE | 1 | 6.10 |
| 05/12/05 | 32600785 | L8000 0.9% SC 1000; SOL NACL 0.9% 1000ML L8000 | 1 | 23.65 |
| 05/12/05 | 32602062 | SET, SECONDARY NF; SET SECONDARY VENTED V1921 | 1 | 11.50 |
| 05/12/05 | 32602237 | L8650 0.9% SC 20KCL; SOL NACL 0.9% 20MEQ KCL L8650 | 1 | 35.25 |
| 05/12/05 | 32506149 | URINAL, DISP; URINAL DISPOSABLE | 1 | 6.10 |
| 05/12/05 | 32600785 | L8000 0.9% SC 1000; SOL NACL 0.9% 1000ML L8000 | 1 | 23.65 |
| 05/12/05 | 32601635 | DIAL A FLOW EXT.; SET DIAL A FLOW CONTROLLER | 1 | 23.85 |
| 05/12/05 | 32602054 | SET, PRIMARY SETUP; SET PRIMARY HORIZON 375105 | 1 | 76.50 |
| 05/12/05 | 30200653 | O/P LEVEL I NURSING | 1 | 48.25 |
| 05/12/05 | 30200240 | O/P OBSERVATION/MS | 24 | 780.00 |
| 05/13/05 | 39800461 | CBC | 1 | 76.25 |
| 05/13/05 | 39901863C8 | GLUCOSE BLOOD | 1 | 5.75 |
| 05/13/05 | 39902085C8 | BUN | 1 | 5.75 |
| 05/13/05 | 39902424C8 | POTASSIUM SERUM | 1 | 5.75 |
| 05/13/05 | 39902440C8 | CALCIUM | 1 | 5.75 |
| 05/13/05 | 39902622C8 | CO2 | 1 | 5.75 |
| 05/13/05 | 39903430C8 | CHLORIDE | 1 | 5.75 |
| 05/13/05 | 39904248C8 | CREATININE | 1 | 5.75 |
| 05/13/05 | 39904586C8 | SODIUM - SERUM | 1 | 5.75 |

*** SUMMARY BY SERVICE ***

| Service | Qty | Amount |
|---|---|---|
| PHARMACY | 1 | 103.50 |
| IV THERAPY OTHER | 1 | 228.00 |
| CENTRAL SUPPLY | 11 | 317.10 |
| LABORATORY | 28 | 807.75 |
| RADIOLOGY | 1 | 212.25 |
| CT SCAN | 2 | 1929.00 |
| BLOOD/STORE-PROC | 2 | 59.50 |
| EMERGENCY ROOM | 2 | 157.00 |
| MED/SUR SUPP INCID TO RAD | 1 | 57.00 |
| EKG 12 LEAD | 1 | 105.50 |
| TREATMENT/ROOM | 1 | 48.25 |

V011728656

Russell Hospital
P.O. Box 939
Alexander City, AL 35011

3

FINAL

SPEAR,JEFFREY W.

V011728656 05/12/05 05/13/05 05/16/05

SPEAR,JEFFREY W.
1919 OLD KELLYTON ROAD
ALEXANDER CITY AL 35010

BCBS OF AL RUSSELL CO RML820150719

| | | |
|---|---|---|
| OBSERVATION | 24 | 780.00 |
| ESTIMATED INSURANCE DUE<br>BCBS OF AL RUSSELL CORP | | 4804.85 |

V011728656

4804.85
0.00
4804.85
4804.85

0.00

# Medication and IV Orders

| Time | IV Fluids | Amt. | Site | #Attempts | Size | Pump | Rate | By | Time D/c'd | Amt. Infused | By Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0820 | NS | i L | (L)AC | x i | 18g | N/A | 100ml/hr | mR | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Time | Medications | Dose | Route | Location | Init. | Response* |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

•first dose response to new medication

## PAIN REASSESSMENTS

| Status | Intervention | Pain Level | Time | Initials |
|---|---|---|---|---|
| ☐ No change ☐ Worsened ☐ Improved | | | | |
| ☐ No change ☐ Worsened ☐ Improved | | | | |
| ☐ No change ☐ Worsened ☐ Improved | | | | |

| Interventions | Time | Initials |
|---|---|---|
| ☐ Glucose Screen | | |
| ☐ 02 | | |
| ☒ Cardiac Monitor | 0825 | mR |
| ☐ Rhythm | | |
| ☒ EKG | 0830 | mR |
| ☒ Xrays (CT) To: 0832 From 0912 | u/a | mR |
| ☐ Xrays To: ______ From ______ | | |
| ☐ Labs - Drawn by ED ☐ Drawn by Lab tech | | |
| ☒ UA collected 0830 to Lab 0831 Cath Voided specimen | / | mR |
| ☐ C-Collar Applied ______ | | |
| ☐ Ortho Care — Ice Elevation Ace Sling Splint Immobilized Crutch Education | | |
| ☐ Wound Care ______ | | |
| ☐ N/G Size ______ | | |
| ☐ Gastric Lavage N/G Oral | | |
| ☐ Foley: Size ______ Output ______ Describe ______ | | |
| ☐ Visual Acuity ______ R eye ______ L eye ______ Both eyes ______ | | |
| ☐ Moderate Sedation (See Flow Sheet) ______ | | |
| ☐ Emotional support given | | |

RT Treatment: Tx #1 ___ Tx #2 ___ Tx #3 ___ RT Signature ______

## NOTES

0825 - Pt gives contact # in case of emergency 309-1179 - Patsy Spear (wife) — mRiley RN
1000 - admission orders received. Supervisor beeped — mRiley RN
1015 - No beds available.

## Additional Notes

Discharge V.S. as applicable ______

**Disposition**

~~Discharged~~ ME Elopement AMA Expired (Admitted) ~~Home~~ ME Transferred to: ______

☐ ~~Verbalizes understanding of discharge instructions Yes No~~

☐ Written Verbal Instructions Given To: Patient Parent Spouse Other ______ (Name)

☐ Discharge sheet(s) # ______ given to above.

☐ Referred to ______

☐ Admitted to Room # ______

Report to Sherry, RN Time 1215

Discharged by [signature] Time ______

Transported to Room ______ Time ______ By ______

Via - wheelchair stretcher ambulatory

Nurse mRiley RN Init mR

Nurse ______ Init ______

Nurse ______ Init ______

Date 5/12/05

ADDRESSOGRAPH

ER ER
SPEAR, JEFFREY M.
DR GOLDHAGEN, M
05/12/2005 BCBS OF AL
04/08/1965 M/40 CA/N
ASY 40Y
V0117L28656 M00044428

RUN DATE: May 24, 2005
RUN TIME: 9:29 am
RUN.USER: MIS.CAT

Russell Med Center Laboratory **LIVE** PAGE 9
3316 Highway 280
Alexander City, AL 35010
FINAL RESULTS

PATIENT: SPEAR,JEFFREY W.
REG DR: Law,Vincent

ACCT #: V011728656
AGE/SX: 40/M
STATUS: DIS INo

LOC: MEDSURG
ROOM: 264
BED: A

U #: M0044428
REG: 05/12/05
DIS: 05/13/05

**** HEMATOLOGY ****

| Date<br>Time | 5/13/05<br>0430 | 5/12/05<br>2011 | 5/12/05<br>1343 | | Reference | Units |
|---|---|---|---|---|---|---|
| WBC | 7.8 | 8.1 | 9.8 | | (4.3-11.0) | K/CMM |
| RBC | 4.65 | 4.62 | 4.65 | | (4.6-6.2) | M/CMM |
| HGB | 14.8 | 14.6 | 14.6 | | (14.0-18.0) | gm/L |
| HCT | 41.7 | 41.6 | 41.2 | | (40-54) | % |
| MCV | 89.7 | 90.0 | 88.7 | | (74-102) | fl |
| MCH | 31.9 | 31.6 | 31.5 | | (26-33) | pg |
| MCHC | 35.6 | 35.1 | 35.5 | | (31-36) | % |
| PLATELET COUNT | 229 | 233 | 225 | | (150-375) | K/CMM |
| RDW-CV | 12.7 | 12.8 | 12.8 | | | % |
| MPV | 8.2 | 8.2 | 7.8 | | | fl |
| GRANULOCYTES | 54.7 | 56.5 | 64.4 | | (37.0-80.0) | % |
| LYMPHOCYTE | 31.9 | 32.2 | 24.3 | | (15.0-55.0) | % |
| MONOCYTES | 9.6 | 8.7 | 9.1 | | (0.0-15.0) | % |
| EOSINOPHIL | 3.7 | 2.0 | 1.5 | | (0.0-7.0) | % |
| BASOPHIL | 0.1 | 0.6 | 0.7 | | (0-3.0) | % |
| GRANULOCYTE # | 4.3 | 4.6 | 6.3 | | (1.5-7.0) | /UL |
| LYMPHOCYTE # | 2.5 | 2.6 | 2.4 | | (1.0-4.8) | /UL |
| MONOCYTE # | 0.7 | 0.7 | 0.9 | H | (0.0-0.7) | /UL |
| EOSINOPHIL # | 0.3 | 0.2 | 0.1 | | | /UL |
| BASOPHIL # | 0.00 | 0.00 | 0.10 | | | |

| Date<br>Time | 5/12/05<br>0821 | | | | Reference | Units |
|---|---|---|---|---|---|---|
| WBC | 12.0 | H | | | (4.3-11.0) | K/CMM |
| RBC | 5.07 | | | | (4.6-6.2) | M/CMM |
| HGB | 16.1 | | | | (14.0-18.0) | gm/L |
| HCT | 44.8 | | | | (40-54) | % |
| MCV | 88.2 | | | | (74-102) | fl |
| MCH | 31.7 | | | | (26-33) | pg |
| MCHC | 35.9 | | | | (31-36) | % |
| PLATELET COUNT | 281 | | | | (150-375) | K/CMM |
| RDW-CV | 12.6 | | | | | % |
| MPV | 8.0 | | | | | fl |
| GRANULOCYTES | 75.9 | | | | (37.0-80.0) | % |
| LYMPHOCYTE | 16.2 | | | | (15.0-55.0) | % |
| MONOCYTES | 7.3 | | | | (0.0-15.0) | % |
| EOSINOPHIL | 0.5 | | | | (0.0-7.0) | % |
| BASOPHIL | 0.1 | | | | (0-3.0) | % |
| GRANULOCYTE # | 9.1 | H | | | (1.5-7.0) | /UL |
| LYMPHOCYTE # | 1.9 | | | | (1.0-4.8) | /UL |
| MONOCYTE # | 0.9 | H | | | (0.0-0.7) | /UL |
| EOSINOPHIL # | 0.1 | | | | | |

Patient: SPEAR,JEFFREY W. Age/Sex: 40/M Acct#V011728656 Unit#M0044428

RUN DATE: May 24, 2005
RUN TIME: 9:29 am
RUN.USER: MIS.CAT

Russell Med Center Laboratory **LIVE** PAGE 10
3316 Highway 280
Alexander City, AL 35010
FINAL RESULTS

Patient: SPEAR,JEFFREY W. #V011728656 (Continued)

**** HEMATOLOGY CONTINUED ****

| Date<br>Time | 5/12/05<br>0821 | | | | Reference | Units |
|---|---|---|---|---|---|---|
| BASOPHIL # | 0.00 | | | | | /UL |

**** COAGULATION ****

| Date<br>Time | 5/12/05<br>0821 | | | | Reference | Units |
|---|---|---|---|---|---|---|
| PROTIME | 12.2(a) | | | | | SECONDS |
| INR | 1.1(b) | | | | | |

**** CHEMISTRY ****

| Date<br>Time | 5/13/05<br>0430 | | 5/12/05<br>0821 | | | | Reference | Units |
|---|---|---|---|---|---|---|---|---|
| NA | 142 | | 140 | | | | (137-147) | mEq/L |
| K | 4.3 | D | 3.3 | L | | | (3.5-5.0) | mEq/L |
| CHLORIDE | 109 | | 101 | | | | (99.0-113) | mEq/L |
| CO2 | 30 | | 28 | | | | (22-31) | mEq/L |
| ANION GAP | 3.0 | L | 11.0 | | | | (5.0-15.0) | mmole/l |
| GLUCOSE | 86 | | 102 | | | | (65-120) | mg/dL |
| BUN | 10.0 | | 14.0 | | | | (9.0-20) | mg/dL |
| CREATININE | 1.0 | | 1.2 | | | | (0.7-1.2) | mg/dL |
| BUN/CREAT RATIO | 10.0 | L | 11.7 | L | | | (17-23) | |
| CALCIUM | 8.7 | L | 9.7 | | | | (8.9-10.3) | mg/dL |
| GLUCOSE FINGER | | | 99 | | | | (65-120) | mg/dL |
| ACCUCHECK # | | | 2 | | | | | |
| AMYLASE | | | 43 | | | | (36-128) | U/L |
| LIPASE | | | 31 | | | | (8-57) | U/L |

NOTES: (a) PT THERAPEUTIC RANGE:
NON THERAPY <=15 SEC
THERAPY <=30 SEC
(b) INR: THERAPEUTIC FOR MOST CLINICAL CONDITIONS IS 2 - 3
THERAPEUTIC FOR CERTAIN SPECIAL CONDITIONS SUCH AS RECURRENT DEEP VEIN THROMBOSES OR PULMONARY EMBOLI, MECHANICAL PROSTHETIC DEVICES OR MYOCARDIAL INFARCTION IS 3 - 4.5

Patient: SPEAR,JEFFREY W. Age/Sex: 40/M Acct#V011728656 Unit#M0044428

RUN DATE: May 24, 2005
RUN TIME: 9:29 am
RUN.USER: MIS.CAT

Russell Med Center Laboratory **LIVE** PAGE 11
3316 Highway 280
Alexander City, AL 35010
FINAL RESULTS

Patient: SPEAR,JEFFREY W. #V011728656 (Continued)

**** CHEMISTRY CONTINUED ****

| Date<br>Time | 5/13/05<br>0430 | 5/12/05<br>0821 | | Reference | Units |
|---|---|---|---|---|---|
| ALCOHOL | | < 10 | | (<10) | mg/dL |

* BLOOD GASES *

| Date<br>Time | 5/12/05<br>0821 | | | | Reference | Units |
|---|---|---|---|---|---|---|
| PH VENOUS | (A) | *H | | | (7.3100-7.4200 | |

(A) 7.490 *H
See also (c)

| | | | | | Reference | Units |
|---|---|---|---|---|---|---|
| VBGPCO2 | 28.0(c) | *L | | | (30.000-50.000 | |
| VBGPO2 | 35.600 | | | | (30.000-50.000 | |
| VBGHCO3 | 20.9(c) | *L | | | (22.000-28.000 | |
| VBGTCO2 | (B) | *L | | | (23.000-29.000 | |

(B) 21.700 *L
See also (c)

| | | | | | Reference | Units |
|---|---|---|---|---|---|---|
| BASE EXCESS | -0.8 | | | | | MM/L |
| BASE EXCESS | -2.5 | | | | | MM/L |
| O2 SAT | 77.6 | | | | | % |
| O2 CONTENT | 17.0 | | | | | % vol |
| CARBOXYHEMOGLOB | 4.4 | H | | | (0-1.5) | % THgb |
| METHEMOGLOBIN | 1.0 | | | | (0-1.0) | % |
| OXIMETRY | 73.5(c) | *L | | | (94.000-98.000 | % sat |
| VBG DEOXYHGB | 21.2(c) | *H | | | (0.00-6.00) | |

**** URINALYSIS ****

| Date<br>Time | 5/12/05<br>0831 | | | Reference | Units |
|---|---|---|---|---|---|
| COLOR | YELLOW | | | | |
| APPEARANCE | CLEAR | | | | |
| SPEC. GRAVITY | 1.020 | | | (1.000-1.030) | |
| PH | 6.0 | | | (5.0-9.0) | |
| LEUK ESTERASE | NEG | | | (NEGATIVE) | |
| NITRATE | NEG | | | (NEGATIVE) | |
| PROTEIN | NEG | | | (NEGATIVE) | |
| GLUCOSE | NORM | | | | mg/dL |

NOTES: (c)
CALLED RESULTS TO [] AT []

Patient: SPEAR,JEFFREY W. Age/Sex: 40/M Acct#V011728656 Unit#M0044428

RUN DATE: May 24, 2005
RUN TIME: 9:29 am
RUN.USER: MIS.CAT

Russell Med Center Laboratory **LIVE** PAGE 12
3316 Highway 280
Alexander City, AL 35010
FINAL RESULTS

Patient: SPEAR,JEFFREY W. #V011728656 (Continued)

**** URINALYSIS CONTINUED ****

| Date / Time | 5/12/05 0831 | | | Reference | Units |
|---|---|---|---|---|---|
| KETONE,URINE | NEG | | | (NEGATIVE) | mg/dL |
| UROBILINOGEN | 1 | | | | |
| BILIRUBIN | NEG | | | (NEGATIVE) | |
| BLOOD | NEG | | | (NEGATIVE) | ul |
| RBC | 1-4 (d) | | | (NONE) | /hpf |
| WBC | RARE | | | (NONE) | /hpf |
| EPITHELIAL CELL | RARE | | | | /hpf |
| BACTERIA | (C) | | | (NONE) | |

(C) NONE SEEN

**** SEROLOGY ****

| Date / Time | 5/12/05 0819 | | | Reference | Units |
|---|---|---|---|---|---|
| OCCULT BLD STOO | (D) | | | (NEG) | |

(D) **POSITIVE**

COLLECTED: May 12, 2005 8:21am

| | |
|---|---|
| BLOOD TYPE | A NEG |
| ANTIBODY SCREEN | NEGATIVE |

NOTES: (d) ABNORMAL

Patient: SPEAR,JEFFREY W. Age/Sex: 40/M Acct#V011728656 Unit#M0044428

RUSSELL MEDICAL CENTER
P.O. BOX 939
ALEXANDER CITY,AL 35010

TRANSCRIPTION REPORT

NAME: SPEAR,JEFFREY W.
PHYS: Law,Vincent
DOB: 04/08/1965 AGE: 40 SEX : M
ACCT: V011728656 LOC: DIS
EXAM DATE: 05/12/2005 STATUS:DIS IN
RAD #: 00085065 UNIT #: M0044428

| EXAM # | TYPE | EXAM | RESULT |
|---|---|---|---|
| 000540901 | RAD | / ABD COMP FLAT,UPRIGHT/DECU,CXR | |

SPEAR, JEFFERY W.

ABDOMEN SERIES: 5/12/05

HISTORY: Pain, bloody stool.

Three images have no prior studies.

The abdomen and PA chest show no acute abnormality. Increased density projected over the anterior left 6th rib may represent a granuloma in the lung or spleen.

IMPRESSION:
1. No significant abnormality.

** REPORT SIGNATURE ON FILE 05/12/2005 **
Reported By: LOUISE R. GEARY, MD
Signed By: GEARY,LOUISE MD

Transcribed Date/Time: 05/12/2005 0945
Transcriptionist: MRI.JJH

Technologist: KELLEY H. FARR RT (R)
Printed Date/Time: 05/24/2005 11:13
CC: Corbin,Timothy
Michele Goldhagen

RUSSELL MEDICAL CENTER
P.O. BOX 939
ALEXANDER CITY,AL 35010

TRANSCRIPTION REPORT

NAME: SPEAR,JEFFREY W.
PHYS: Law,Vincent
DOB: 04/08/1965 AGE: 40 SEX : M
ACCT: V011728656 LOC: DIS
EXAM DATE: 05/12/2005 STATUS:DIS IN
RAD #: 00085065 UNIT #: M0044428

| EXAM # | TYPE | EXAM | RESULT |
|---|---|---|---|
| 000540910 | CT | / CT ABDOMEN WITH CONTRAST | |

SPEAR, JEFFREY W.

CT SCAN OF THE ABDOMEN AND PELVIS WITH CONTRAST: 5/12/05

HISTORY: 40 year old with pain and bloody stool.

88 images after 150 cc of Omnipaque 300 compare to the 4/21/03 study.

The appendix is retrocecal and normal. No gallbladder abnormality as imaged is seen. No free intraperitoneal or intramural air is seen. A calcified granuloma is seen in the spleen and in the left lung base. Moderate gas and fecal material in the colon is noted. No mesenteric edema or pancreatic abnormality is identified. The abdominal aorta and liver, distal esophagus, adrenal glands and pelvis are normal as imaged. Lack of good mesenteric fat degrades detail in the abdomen and pelvis without oral contrast, however. Kidneys, ureters and bladder as imaged show no abnormality. Bony structures are normal.

IMPRESSION:
1. Diverticulosis without definite evidence of diverticulitis. The study is limited as described above.
2. Change of old granulomatous disease with no other significant finding.

** REPORT SIGNATURE ON FILE 05/12/2005 **
Reported By: LOUISE R. GEARY, MD
Signed By: GEARY,LOUISE MD

Transcribed Date/Time: 05/12/2005 0953
Transcriptionist: MRI.JJH

Technologist: AARON ERIC THOMPSON, RT (R)
Printed Date/Time: 05/24/2005 11:13
CC: Corbin,Timothy
Michele Goldhagen

RUSSELL MEDICAL CENTER
P.O. BOX 939
ALEXANDER CITY, AL 35010

TRANSCRIPTION REPORT

NAME: SPEAR, JEFFREY W.
PHYS: Law, Vincent
DOB: 04/08/1965 AGE: 40 SEX : M
ACCT: V011728656 LOC: DIS
EXAM DATE: 05/12/2005 STATUS: DIS IN
RAD #: 00085065 UNIT #: M0044428

| EXAM # | TYPE | EXAM | RESULT |
|---|---|---|---|
| 000540911 | CT | / CT PELVIS WITH CONTRAST | |

SPEAR, JEFFREY W.

CT SCAN OF THE ABDOMEN AND PELVIS WITH CONTRAST: 5/12/05

HISTORY: 40 year old with pain and bloody stool.

88 images after 150 cc of Omnipaque 300 compare to the 4/21/03 study.

The appendix is retrocecal and normal. No gallbladder abnormality as imaged is seen. No free intraperitoneal or intramural air is seen. A calcified granuloma is seen in the spleen and in the left lung base. Moderate gas and fecal material in the colon is noted. No mesenteric edema or pancreatic abnormality is identified. The abdominal aorta and liver, distal esophagus, adrenal glands and pelvis are normal as imaged. Lack of good mesenteric fat degrades detail in the abdomen and pelvis without oral contrast, however. Kidneys, ureters and bladder as imaged show no abnormality. Bony structures are normal.

IMPRESSION:
1. Diverticulosis without definite evidence of diverticulitis. The study is limited as described above.
2. Change of old granulomatous disease with no other significant finding.

** REPORT SIGNATURE ON FILE 05/12/2005 **
Reported By: LOUISE R. GEARY, MD
Signed By: GEARY, LOUISE MD

Transcribed Date/Time: 05/12/2005 0953
Transcriptionist: MRI.JJH

Technologist: AARON ERIC THOMPSON, RT (R)
Printed Date/Time: 05/24/2005 11:13
CC: Corbin, Timothy
Michele Goldhagen

RUSSELL MEDICAL CENTER
EMERGENCY PHYSICIAN RECORD
PAGE 2

GI BLEED

V011728656 M0044428

ER
SPEAR, JEFFREY
DR. GOLDHAGEN, M
7/12/2005 BCBS OF AL
44 / 08/1963
ASA

CARDIOPULMONARY
☐ NL breath sounds
☐ RRR
☐ no murmur
☐ wheezing / rales / rhonchi R / L
☐ abnormal rate: slow / fast
☐ abnormal rhythm:
☐ murmur __/6 systolic / diastolic

GI / GU
☐ non-tender
☐ NL bowel sounds
☐ no organomegaly
☐ tenderness (see diagram)
☐ distended
☐ guarding / rebound
☐ bowel sounds: *increased / decreased*

RECTAL
☐ heme negative
☐ NL prostate
☐ heme positive *maroon / black / bloody*

*Mild*
*Moderate*
*Severe*

CXR: ☐ normal
☐ abnormal
KUB: normal ☐ abnormal
flat/upright: ☐ normal ☐ air/fluid levels ☐ free air ☐ excess stool
CT scan: *abdomen / pelvis* ☐ normal ☐ abnormal

CBC: ☐ normal
segs: ____%
bands: ____%
lymphs: ____%
BMP: ☐ normal

Cardiac profile: ☐ normal except:
PT / PTT: ☐ normal ammonia level:
LFTs/amylase: ☐ normal
ABG: pH: ____ PaO2: ____ PaCO2: ____
U/A: ☐ normal except:

ED COURSE
☐ IV
☐ IV NS / RL x 100
☐ IV pepcid / zantac / tagamet
☐ IV protonix
☐ O2
☐ monitor
☐ type and screen / cross matched x2
☐ transfused in ED
☐ NGT / lavaged

CRITICAL CARE TIME: ____ (minutes)
(Time for other billable procedures or teaching not included)

☐ Old records reviewed
☐ Discussed with Dr.
☐ Counseled patient/family: test results / diagnosis / follow-up
☐ Admission orders written

CLINICAL IMPRESSION
*Upper GI Bleed* *Peptic Ulcer Disease* *Vomiting / Diarrhea*
*Lower GI Bleed* *Gastroenteritis* *Cirrhosis*
*Hemorrhagic Shock* *Hemorrhoids*

BACK
☐ normal
☐ muscular / midline tenderness
MALE GU
☐ normal
☐ testicles non-tender
☐ scrotal mass / tenderness
FEMALE GU
☐ external genitals NL
☐ vaginal / cervix NL
☐ bimanual exam NL
☐ vaginal discharge / bleeding
☐ uterine tenderness
☐ adnexal tenderness/mass R / L
SKIN
☐ normal
☐ rash ☐ pallor
EXTREMITIES
☐ normal
☐ no pedal edema
☐ tenderness
☐ pedal edema
NEUROLOGICAL
☐ normal
☐ agitated ☐ disoriented
☐ ataxia ☐ sensory loss
☐ focal weakness ☐ facial droop

DISPOSITION (time: 10:05 AM)
☐ home ☐ admit ☐ transferred ☐ AMA ☐ observation ☐ expired
Condition: ☐ stable ☐ fair ☐ good ☐ poor ☐ critical ☐ improved
Follow-up: ☐ ED ☐ PMD ☐ on-call ____ in ____ days
Instructions:
Rx:

Cardiac monitor strip: ☐ NSR ☐ no ectopy ☐ bradycardia ☐ tachycardia
ELECTROCARDIOGRAM
Rate:
Rhythm: ☐ NSR
Axis: ☐ normal QRS: ☐ normal ST/T: ☐ normal
Impression: ☐ normal EKG
☐ abnormal EKG:
Compared to Old EKG: ☐ unchanged

ATTENDING NOTE
☐ resident/NP/PA note reviewed
☐ I have performed a face to face evaluation of the patient
☐ Labs reviewed ☐ x-rays reviewed
☐ I agree with above diagnosis ☐ I have reviewed the treatment plan / concur

Resident / NP / PA
MD / DO

☐ *See Addendum Sheet*

*EDCare Templates only for use by EDCare of Alabama, Inc.*
*Release 4*

Spear, Jeffrey

RUSSELL MEDICAL CENTER
EMERGENCY PHYSICIAN RECORD

26

GI BLEED

Y01172865 6 M0044428
ER ER
SPEAR, JEFFREY W.
DR. GOLDHAGEN, H
11/2005 BCBS OF AL
CA/M 04/08/19
ASA

Time Seen: 07__ Room: 1
Historian: patient / EMS / ______
History limited by: ______ ☐ Translator

**CHIEF COMPLAINT:** ☐ vomiting blood ☑ rectal bleed ☐ blood in stool ☐ abdominal pain

**HISTORY OF PRESENT ILLNESS:**
age: 40 race: W / B / H / O gender: M / F

c/o blood per rectum x2 since 3AM pt states h/o diverticulitis Dx 2 yrs ago in ED s/p CT + colonoscopy c Dr. Holmes c bleeding at that time. At 3AM had BM (small/hard) then saw BRB + dark blood c clots. 2nd episode @BM just blood + clots @ 5AM. ↑ lower abd pain so came to ED @ ER (last PM). H/c PUD ulcer Dx age 16. EGD done recently

Onset: 5 hrs / days / weeks
Timing: persists worse better resolved
Severity of symptoms: mild moderate severe

Associated symptoms:
☐ vomiting x ___ billous / bloody / coffee grounds ☐ nausea
☐ blood in stool: melena / bright red blood per rectum
blood mixed with stool / on paper / in bowl
☐ diarrhea x ____ bloody / mucus
☑ constipation
☐ loss of appetite / anorexia ☐ chest discomfort
☐ dysuria / frequency / urgency ☐ SOB / DOE
☑ abdominal pain:
location: RUQ LUQ RLQ LLQ epigastric periumbilical
description: sharp dull crampy

Exacerbating factors: ☐ none
☐ medication: ASA / NSAID / oral steroids / coumadin / warfarin
☐ alcohol abuse
☐ other: ______

Similar symptoms previously: YES / NO
see above.

**PMH/SH/FH** ☑ Reviewed on nurse's notes and agree

**PAST MEDICAL HISTORY** ☐ none
☐ PUD ☐ GI bleed ☐ varices
☐ pancreatitis ☐ hepatitis/cirrhosis ☐ HTN
☐ pyelonephritis ☐ CAD ☐ diabetes
☐ kidney stones ☐ diverticulitis ☐ hemorrhoids
☐ cancer: ______ ☐ renal failure
☐ other: anxiety

**SURGERIES**
☐ cholecystectomy ☐ appendectomy ☐ renal surgery
☐ bowel surgery ☐ gastric surgery ☐ hysterectomy
☐ C-section ☐ aortic aneurysm ☐ CABG
tonsillectomy

**FAMILY HISTORY**
☐ HTN
☐ CAD

**SOCIAL HISTORY**
☐ alcohol
☐ tobacco
☐ drug abuse
☐ lives alone / spouse / family
nursing home

**MEDICATIONS** ☐ see nurse's notes
☐ coumadin
☐ NSAID

**ALLERGIES** ☐ NKDA
☐ see nurse's notes
NKA

**REVIEW OF SYSTEMS**
☑ ROS: ALL SYSTEMS REVIEWED & NEGATIVE EXCEPT AS INDICATED
☐ ROS cannot be obtained; patient unable to answer questions
Check box if system is normal:
☐ General: ☐ fever ☐ chills ☐ weight loss
☐ ENT: ☐ sore throat ☐ nasal congestion
☐ Eyes: ☐ visual complaints
☐ Resp: ☐ cough ☐ wheeze ☐ SOB / DOE
☐ CV: ☐ chest pain
☐ GI: ☐ see HPI
☐ esophageal reflux symptoms
☐ GU: ☐ flank pain ☐ urgency ☐ frequency
☐ dysuria ☐ hematuria LNMP: ______
☐ Skeletal: ☐ calf pain / leg pain
☐ back pain ☐ arthralgia
☐ Skin: ☐ rash
☐ Neuro/Psych: ☐ headache ☐ anxiety
☐ confusion ☐ focal weakness
☐ Endocrine: ☐ weight change
☐ polyuria / polydypsia

**ADDITIONAL HISTORY**
pt rec'd exam in ED - TRR 0 day for pain meds, $H_2O$. Went stay at bed.

pt c/o pain rad to rectal area Severely

**PHYSICAL EXAM** ☑ vital signs reviewed ☐ VS stable
HR ____ Bp ____ RR ____ T ____ SaO₂ % ____
Orthostatic vitals: supine: HR: ____ Bp ____
sitting: HR: ____ Bp ____
☐ lightheaded / dizzy

APPEARANCE: anxious
☐ normal ☐ distressed: mild / moderate / severe
HEENT
☑ normal ☐ icteric ☐ conjunctiva pale
☐ nasal congestion / drainage
☐ TM erythema
NECK
☑ normal ☐ cervical adenopathy

+++

STAT MAR-> | | | | <- MAR CORRECTION

RUSSELL MEDICAL CENTER
EMERGENCY DEPARTMENT
PHYSICIAN ORDER SHEET

V011728656 M0044428
ER ER
SPEAR, JEFFREY W.
DR. GOLDHAGEN, M
05/12/2005 BCBS OF AL ADDRESSOGRAPH
40Y CA/M 04/08/1965
ASA

TIME/INIT LABS:

0800 MO CBC
0800 MO C8
C14
0800 MO ABG__O2
LIPASE
AMYLASE
CK
CKMB
TNI
0800 MO BNP
UA
PREGU
UDS
URINE CULTURE
GC DNA
WET PREP
0800 MO BETA HCG (quant)
PT/INR
PTT
ASA
0800 MO ACET
GLUSCRE
ALCOHOL
DILANTIN
DEPAKOTE
TEGRETOL
BC X____
0800 MO DIG LEVEL
OCCULT BLD STOOL
0800 MO Venous pH.
0800 MO Type + Cross 2 units

ED CARE:
CBC
C14
CK
CKMB
TNI
POCXR
BNP
EKG
O2

TIME/INIT XRAYS:

CXR
0800 MO RIBS-R/L
AAS
1 VIEW ABD
C-SPINE
T-SPINE
L/S-SPINE
TRMA SHLDR-R/L
SHOULDER-R/L
FOREARM-R/L
WRIST-R/L
HAND-R/L
FINGERS-R/L
HIP-R/L
PELVIS
TIB-FIB-R/L
ANKLE-R/L
FOOT-R/L
ELBOW-R/L
KNEE-R/L

0800 MO CT: Abd/pelvis IV contrast PO contrast

ULTRASOUND:

Reason:

TIME/INIT RT:
Albuterol/Atrovent
TREATMENTS-specify
0800 MO O2 2 L NC
EKG

MEDICATIONS:
ASA 325mg chew x1
SL NTG q 5minx3 prn pain SBP>90:notify MD if not pain free after SL NTG
1"NTP to CW if pain free
Td 0.5 ml IM

0800 MO ADDITIONAL ORDERS:
CARDIAC MONITOR
PULSEOX
IV FLUID NS 100 @__ml/hr #1
SALINE LOCK
FOLEY TO GRAVITY

SIGNATURES:

CRNP: [signature] MD/DO:

CRNP: MD/DO:

CERTIFIED EMERGENCY
YES NO

KEYMK574 (ED PHYSICIAN ORDERS)
revised:03/21/05 -jja