```
Russell Hospital
P.O. Box 939                                                                    1
Alexander City, AL 35011
                                                                            FINAL


SPEAR,JEFFREY W.                    V011779436    06/01/05 06/01/05 06/06/05

        SPEAR,JEFFREY W.            BCBS OF AL RUSSELL CO RML820150719
        1919 OLD KELLYTON ROAD
        ALEXANDER CITY   AL   35010



06/01/05  40404170    LT. FOOT (3 VIEWS)                       1       118.50
06/01/05  33100124    LEVEL 3                                  1        99.00
06/01/05  33100777    TETANUS INJECTION                        1       129.00
06/01/05  40707390    KEFLEX CAP; CEPHALEXIN MONOHYDRATE       1         6.00
                     500 MG CAP
06/01/05  40708976    MOTRIN TAB; IBUPROFEN 400 MG TAB         2         6.50
06/01/05  40743098    TETANUS, DIPH TOXOID INJ.;               1        17.50
                     TETANUS/DIPHTHERIA TOX ADSORB 0.5 M
06/01/05  33203969    ER PHYS LEVEL II                         1       137.00

              *** SUMMARY BY SERVICE ***

              PHARMACY OTHER                                   3        12.50
              RADIOLOGY                                        1       118.50
              EMERGENCY ROOM                                   3       365.00
              DRUGS/DETAIL CODING                              1        17.50

              ESTIMATED INSURANCE DUE
              BCBS OF AL RUSSELL CORP                                  513.50




                                    V011779436
                                                                       513.50
                                                                         0.00
                                                                       513.50
                                                                       513.50

                                                                         0.00
```

```
RUSSELL MEDICAL CENTER              PATIENT REGISTRATION FORM
P.O. Box 939
Alexander City, AL 35011
256-329-7100
-------------------------------------------------------------------------------
ACCOUNT #: V011779436     ADMIT DATE: 06/01/05    MEDICAL RECORD NO:  M0044428
ROOM/BED:                 ADMIT TIME: 0118        FINANCIAL CLASS:    BC
TYPE:      REG ER         LOC/SVC/ACC:ER   -      SOCIAL SECURITY #:  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
-------------------------------------------------------------------------------
PATIENT NAME: SPEAR,JEFFREY W.              DOB:          04/08/65
ADDRESS:      1919 OLD KELLYTON ROAD        AGE:          40
              ALEXANDER CITY, AL 35010      SEX:          M
                                            RACE:         CAUCASIAN
HOME PHONE:   (256)749-1460                 RELIGION:     BAPTIST
                                            MAR.STATUS:   MARRIED
COUNTY:       TALLAPOOSA
-------------------------------------------------------------------------------
                                        PERSON TO NOTIFY
PATIENT EMPLOYER                            SPEAR,PATSY
    SELF EMPLOYED                           1919 OLD KELLYTON ROAD
                                            ALEXANDER CITY,AL 35010
                                            (256)749-1460          WIFE
-------------------------------------------------------------------------------
                                        NEXT OF KIN
GUARANTOR                                   SPEAR,PATSY
    SPEAR,JEFFREY W.                        1919 OLD KELLYTON ROAD
    1919 OLD KELLYTON ROAD                  ALEXANDER CITY,AL 35010
    ALEXANDER CITY,AL 35010                 (256)749-1460          WIFE
    (256)749-1460         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
-------------------------------------------------------------------------------
                                        ACCIDENT DATE       TIME
GUARANTOR EMPLOYER                          06/01/05         0100
    SELF EMPLOYED                       Arrival Mode: POLICE CAR
                                        Physician1: MUECKE,MAUREEN
                                        Physician2:
-------------------------------------------------------------------------------
INSURANCE         POLICY NUMBER         COVERAGE NO   SUBSCRIBER
BCBS OF AL RUSSELL COR  RML820150719    60839         SPEAR,PATSY O.
-------------------------------------------------------------------------------


ACCIDENT:           ACCIDENT, OTHER
COMMENT:                                                        USER:ADM.SAM
REASON FOR VISIT: FELL,LACERATIONS AND INJURIES


IS PATIENT A DIABETIC: N     HIPAA PRIVACY NOTIFICATION DATE: 04/21/03
ALLERGIES: ASA
   X
```



**Russell Medical Center**
Alexander City, AL

## Emergency Department
## Adult Nursing Assessment Sheet

ER SPEAR, JEFFREY W.
DR. MUECKE, M
6/01/2005  BCBS OF AL
  CA/M  04/08/1965

ED Physician: Muecke  **TRIAGE**  Personal Physician: Corbin

**Triage Vital Signs**

| Temp | Pulse | Resp | B/P | PsOx | Wt |
|---|---|---|---|---|---|
| 95° | 106 | 22 | 130/82 | 97 | |

Temp: (Oral) Axillary Rectal

Chief Complaint/History: Brought in by ACPD after jumping through a window. Pt was also maced. Laceration to face hands, & knee. C/o pain in toes on (L) foot.

Onset: _____ mins/hrs/days/weeks
Pain Assessment: 6    Pain goal: 0
Duration: 20 mins   Alleviating Factors: Ø
_____ What intensifies? Ø
Allergies: ASA
Current Meds: Trazadone
_____
_____ How Obtained _____
Pts Pharmacy: _____
**Triage Acuity:** Emergent (Urgent) Nonurgent
Mode of Arrival: Ambulatory Wheelchair Private Car Ambulance (Police)
Tx PTA: None O2 IV Backboard C-collar Other ____
PMH: HTN Diabetes Cancer ____ HIV Thyroid Anemia CVA
Dep (Depression) Seizures MI Pacemaker Angina CHF CAD COPD Asthma
GERD Liver Dz. Kidney Stones Dialysis Arthritis
Tobacco Use ____ Alcohol Use ____
Past Surgeries: CABG Appendectomy Cholecystectomy Hysterectomy C-section
Other Surgeries: ____
Tetanus Hx: (Greater than 5 years) Less than 5 years
Functional: (No limitations) Needs Assistance ____ Bedridden
Psychosocial: (Cooperative) Anxiety Lives Alone Lives w/family NH
Nutritional: (Well Nourished) Malnourished Obese Decubitus Tube Feeding
Preferred Learning Method: Verbal Written Both
Educational: (Comprehends) Unable to comprehend Non-English Speaking
Barriers to Learning ____
TB Screen: Have or ever had TB? No   Immediate family? No
Do you have any of the following? Cough>2 weeks  bloody sputum
nights sweats  weight loss  lack of appetite  fever
Nurse: S. Whaley RN    Triage Time: 0129
Placed in Room: A   Time: 0129   Date: 6/1/05

**Adult Physical Assessment**

Mental Status: (Alert) (Oriented) Lethargic Disoriented Confused Unresponsive
Speech: (Normal) Foreign Incoherent Slurred Unable to Speak
Stimulus Response: (Verbal) Touch Pain None
Pupils: N/A (PERRL) Other ____
Hand Grips: N/A (Equal Bilat.) Weak R L
Mucous Membranes: (Moist) Dry
Skin: (Warm) Hot (Dry) Cool Moist Clammy
Turgor: (Normal) Decreased
Color: Flushed (Pink) Pale Cyanotic Mottled Jaundiced
Pulse: (Regular) Irregular Absent
Respirations: (No distress) Labored SOB Hyperventilating
Breath Sounds: (Bilaterally Equal Clear)
(R) Clear Adventitious Dimished Absent (L) (Clear) Adventitious Dimished Absent
Cough: Present; Productive Non-Productive (Not Present)
Sputum: (N/A) Clear Green Yellow Brown Bloody Frothy
Peripheral Edema: (N/A) Present Location ____ 1+ 2+ 3+ 4+
Abdomen: N/A (Soft) Non-tender Distended Nondistended Rebound
Tender (location) RLQ RUQ LLQ LUQ
Bowel Sounds: N/A (Normal) Hypoactive Hyperactive
GI: N/A Nausea Vomiting Diarrhea
GU: N/A Dysuria Frequency Hematuria Flank Pain R L
GYN: N/A LMP ____ Normal: Yes No
Post menopausal: Yes No
Pregnant: No Yes EDC ____ FHT ____
Birth Control: N/A No Yes ____
Discharge: No Yes  Abnormal Bleeding: No Yes
Lacerations / Abrasions: (N/A) Location ____ Size ____
Orthopedics: N/A Swelling Deformity Location (L) foot
Pulse below injury: No Yes
Valuables released to: (N/A) Patient Safe Other ____
Specify ____
Notifications/Referrals:
___ Family ____   ___ Coroner ____
___ Police ____   ___ Other ____
___ Social Service ____
___ Dietitian ____
___ Physical Therapy ____
___ Psychological ____

Nurse: S. Whaley RN   Time: 0129

(1)

## Medication and IV Orders

| Time | IV Fluids | Amt. | Site | #Attempts | Size | Pump | Rate | By | Time D/c'd | Amt. Infused | By Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |

| Time | Medications | Dose | Route | Location | Init. | Response* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0220 | Tetanus | 0.5ml | IM | R arm | SM | | | | | | |
| 0220 | Motrin | 800mg | PO | — | SM | | | | | | |
| 0220 | Keflex | 500mg | PO | — | SM | | | | | | |

Lot U1219CA
Tetanus and Diphtheria Toxoids Adsorbed
For Adult Use, DECAVAC™     0.5 mL
US Govt Lic #1277
Mfd by: Aventis Pasteur Inc.     Rx only
Swiftwater PA 18370 USA
CPT® Code: 90718      4934

### PAIN REASSESSMENTS

| Intervention | Pain Level | Time | Initials |
|---|---|---|---|
| ☐ No change / ☐ Worsened / ☐ Improved | | | |
| ☐ No change / ☐ Worsened / ☐ Improved | | | |

*first dose response to new medication

| Interventions | Time | Initials |
|---|---|---|
| ☐ Glucose Screen | | |
| ☐ O2 | | |
| ☐ Cardiac Monitor | | |
| ☐ Rhythm | | |
| ☐ EKG | | |
| ☐ Xrays To: ____ From ____ | | |
| ☐ Xrays To: ____ From ____ | | |
| ☐ Labs - Drawn by ED   ☐ Drawn by Lab tech | | |
| ☐ UA collected ____ to Lab ____ Cath  Voided specimen | | |
| ☐ C-Collar Applied ____ | | |
| ☐ Ortho Care — Ice  Elevation  Ace  Sling  Splint  Immobilized  Crutch Education | | |
| ☐ Wound Care ____ | | |
| ☐ N/G Size ____ | | |
| ☐ Gastric Lavage  N/G  Oral | | |
| ☐ Foley:  Size ____  Output ____  Describe ____ | | |
| ☐ Visual Acuity ____ R eye ____ L eye ____ Both eyes ____ | | |
| ☐ Moderate Sedation (See Flow Sheet) ____ | | |
| ☐ Emotional support given | | |

RT Treatment: Tx #1 ___ Tx #2 ___ Tx #3 ___ RT Signature _____

### Additional Notes

Discharge V.S. as applicable _____

### Disposition

☑ Discharged: Elopement  AMA  Expired  Admitted  Home  Transferred to: Jail
☑ Verbalizes understanding of discharge instructions (Yes) No
☐ Written  Verbal  Instructions Given To (Patient) Parent  Spouse  Other ____ (Name)
☐ Discharge sheet(s) # _____ given to above.
☐ Referred to ____
☐ Admitted to Room # ____
Report to _____  Time ____
Discharged by SMontgomery,RN  Time 0225
Transported to Room ____  Time ____  By ____
Via - wheelchair  stretcher  ambulatory
Nurse _____  Init ____
Nurse SMontgomery,RN  Init SM
Nurse _____  Init ____
Date 5/1/05

ADDRESSOGRAPH

### NOTES

0222 Pt's 2nd, 3rd, 4th toe on L foot buddy taped together. Pt tolerated well  —SM,RN

(2)

```
RUSSELL MEDICAL CENTER                NAME: SPEAR,JEFFREY W.
     P.O. BOX 939                     PHYS: MUECKE,MAUREEN
ALEXANDER CITY,AL 35010               DOB:  04/08/1965 AGE: 40    SEX : M
                                      ACCT: V011779436            LOC: ER
TRANSCRIPTION REPORT                  EXAM DATE: 06/01/2005 STATUS:DEP ER
                                      RAD #: 00085065       UNIT #: M0044428

EXAM #         TYPE        EXAM                                    RESULT
000544034      RAD         / LEFT FOOT 3 VIEWS
```

SPEAR, JEFFERY W.

LEFT FOOT 3 VIEWS: 6/1/05

INDICATION: Injury.

FINDINGS: There is a transversely oriented fracture in the base of the third toe proximal phalanx with slight lateral angulation of the distal fracture fragment. No other fractures are seen. The joint articulations are normal. A bipartite sesamoid bone is incidentally noted.

IMPRESSION:
1.  Minimally displaced fracture in the third toe proximal phalanx.

```
              ** REPORT SIGNATURE ON FILE 06/01/2005 **
                Reported By: KENNETH (JAKE) BURTON, MD
                Signed By:   BURTON,KENNETH MD
```

Transcribed Date/Time:  06/01/2005  0746
Transcriptionist: MRI.JJH

Technologist: WENDY McWHORTER, RT (R)
Printed Date/Time: 06/13/2005 2:27p
CC: Law,Vincent
    MAUREEN MUECKE

**RUSSELL MEDICAL CENTER**
**EMERGENCY PHYSICIAN RECORD**    22    GENERAL ADULT ILLNESS

V011779436  M004442
ER    ER
SPEAR, JEFFREY W.
DR. HUECKE, M
/01/2005    BCBS OF AL
CA/M    04/08/1965

Time Seen: 1:45 AM    Room: A
Historian: (patient) / EMS /
History limited by: _____    ☐ Translator

### CHIEF COMPLAINT
police arrest

### HISTORY OF PRESENT ILLNESS:
age: 40    race: (W) / B / H / O    gender: (M) F

Jumped threw his window to avoid police (cut glass) pain toes (R) (foot) Maced to eyes & face arrested for domestic violence. Multiple abrasions

onset: 1-2 hrs / days / weeks

timing: (persists) worse better resolved constant intermittent

Severity of symptoms: mild (moderate) severe
pain scale (1-10): 6

Exacerbating factors: ☑ none

Alleviating factors: ☑ none

Similar symptoms previously: YES (NO)

### PMH/SH/FH    ☑ Reviewed on nurse's notes and agree

**PAST MEDICAL HISTORY**
- ☑ HTN             ☑ none
- ☑ cardiac disease ☑ CVA
- ☑ COPD / asthma   ☑ TIA
- ☑ pneumonia       ☑ seizures
- ☑ renal disease   ☑ diabetes
- ☑ cancer          ☑ peptic ulcer disease
- ☑ other: Depression

**SURGERIES**
☑ appendectomy    ☑ cholecystectomy    ☑ CABG

**FAMILY HISTORY**
Ø

**SOCIAL HISTORY**
- ☐ alcohol
- ☐ tobacco
- ☑ drug abuse
- ☑ lives alone / spouse / (family)

**MEDICATIONS** ☐ see nurse's notes
**ALLERGIES** ☐ NKDA  ☑ see nurse's notes

### REVIEW OF SYSTEMS
☐ ROS: ALL SYSTEMS REVIEWED & NEGATIVE EXCEPT AS INDICATED
☐ ROS cannot be obtained; patient unable to answer questions
Check box if system is normal:

- ☐ General: ☐ fever ☐ weight loss ☐ chills
- ☐ ENT: ☐ sore throat ☐ nasal congestion
- ☐ Resp: ☐ cough ☐ SOB / DOE ☐ wheeze
- ☐ CV: ☐ chest pain
- ☐ GI: ☐ nausea ☐ diarrhea ☐ vomiting ☐ constipation ☐ abdominal pain
- ☐ GU: ☐ flank pain ☐ urgency ☐ dysuria ☐ frequency ☐ hematuria ☐ decreased urine output
  LNMP: _____
- ☑ Skeletal: ☐ myalgia ☐ arthralgia ☐ back pain
- ☑ Skin: ☐ rash
- ☐ Neuro/Psych: ☐ headache ☐ anxiety ☐ confusion ☐ focal weakness
- ☐ Endocrine: ☐ weight change ☐ polyuria / polydypsia

### ADDITIONAL HISTORY

### PHYSICAL EXAM
HR ___ Bp ___ RR ___ T ___ SaO₂ __%  ☐ vital signs reviewed  ☐ VS stable

**APPEARANCE:**
☐ normal    ☑ distressed: mild / (moderate) / severe

**HEENT**
☐ normal
☐ icteric    abrasions (R) cheek
☐ pharyngeal erythema
☐ nasal congestion / drainage
☐ TM erythema

**NECK**
☑ normal
☐ cervical adenopathy
☐ thyromegaly

**RESPIRATORY**
☑ NL breath sounds
☐ wheezing / rales / rhonchi
☐ respiratory distress

**CARDIAC**
☑ RRR
☑ no murmur
☐ abnormal rate: slow / fast
☐ abnormal rhythm
☐ murmur __/6 systolic / diastolic

**GI / GU**
☐ non-tender
☐ NL bowel sounds
☐ no organomegaly
☐ tenderness (see diagram)
☐ guarding / rebound
☐ bowel sounds: increased/decreased
☐ CVA tenderness

**RUSSELL MEDICAL CENTER**
**EMERGENCY PHYSICIAN RECORD**
**PAGE 2**

GENERAL ADULT ILLNESS

VJ1 779436  M0044428

ER    ER
SPEAR, JEFFREY W.
DR. MUECKE, M
7/01/2005    BCBS OF AL
04/08/1962



CXR:    ☐ normal    M
        ☐ abnormal
ASA
Other radiological studies: _____

CBC:    ☐ normal        BMP:    ☐ normal
            segs: ___%
            bands: ___%
            lymphs: ___%

Cardiac Profile:    ☐ normal except: _____
LFTs:               ☐ normal except: _____
U/A:                ☐ normal except: _____
PT / PTT:           ☐ normal
Amylase:            ☐ normal

**ED COURSE**
Treatment                    Response

Sclera Injected
perrla

☐ Old records reviewed          ☐ Admission orders written
☐ Discussed with Dr. _____
☐ Counseled patient/family: test results / diagnosis / follow-up

**CLINICAL IMPRESSION**
Multiple abrasions/contusions
foot sprain



**RECTAL**
☐ heme neg        ☐ heme positive
**BACK**
☑ normal          ☐ midline / muscular tenderness
**SKIN**
☑ normal          ☐ rash
**EXTREMITIES**
☑ normal          ☐ tenderness _____
☑ no pedal edema  ☐ homan's sign
                  ☐ pedal edema
**NEUROLOGICAL**
☑ gait normal     ☐ ataxia
☑ CN II-XII intact ☐ focal weakness/sensory loss
☑ no focal weakness
☑ no sensory loss
**PSYCHIATRIC**
☑ oriented x 3    ☐ disoriented: person / place / time
☑ mood/affect NL  ☐ depressed

**DISPOSITION** (time: _____)
☑ home  ☐ admit  ☐ transferred  ☐ AMA  ☐ observation  ☐ expired
Condition: ☑ stable ☐ fair  ☐ good  ☐ poor  ☐ critical  ☐ improved
Follow-up: ☐ ED  ☑ PMD  ☐ on-call _____  in ___ days
Instructions: _____
Rx: _____

☐ I HAVE PERFORMED A MEDICAL SCREENING EVALUATION
☐ NO EMERGENCY MEDICAL CONDITION EXISTS      ☐ MSO
☐ FURTHER EVALUATION NEEDED

| Cardiac monitor strip: ☐ NSR    ☐ no ectopy |
|---|
| EKG Rate: _____    ☐ Interpreted by me |
| Rhythm  ☐ NSR  ☐ tachycardia  ☐ bradycardia  ☐ paced |
|         ☐ atrial fib / flutter |
|         ☐ ectopy: atrial / ventricular |
|         ☐ heart block: 1st / 2nd / 3rd degree |
| Axis:  ☐ normal    ☐ axis deviation: Left / Right |
| QRS:   ☐ normal    ☐ IVCD  ☐ RBBB  ☐ LBBB  ☐ PRWP |
| ST/T:  ☐ normal    ☐ nonspecific changes |
|                    ☐ ST segments elevated / depressed _____ |
|                    ☐ T waves  flat / inverted _____ |
| Impression: ☐ normal EKG    ☐ abnormal EKG: _____ |
| ☐ Comparison to previous EKG    ☐ unchanged _____ |

**ATTENDING NOTE**
☐ resident/NP/PA note reviewed
☐ I have performed a face to face evaluation of the patient
☐ labs reviewed            ☐ x-rays reviewed
☐ I agree with above diagnosis  ☐ I have reviewed the treatment plan / concur

_____  Resident / NP / PA
_____  MD / DO

☐ See Addendum Sheet

EDCare Templates only for use by EDCare of Alabama, Inc.
Release 4

RUSSELL MEDICAL CENTER
EMERGENCY DEPARTMENT
PHYSICIAN ORDER SHEET

```
STAT              MAR
t011779436                      t011779624
                                MAR CORRECTION
               ER
               SPEAR, JEFFREY W.        ER
               DR. MUECKE, M            SPEAR, JEF...
               06/01/2005  BCBS OF AL   DR. MUECKE, M
               40Y CA/M  04/08/1965     06/01/20...
               ASA                      40Y CA/M
                                        ASA
```

ADDRESSOGRAPH

| TIME/INIT | LABS: | | TIME/INIT | XRAYS: | TIME/INIT | RT: |
|---|---|---|---|---|---|---|
| ___|_| | CBC | |_| ED CARE: | ___|_| | CXR | ___|_| | Albuterol/Atrovent |
| ___|_| | C8 | | CBC | ___|_| | RIBS-R/L | ___|_| | TREATMENTS-specify |
| ___|_| | C14 | | C14 | ___|_| | AAS | | |
| ___|_| | ABG__O2 | | CK | ___|_| | 1 VIEW ABD | ___|_| | O2 |
| ___|_| | LIPASE | | CKMB | ___|_| | C-SPINE | ___|_| | EKG |
| ___|_| | AMYLASE | | TNI | ___|_| | T-SPINE | | |
| ___|_| | CK | | POCXR | ___|_| | L/S-SPINE | | **MEDICATIONS:** |
| ___|_| | CKMB | | BNP | ___|_| | TRMA SHLDR-R/L | ___|_| | ASA 325mg chew x1 |
| ___|_| | TNI | | EKG | ___|_| | SHOULDER-R/L | ___|_| | SL NTG q 5minx3 prn |
| ___|_| | BNP | | O2 | ___|_| | FOREARM-R/L | | pain SBP>90:notify |
| ___|_| | UA | | | ___|_| | WRIST-R/L | | MD if not pain free |
| ___|_| | PREGU | | | ___|_| | HAND-R/L | | after SL NTG |
| ___|_| | UDS | | | ___|_| | FINGERS-R/L | ___|_| | 1"NTP to CW if pain |
| ___|_| | URINE CULTURE | | ___|_| | HIP-R/L | | free |
| ___|_| | GC DNA | | | ___|_| | PELVIS | ___|_| | Td 0.5 ml IM |
| ___|_| | WET PREP | | | ___|_| | TIB-FIB-R/L | | |
| ___|_| | BETA HCG (quant) | | ___|_| | ANKLE-R/L | | |
| ___|_| | PT/INR | | | ___|_| | FOOT-R/L | | |
| ___|_| | PTT | | | ___|_| | ELBOW-R/L | | |
| ___|_| | ASA | | | ___|_| | KNEE-R/L | | **ADDITIONAL ORDERS:** |
| ___|_| | ACET | | | | | ___|_| | CARDIAC MONITOR |
| ___|_| | GLUSCRE | | | | | ___|_| | PULSEOX |
| ___|_| | ALCOHOL | | | | | ___|_| | IV FLUID__@__ml/hr |
| ___|_| | DILANTIN | | | | CT:__ | ___|_| | SALINE LOCK |
| ___|_| | DEPAKOTE | | | | | ___|_| | FOLEY TO GRAVITY |
| ___|_| | TEGRETOL | | | | | | |
| ___|_| | BC X___ | | | | ULTRASOUND: | | Motrin 800mg po |
| ___|_| | DIG LEVEL | | | | | | Keflex 500mg po |
| ___|_| | OCCULT BLD STOOL | | | Reason:___ | | Buddy tape toes |

**SIGNATURES:**

CRNP:_____  MD/DO:_____   CERTIFIED EMERGENCY  (YES)  NO

CRNP:_____  MD/DO:_____

KEYMK574 (ED PHYSICIAN ORDERS)
revised:03/21/05 -jja

# RUSSELL MEDICAL CENTER

P.O. Box 939    Alexander City, AL 35011    (256) 329-7133

| PATIENT'S NAME: | | DATE: | |
|---|---|---|---|
| MEDICATION | DIRECTIONS | DISPENSE | REFILLS |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

**PRODUCT SELECTION PERMITTED**                                      **DISPENSE AS WRITTEN**

| Jeremy Ferris, M.D. | Steven Avezzano, M.D. | Michele Goldhagen, M.D. | Shirley Lazenby, M.D. | Alonzo Mahurin, D.O. | Michael Peaden, M.D. | Bobby G. Brown, Jr., D.O. |
| BF 8551005 | BB 405421 | BG 4045084 | BL 2726745 | BM1462683 | BP1893331 | BB 8014766 |
| AL 25565 | AL 18250 | AL 21900 | AL18165 | DO-210 | AL15415 | DO - 767 |
| Deborah Tisdale, M.D. | Tara Jones, C.R.N.P. | Amy Barrett, C.R.N.P. | Tim Hill, C.R.N.P. | Maureen Muecke, MD | Mohammed Salahuddin, M.D. | |
| BT 3013082 | AL1-084214 | AL1-084325 | AL1-061332 | BM 2262664 | BS 5026251 | |
| AL 16984 | Rx 1743 | Rx 2067 | Rx 0948 | AL 20304 | AL 20074 | |

## RUSSELL MEDICAL CENTER EMERGENCY DEPARTMENT

**DISCHARGE INSTRUCTIONS**    PATIENT'S NAME _Jeffery Spear_

___ Contact your physician tomorrow for an appointment for follow-up in ___ days.

___ If no improvement in ___ days, contact your physician for follow-up.    Date: _6/1/05_

___ Continue with present medications.

___ Contact your physician or return to the Emergency Department if symptoms worsen or no relief prior to follow-up appointment.

___ Since you have no local physician; you have been referred to Dr. _____, phone number _____.

___ Take medications as directed.

___ D/C sheet # _____, _____, _____

___ Additional Instructions: Elevate (R) foot / Buddy tape toes / polysporin to abrasions, keep clean & covered

## RUSSELL MEDICAL CENTER EMERGENCY DEPARTMENT

DATE: _6/1/05_

I hereby acknowledge that I have received a copy of and understand the above instructions.

**WORK/SCHOOL NOTE**

___ May return to work/school without restrictions.

___ May return to restricted duties for ___ days.

___ Restrictions: _____

___ Will require time off from work/school, estimated time: ___ days.

___ No athletics / physical education ___ days.

___ _____ was here with relative / child.

___ Other: _____

SIGNATURE OF PATIENT OR RESPONSIBLE PARTY

_Montgomery_
SIGNATURE OF NURSING PERSONNEL

**ADDRESSOGRAPH**

```
V011779436  M0044428
E            ER
SPEAR JEFFREY W.
DR. MUECKE,M
06/01/2005   BCBS OF AL
40Y  CA/M    04/08/1965
ASA
```

Rev. 2/04