```
Russell Hospital                                              1
P.O. Box 939
Alexander City, AL 35011                              FINAL


SPEAR,JEFFREY W.                V011788841  06/03/05 06/03/05 06/07/05

     SPEAR,JEFFREY W.           BCBS OF AL RUSSELL CO  RML820150719
     1919 OLD KELLYTON ROAD
     ALEXANDER CITY   AL   35010



06/03/05  33100017   LEVEL 1                              1       52.00
06/03/05  40753923   NEOSPORIN OINT;                      4       13.00
                     NEOMYCIN/POLYMYXIN/BACITRACIN 0.9 G
                                                          1      157.25
06/03/05  40400012   CHEST PA & LATERAL                   1      118.50
06/03/05  40404170   LT. FOOT (3 VIEWS)                   1      185.25
06/03/05  40404063   LT. RIBS                             1      127.85
06/03/05  32508392   CAST BOOT LG; BOOT CAST LARGE        1      137.00
06/03/05  33203969   ER PHYS LEVEL II

           *** SUMMARY BY SERVICE ***

              PHARMACY                                    4       13.00
              CENTRAL SUPPLY                              1      127.85
              RADIOLOGY                                   3      461.00
              EMERGENCY ROOM                              2      189.00

              ESTIMATED INSURANCE DUE                            790.85
              BCBS OF AL RUSSELL CORP




                                V011788841
                                                                 790.85
                                                                   0.00
                                                                 790.85
                                                                 790.85

                                                                   0.00
```



```
RUSSELL MEDICAL CENTER
P.O. Box 939                   PATIENT REGISTRATION FORM
Alexander City, AL 35011
256-329-7100
------------------------------------------------------------------------
ACCOUNT #: V011788841      ADMIT DATE: 06/03/05    MEDICAL RECORD NO:  M0044428
ROOM/BED:                  ADMIT TIME: 1335        FINANCIAL CLASS:    BC
TYPE:     REG ER           LOC/SVC/ACC:ER   -      SOCIAL SECURITY #:  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
------------------------------------------------------------------------
PATIENT NAME: SPEAR,JEFFREY W.                DOB:          04/08/65
ADDRESS:      1919 OLD KELLYTON ROAD          AGE:          40
              ALEXANDER CITY, AL 35010        SEX:          M
HOME PHONE:   (256)749-1460                   RACE:         CAUCASIAN
                                              RELIGION:     BAPTIST
COUNTY:       TALLAPOOSA                      MAR.STATUS:   MARRIED
------------------------------------------------------------------------
PATIENT EMPLOYER                         PERSON TO NOTIFY
    SELF EMPLOYED                            SPEAR,PATSY
                                             1919 OLD KELLYTON ROAD
                                             ALEXANDER CITY,AL 35010
                                             (256)749-1460           WIFE
------------------------------------------------------------------------
GUARANTOR                                NEXT OF KIN
    SPEAR,JEFFREY W.                         SPEAR,PATSY
    1919 OLD KELLYTON ROAD                   1919 OLD KELLYTON ROAD
    ALEXANDER CITY,AL 35010                  ALEXANDER CITY,AL 35010
    (256)749-1460        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         (256)749-1460           WIFE
------------------------------------------------------------------------
GUARANTOR EMPLOYER                       ACCIDENT DATE       TIME
    SELF EMPLOYED                            06/03/05        1335
                                         Arrival Mode: POLICE CAR
                                         Physician1: TISDALE,DEBORAH
                                         Physician2:
------------------------------------------------------------------------
INSURANCE               POLICY NUMBER    COVERAGE NO   SUBSCRIBER
BCBS OF AL RUSSELL COR  RML820150719     60839         SPEAR,PATSY O.


ACCIDENT:           DATE ONSET OF SYMPTOMS/ILLNESS
COMMENT:
REASON FOR VISIT: RIB PAIN                                    USER:OE.PMW
          -                            -
          -                            -
IS PATIENT A DIABETIC: N    HIPAA PRIVACY NOTIFICATION DATE: 04/21/03
ALLERGIES: ASA
   X
```



**Russell Medical Center**
Alexander City, AL

# Emergency Department
# Adult Nursing Assessment Sheet

## TRIAGE

ED Physician _Tisdale_     Personal Physician _Corbyn_

**Triage Vital Signs**

| Temp | Pulse | Resp | B/P | PsOx | Wt |
|---|---|---|---|---|---|
| 98.9 | 86 | 20 | 115/79 | 97 | |

Temp: Oral (Axillary) Rectal

Chief Complaint/History: _Feels like (L) rib may be Fx. also thinks (L) foot may be broken. Due to a fall._

Onset _2 days ago_ mins/hrs/days/weeks
Pain Assessment _9_     Pain goal _<9_
Duration _Constant_    Alleviating Factors _∅_
What intensifies? _wt - walking_
Allergies _ASA_
Current Meds _∅_

Pts Pharmacy _Rite-Aid_    How Obtained _pt._

**Triage Acuity:** Emergent Urgent (Nonurgent)
Mode of Arrival: (Ambulatory) Wheelchair (Private Car) Ambulance Police
Tx PTA: (None) O₂ IV Backboard C-collar Other ___
PMH: HTN Diabetes Cancer ___ HIV Thyroid Anemia CVA
Seizures MI Pacemaker Angina CHF CAD COPD Asthma
GERD Liver Dz. Kidney Stones Dialysis Arthritis _diverticulitis_
Tobacco Use _no_    Alcohol Use _no_
Past Surgeries: CABG Appendectomy Cholecystectomy Hysterectomy C-section
Other Surgeries: _∅_
Tetanus Hx: Greater than 5 years (Less than 5 years)
Functional: (No limitations) Needs Assistance ___ Bedridden
Psychosocial: (Cooperative) Anxiety Lives Alone Lives w/family NH
Nutritional: (Well Nourished) Malnourished Obese Decubitus Tube Feeding
Preferred Learning Method: Verbal Written (Both)
Education: (Comprehends) Unable to comprehend Non-English Speaking
Barriers to Learning _∅_
TB Screen: Have or ever had TB? _No_ Immediate family? _No_
Do you have any of the following? Cough>2 weeks bloody sputum
nights sweats weight loss lack of appetite fever
Nurse _Sandra Carlisle RN_ Triage Time _1845_
Placed in Room _G_ Time _1355_ Date _6/3/06_

---

V 0117 88841  M0044428

ER             ER
SPEAR, JEFFREY W.
D? TISDALE, D
06/03/2005   BCBS OF AL
40 Y   CA/M   04/08/1965
A?A
ADDRESSOGRAPH

**Adult Physical Assessment**

Mental Status: (Alert) (Oriented) Lethargic Disoriented Confused Unresponsive
Speech: (Normal) Foreign Incoherent Slurred Unable to Speak
Stimulus Response: (Verbal) Touch Pain None
Pupils: N/A (PERRL) Other ___
Hand Grips: N/A (Equal Bilat.) Weak R L
Mucous Membranes: (Moist) Dry
Skin: (Warm) Hot Dry Cool Moist Clammy
Turgor: (Normal) Decreased
Color: Flushed (Pink) Pale Cyanotic Mottled Jaundiced
Pulse: (Regular) Irregular Absent
Respirations: (No distress) Labored SOB Hyperventilating
Breath Sounds: (Bilaterally Equal Clear)
(R) Clear Adventitious (Diminished) Absent (L) Clear Adventitious (Diminished) Absent
Cough: Present; Productive Non-Productive (Not Present)
Sputum: (N/A) Clear Green Yellow Brown Bloody Frothy
Peripheral Edema: (N/A) Present Location ___ 1+ 2+ 3+ 4+
Abdomen: N/A (Soft) Non-tender Distended Nondistended Rebound
Tender (location) RLQ RUQ LLQ LUQ
Bowel Sounds: N/A (Normal) Hypoactive Hyperactive
GI: (N/A) Nausea Vomiting Diarrhea
GU: (N/A) Dysuria Frequency Hematuria Flank Pain R L
GYN: (N/A) LMP ___ Normal: Yes No
Post menopausal: Yes No
Pregnant: No Yes EDC ___ FHT ___
Birth Control: (N/A) No Yes ___
Discharge: No Yes   Abnormal Bleeding: No Yes
Lacerations / Abrasions: (N/A) Location ___ Size ___
Orthopedics: N/A (Swelling) (Deformity) Location _(L) foot_
Pulse below injury: No (Yes)
Valuables released to: (N/A) Patient Safe Other ___
Specify ___
Notifications/Referrals:
___ Family ___ Coroner ___
_✓_ Police _APD present_ Other ___
___ Social Service ___
___ Dietitian ___
___ Physical Therapy ___
___ Psychological ___
Nurse _Sandra Carlisle RN_ Time _1355_

(1)

## Medication and IV Orders

| Time | IV Fluids | Amt. | Site | #Attempts | Size | Pump | Rate | By | Time D/c'd | Amt. Infused | By Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Time | Medications | Dose | Route | Location | Init. | Response* | PAIN REASSESSMENTS ||||  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Status | Intervention | Pain Level | Time | Initials |
| | | | | | | | ☐ No change<br>☐ Worsened<br>☐ Improved | | | | |
| | | | | | | | ☐ No change<br>☐ Worsened<br>☐ Improved | | | | |
| | | | | | | | ☐ No change<br>☐ Worsened<br>☐ Improved | | | | |

*first dose response to new medication

**Interventions**    Time    Initials

- ☐ Glucose Screen
- ☐ O2
- ☐ Cardiac Monitor
- ☐ Rhythm
- ☐ EKG
- ☒ Xrays To: 1420 From 1450  --  BJ
- ☐ Xrays To: _____ From _____
- ☐ Labs - Drawn by ED   ☐ Drawn by Lab tech
- ☐ UA collected _____ to Lab _____ Cath Voided specimen
- ☐ C-Collar Applied _____
- ☐ Ortho Care — Ice Elevation Ace Sling Splint Immobilized Crutch Education
- ☐ Wound Care _____
- ☐ N/G Size _____
- ☐ Gastric Lavage  N/G   Oral
- ☐ Foley: Size _____ Output _____ Describe _____
- ☐ Visual Acuity _____ R eye _____ L eye _____ Both eyes _____
- ☐ Moderate Sedation (See Flow Sheet) _____
- ☐ Emotional support given

RT Treatment: Tx #1 ___ Tx #2 ___ Tx #3 ___ RT Signature _____

**Additional Notes**

Discharge V.S. as applicable _____

### Disposition

☒ Discharged: Elopement AMA Expired Admitted Home Transferred to: AC Jail
☐ Verbalizes understanding of discharge instructions  Yes  No
☒ Written  Verbal  Instructions Given To: Patient Parent Spouse Other _____ (Name)
☒ Discharge sheet(s) # _____ given to above.
☒ Referred to _____ Howorth
☐ Admitted to Room # _____
Report to _____ Time _____
Discharged by BJ  Time 1540
Transported to Room _____ Time _____ By _____
Via - wheelchair  stretcher  ambulatory
Nurse Beth Jackson  Init BJ
Nurse _____ Init _____
Nurse _____ Init _____
Date _____

**NOTES**

1408 - Dr. Tisdale in to eval pt - BJ
1535 - call stat to C foot BJ

ADDRESSOGRAPH
A.Y  C.A/W  11/08/1965
06/03/2005 BCBS OF AL
DR TISDALE, D
ER
SPEAR, JEFFREY W.
A011888741 H004428

(2)

```
RUSSELL MEDICAL CENTER            NAME:  SPEAR,JEFFREY W.
    P.O. BOX 939                  PHYS:  TISDALE,DEBORAH
ALEXANDER CITY,AL 35010           DOB:   04/08/1965 AGE: 40    SEX : M
                                  ACCT:  V011788841           LOC: ER
TRANSCRIPTION REPORT              EXAM DATE: 06/03/2005 STATUS:DEP ER
                                  RAD #: 00085065      UNIT #: M0044428


EXAM #          TYPE         EXAM                              RESULT
000544546       RAD          / CHEST 2 VIEWS
```

SPEAR, JEFFREY W.

CHEST 2 VIEWS 6/3/05

INDICATION: Chest pain.

COMPARISON: 9/3/03.

FINDINGS: The lungs are free of acute inflammatory disease.  The heart and mediastinum appear unremarkable.  Scattered, tiny calcified granulomas are consistent with remote granulomatous infection.  Other chronic interstitial findings appear unchanged.  No pneumothorax or pleural effusion is seen.

IMPRESSION:
No acute cardiopulmonary process or significant change since 9/3/03.


```
                    ** REPORT SIGNATURE ON FILE 06/05/2005 **
                    Reported By: MIXON,JOEL
                    Signed By:   MIXON,JOEL MD
```

Transcribed Date/Time:  06/03/2005  2131
Transcriptionist: RAD.RD

Technologist: BREWER, KRISTY
Printed Date/Time: 06/14/2005 11:38
CC: Corbin,Timothy
    DEBORAH TISDALE

```
RUSSELL MEDICAL CENTER          NAME: SPEAR,JEFFREY W.
    P.O. BOX 939                PHYS: TISDALE,DEBORAH
ALEXANDER CITY,AL 35010         DOB:  04/08/1965 AGE: 40    SEX : M
                                ACCT: V011788841            LOC: ER
TRANSCRIPTION REPORT            EXAM DATE: 06/03/2005 STATUS:DEP ER
                                RAD #: 00085065      UNIT #: M0044428

EXAM #         TYPE         EXAM                            RESULT
000544547      RAD          / LEFT FOOT 3 VIEWS
```

SPEAR, JEFFREY W.

LEFT FOOT SERIES 6/3/05

INDICATION: Post left foot injury.

COMPARISON: 6/1/05.

FINDINGS: A transversely oriented fracture through the base of the 3rd toe proximal phalanx is again noted with slight lateral angulation of the distal fracture fragment. No new fracture is seen. A bipartite sesamoid bone is again noted along the head of the great toe metatarsal.

IMPRESSION:
No appreciable change in the left 3rd toe proximal phalangeal fracture. No new fracture identified.

```
                    ** REPORT SIGNATURE ON FILE 06/05/2005 **
                    Reported By: MIXON,JOEL
                    Signed By:   MIXON,JOEL MD
```

Transcribed Date/Time:  06/03/2005   2134
Transcriptionist: RAD.RD

Technologist: BREWER, KRISTY
Printed Date/Time: 06/14/2005 11:38
CC: Corbin,Timothy
    DEBORAH TISDALE

```
RUSSELL MEDICAL CENTER          NAME: SPEAR,JEFFREY W.
      P.O. BOX 939              PHYS: TISDALE,DEBORAH
ALEXANDER CITY,AL 35010         DOB:  04/08/1965 AGE: 40    SEX : M
                                ACCT: V011788841         LOC: ER
TRANSCRIPTION REPORT            EXAM DATE: 06/03/2005 STATUS:DEP ER
                                RAD #: 00085065         UNIT #: M0044428

EXAM #       TYPE         EXAM                                RESULT
000544548    RAD          / LEFT RIBS

SPEAR, JEFFREY W.

LEFT RIB SERIES 6/3/05

INDICATION: Left rib pain.

FINDINGS: No displaced left rib fractures are seen.  The left lung
appears clear.

IMPRESSION:
No displaced left rib fracture identified.


                  ** REPORT SIGNATURE ON FILE 06/05/2005 **
                  Reported By: MIXON,JOEL
                  Signed By:   MIXON,JOEL MD


Transcribed Date/Time:  06/03/2005   2146
Transcriptionist: RAD.RD

Technologist: BREWER, KRISTY
Printed Date/Time: 06/14/2005 11:38
CC: Corbin,Timothy
    DEBORAH TISDALE
```

**RUSSELL MEDICAL CENTER**
**EMERGENCY PHYSICIAN RECORD**   22   GENERAL ADULT ILLNESS   ER

SPEAR, JEFFREY W.
DR. TISDALE, D

Time Seen: Arrival   Room: G
Historian: patient / EMS / _____
History limited by: _____   ☐ Translator

**CHIEF COMPLAINT**  Rib pain on (L) c
(L) foot p fall

**HISTORY OF PRESENT ILLNESS:**
age: 40   race: W / B / H / O   gender: M / F

Fell in Jail

onset: yesterday   hrs / days / weeks

timing: persists   worse  better  resolved  constant  intermittent
Severity of symptoms: mild   moderate  severe
pain scale (1-10): _____

Exacerbating factors: ☐ none _____

Alleviating factors: ☐ none _____

Similar symptoms previously: YES / NO

**PMH/SH/FH**   ☐ Reviewed on nurse's notes and agree
**PAST MEDICAL HISTORY**
☐ HTN              ☐ none
☐ cardiac disease  ☐ CVA
☐ COPD / asthma    ☐ TIA
☐ pneumonia       ☐ seizures
☐ renal disease   ☐ diabetes
☐ cancer          ☐ peptic ulcer disease
☐ other: _____

**SURGERIES**
☐ appendectomy   ☐ cholecystectomy   ☐ CABG

**FAMILY HISTORY**
_____

**SOCIAL HISTORY**
☐ alcohol
☐ tobacco
☐ drug abuse
☑ lives alone / spouse / family

**MEDICATIONS** ☐ see nurse's notes
**ALLERGIES**   ☐ NKDA
☑ see nurse's notes

**REVIEW OF SYSTEMS**
☑ ROS: ALL SYSTEMS REVIEWED & NEGATIVE EXCEPT AS INDICATED
☐ ROS cannot be obtained; patient unable to answer questions
Check box if system is normal:
☐ General:     ☐ fever            ☐ weight loss
               ☐ chills
☐ ENT:         ☐ sore throat      ☐ nasal congestion
☐ Resp:        ☐ cough            ☐ SOB / DOE
               ☐ wheeze
☐ CV:          ☐ chest pain
☐ GI:          ☐ nausea           ☐ diarrhea
               ☐ vomiting         ☐ constipation
               ☐ abdominal pain
☐ GU:          ☐ flank pain       ☐ urgency
               ☐ dysuria          ☐ frequency
               ☐ hematuria        ☐ decreased urine output
               LNMP: _____
☐ Skeletal:    ☐ myalgia          ☐ arthralgia
               ☐ back pain
☐ Skin:        ☐ rash
☐ Neuro/Psych: ☐ headache         ☐ anxiety
               ☐ confusion        ☐ focal weakness
☐ Endocrine:   ☐ weight change
               ☐ polyuria / polydypsia

**ADDITIONAL HISTORY**
_____

**PHYSICAL EXAM**   ☑ vital signs reviewed
HR ___ Bp ___ RR ___ T ___ SaO₂ % ___ ☐ VS stable
**APPEARANCE:**
☑ normal              ☐ distressed: mild / moderate / severe
**HEENT**
☑ normal              ☐ icteric
                      ☐ pharyngeal erythema
                      ☐ nasal congestion / drainage
                      ☐ TM erythema
**NECK**
☑ normal              ☐ cervical adenopathy
                      ☐ thyromegaly
**RESPIRATORY**
☑ NL breath sounds    ☐ wheezing / rales / rhonchi
                      ☐ respiratory distress
**CARDIAC**
☑ RRR                 ☐ abnormal rate: slow / fast
☑ no murmur           ☐ abnormal rhythm
                      ☐ murmur __/6 systolic / diastolic
**GI / GU**
☑ non-tender          ☐ tenderness (see diagram)
☑ NL bowel sounds     ☐ guarding / rebound
☑ no organomegaly     ☐ bowel sounds: increased/decreased
                      ☐ CVA tenderness

RUSSELL MEDICAL CENTER  
EMERGENCY PHYSICIAN RECORD  
PAGE 2

GENERAL 11789341 M0044428
ADULT ILLNESS

ER          ER
SPEAR, JEFFREY W.
DR. TISDALE, D
/03/2 05   CBS OF AL
             4/08/1965

CXR: ☑ normal                   rib films (—)
     ☐ abnormal
Other radiological studies:   (L) foot (+) avulsion

CBC: ☐ normal        BMP: ☐ normal
                segs: ___%
                bands: ___%
                lymphs: ___%

Cardiac Profile:  ☐ normal except: _____
LFTs:             ☐ normal except: _____
U/A:              ☐ normal except: _____
PT / PTT:         ☐ normal
Amylase:          ☐ normal




RECTAL
☑ heme neg              ☐ heme positive
BACK
☑ normal                ☐ midline / muscular tenderness
SKIN
☑ normal                ☐ rash
EXTREMITIES
☑ normal                ☐ tenderness _____
☑ no pedal edema        ☐ homan's sign
                        ☐ pedal edema
NEUROLOGICAL
☑ gait normal           ☐ ataxia
☑ CN II-XII intact      ☐ focal weakness/sensory loss
☑ no focal weakness
☑ no sensory loss
PSYCHIATRIC
☑ oriented x 3          ☐ disoriented: person / place / time
☐ mood/affect NL        ☐ depressed

ED COURSE
Treatment                      Response
_____
_____
_____
_____
_____

☐ Old records reviewed         ☐ Admission orders written
☐ Discussed with Dr. _____
☐ Counseled patient/family: test results / diagnosis / follow-up

CLINICAL IMPRESSION
(L) foot fracture (avulsion)
Chest wall contusion

DISPOSITION    (time: _____)
☐ home  ☐ admit  ☐ transferred   ☐ AMA  ☐ observation  ☐ expired
Condition: ☐ stable ☐ fair   ☐ good  ☐ poor  ☐ critical  ☐ improved
Follow-up: ☐ ED  ☐ PMD  ☐ on-call _____ in ____ days
Instructions: _____
Rx: _____

☐ I HAVE PERFORMED A MEDICAL SCREENING EVALUATION
☐ NO EMERGENCY MEDICAL CONDITION EXISTS     ☐ MSO
☐ FURTHER EVALUATION NEEDED

Cardiac monitor strip: ☐ NSR       ☐ no ectopy
EKG    Rate: ____         ☐ interpreted by me
Rhythm  ☐ NSR   ☐ tachycardia  ☐ bradycardia   ☐ paced
                ☐ atrial fib / flutter
                ☐ ectopy: atrial / ventricular
                ☐ heart block: 1st / 2nd / 3rd degree
Axis:   ☐ normal     ☐ axis deviation: Left / Right
QRS:    ☐ normal     ☐ IVCD  ☐ RBBB  ☐ LBBB  ☐ PRWP
ST/T:   ☐ normal     ☐ nonspecific changes
                     ☐ ST segments elevated / depressed _____
                     ☐ T waves flat / inverted _____
Impression: ☐ normal EKG   ☐ abnormal EKG: _____
☐ Comparison to previous EKG   ☐ unchanged _____

ATTENDING NOTE
☐ resident/NP/PA note reviewed
☐ I have performed a face to face evaluation of the patient
☐ labs reviewed          ☐ x-rays reviewed
☐ I agree with above diagnosis  ☐ I have reviewed the treatment plan / concur

_____ Resident / NP / PA
D. Tisdale                MD / DO

☐ See Addendum Sheet

EDCare Templates only for use by EDCare of Alabama, Inc.
Release 4

+++

```
                    STAT  |  |    |  | V01 788841  M0044428
                    MAR-> |  |    |  |  <- CORRECTION
RUSSELL MEDICAL CENTER                  ER            ER
EMERGENCY DEPARTMENT                    SPEAR,JEFFREY W.
PHYSICIAN ORDER SHEET                   C. TISDALE,D
                                        06/03/2005    BCBS OF AL
                                        40Y  CA/M    04/08/1965
                                        ASA
```

ADDRESSOGRAPH

| TIME/INIT | LABS: | | | TIME/INIT | XRAYS: | TIME/INIT | RT: |
|---|---|---|---|---|---|---|---|
| | | CBC | ED CARE: | 2:08 | CXR | | Albuterol/Atrovent |
| | | C8 | CBC | 208 | RIBS-R/L | | TREATMENTS-specify |
| | | C14 | C14 | | AAS | | |
| | | ABG__O2 | CK | | 1 VIEW ABD | | O2 |
| | | LIPASE | CKMB | | C-SPINE | | EKG |
| | | AMYLASE | TNI | | T-SPINE | | |
| | | CK | POCXR | | L/S-SPINE | | MEDICATIONS: |
| | | CKMB | BNP | | TRMA SHLDR-R/L | | ASA 325mg chew x1 |
| | | TNI | EKG | | SHOULDER-R/L | | SL NTG q 5minx3 prn |
| | | BNP | O2 | | FOREARM-R/L | | pain SBP>90:notify |
| | | UA | | | WRIST-R/L | | MD if not pain free |
| | | PREGU | | | HAND-R/L | | after SL NTG |
| | | UDS | | | FINGERS-R/L | | 1"NTP to CW if pain |
| | | URINE CULTURE | | | HIP-R/L | | free |
| | | GC DNA | | | PELVIS | | Td 0.5 ml IM |
| | | WET PREP | | | TIB-FIB-R/L | 30 | Orthopedic Shoe |
| | | BETA HCG (quant) | | | ANKLE-R/L | | to (L) foot |
| | | PT/INR | | 208 | FOOT-R/L | | |
| | | PTT | | | ELBOW-R/L | | ADDITIONAL ORDERS: |
| | | ASA | | | KNEE-R/L | | CARDIAC MONITOR |
| | | ACET | | | | | PULSEOX |
| | | GLUSCRE | | | | | IV FLUID__@__ml/hr |
| | | ALCOHOL | | | | | SALINE LOCK |
| | | DILANTIN | | | CT: | | FOLEY TO GRAVITY |
| | | DEPAKOTE | | | | | |
| | | TEGRETOL | | | | | |
| | | BC X | | | ULTRASOUND: | | |
| | | DIG LEVEL | | | | | |
| | | OCCULT BLD STOOL | | | | | |
| | | | | Reason: | | | |

SIGNATURES:

CRNP:_____    MD/DO: _Tisdale_____    CERTIFIED EMERGENCY

CRNP:_____    MD/DO: _____        (YES)    NO

KEYMK574 (ED PHYSICIAN ORDERS)
revised:03/21/05 -jja

**RUSSELL MEDICAL CENTER**   P.O. Box 939   Alexander City, AL 35011   (256) 329-7133

| PATIENT'S NAME: | | | DATE: | |
|---|---|---|---|---|
| MEDICATION | DIRECTIONS | | DISPENSE | REFILLS |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |

PRODUCT SELECTION PERMITTED                    DISPENSE AS WRITTEN

| Jeremy Ferris, M.D. | Steven Avezzano, M.D. | Michele Goldhagen, M.D. | Shirley Lazenby, M.D. | Alonzo Mahurin, D.O. | Michael Pearlen, M.D. | Bobby G. Brown, Jr., D.O. |
|---|---|---|---|---|---|---|
| BF 8551005 | BB 405421 | BG 4045084 | BL 2726745 | BM1462883 | BP1893331 | BB 8014766 |
| AL 25565 | AL 18250 | AL 21900 | AL18165 | DO-210 | AL15415 | DO - 767 |
| Deborah Tisdale, M.D. | Tara Jones, C.R.N.P. | Amy Barrett, C.R.N.P. | Tim Hill, C.R.N.P. | Maureen Muecke, MD | Mohammed Salehuddin, M.D. | |
| BT 3013062 | AL1-084214 | AL1-084325 | AL1-061332 | BM 2262664 | BS 5026251 | |
| AL 16984 | Rx 1743 | Rx 2087 | Rx 0948 | AL 20304 | AL 20074 | |

## RUSSELL MEDICAL CENTER EMERGENCY DEPARTMENT

**DISCHARGE INSTRUCTIONS**        PATIENT'S NAME _____

____ Contact your physician tomorrow for an appointment for follow-up in ____ days.
____ If no improvement in ____ days, contact your physician for follow-up.        Date: _____
____ Continue with present medications.
____ Contact your physician or return to the Emergency Department if symptoms worsen or no relief prior to follow-up appointment.
____ Since you have no local physician; you have been referred to Dr. _____, phone number _____
____ Take medications as directed.
____ D/C sheet # _____
____ Additional Instructions: _____
_____

**RUSSELL MEDICAL CENTER
EMERGENCY DEPARTMENT**

**WORK/SCHOOL NOTE**

____ May return to work/school without restrictions.
____ May return to restricted duties for ____ days.
____ Restrictions: _____
____ Will require time off from work/school, estimated time: ____ days.
____ No athletics / physical education ____ days.
____ _____ was here with relative / child.
____ Other: _____
_____
_____
_____

DATE: _____
I hereby acknowledge that I have received a copy of and understand the above instructions.
X _____
SIGNATURE OF PATIENT OR RESPONSIBLE PARTY
_____
SIGNATURE OF NURSING PERSONNEL
ADDRESSOGRAPH

Rev. 2/04                                                                1112701