IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JEFFREY WAYNE SPEAR,                )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )        CASE NO. 3:05-CV-663-MEF
                                    )
AVERY MARSH, et al.,                )
                                    )
        Defendants                  )

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before December 17, 2007 the plaintiff shall advise the court of whether he seeks to proceed in this cause of action.  The plaintiff is cautioned that his failure to file a response to this order may result in the dismissal of this case.

Done this 6th day of December, 2007.


            /s/   Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE