IN THE U.S. District Court For the Middle District Of Ala, Eastern Division

Jeffrey W Spear
Plaintiff
vs.
Avery Marsh et Al
Defendants

Case No. 3:05CV-00663-F

2007 DEC 27 A 9:24
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

<u>Notice of Change of Address</u>

Comes now the plaintiff to notify the court that He has moved to 912 7th Ave Phenix city Al 36867

Jeffrey W Spear
912 7th Ave
P.C. Ala
36867

Willie W. Spann
812 4th Ave
Phenix City, AL 36867

MONTGOMERY AL 361
21 DEC 2007 PM 3 L
USA First-Class

Office of the Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL
36101-0711

36101+0711