IN THE U.S. District Court For The Middle District Of ALA Eastern Division

Jeffrey W. Spear
Plaintiff
Vs.
Avery Marsh et, Al
Defendants.

Case NO 3:05-cv-00663-F

## Motion For Appointment of Counsel And Notice of Change of Address

Comes now the Plaintiff to respectable request this honorable court to appointed him counsel. Plaintiff so request for the following;

Plaintiff is not a lawyer. Plaintiff knows what the Defendants did was wrong And that it violated his Rights. But that Plaintiff dosen't know the procedures of this court OR what should be done next

Plaintiff has stated where & how & whom violated his Rights
Plaintiff has also presented the court with Medical record to support his claims and to

Show onto this court that He has cause for his claim

Where as Plaintiff prays that this Honorable court appoint Him an attorney to represent Him in this cause. Plaintiff prays for said relieve, or other relieve as the Honorable court deems

Plaintiff so ever prays.

*Jeffrey W. Spear*
912 7th Ave
Phenix city, Al
36867