IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WAYNE SPEAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05-CV-663-MEF |
| ) | |
| AVERY MARSH, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

The plaintiff filed a motion for appointment of counsel on December 6, 2007 (Court Doc. No. 26). The court notes that the facts underlying the plaintiff's claims for relief are relatively simple and the law applicable to such claims is not complex. Moreover, the pleadings filed in this case establish that the plaintiff is capable of presenting the necessary elements of his claims to this court and fail to demonstrate that there are exceptional circumstances justifying appointment of counsel. *See Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999); *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993); *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). Thus, the court finds that the interests of justice do not require appointment of counsel to the plaintiff. Accordingly, it is

ORDERED that the motion for appointment of counsel be and is hereby DENIED.

Done this 7th day of January, 2008.

  /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE