IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WAYNE SPEAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 3:05-CV-663-MEF |
| | ) |
| AVERY MARSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the file in this case, and in the interest of justice and judicial economy, it is

ORDERED that:

1. On or January 31, 2008, the parties shall engage in good faith discussions via any available means of communication in an effort to reach an amicable resolution of the issues before this court.

2. On or before February 8, 2008, the parties shall notify the court whether they have reached a resolution in this case.

Done this 10th day of January, 2008.

                                                      /s/ Wallace Capel, Jr.
                                        WALLACE CAPEL, JR.
                                        UNITED STATES MAGISTRATE JUDGE