In The District Court of the U.S. for The Middle District of Al ~~Eastern~~ Division

Jeffrey W. Spear
Plaintiff

V.S.

Avery Marsh, et al,
Defendants

Civil Action No. 3:05-CV-663 MEF

2008 FEB -8 A 9:32
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Answer to order

Comes now the plaintiff pro se and states the following;

1) Plaintiff recieved a letter from the Defendants attorney on Feb 2 2008. Requesting for the plaintiff to contact them.

2) On Feb 4 2008 Plaintiff called said Attorney

3) On Feb 5 2008 Plaintiff called said Attorney and made a good faith offer.

4) As of Feb 7 2008 Plaintiff has not heard from the Defendant, nor recieved any kind of counter offer

Done this the 7 day of Feb 2008

Respectable
Jeffrey W Spear
912 7th Av
Phenix City, Al 36867

Jeff W Spear
912 7th Ave
Phenix City, AL 36867

MONTGOMERY AL 361
07 FEB 2008 PM 4 T

"LET US DARE TO READ,
THINK, SPEAK AND
John Adams, 1765
powerofthelette...
41 USA

Office of the clerk
U.S. District court
P.O. Box 711
Mont, Al
36101-0711

36101+0711