**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **JEFFREY WAYNE SPEAR,** | * |
| Plaintiff, | * |
| v. | *   Case No. 3:05-cv-663-MEF |
| **AVERY MARSH; WILLIE J. ROBINSON; STEVE RICHARDSON; RANDY HAYNES; LOUISE PRITCHARD; JERRY WHETSONE; and EDDIE WILLIAMS.** | *<br>*<br>* |
| Defendants. | * |

# RESPONSE TO COURT'S ORDER

COME NOW the Defendants and in response to the Court's January 10, 2008 Order herewith show unto the Court that the parties have communicated but have not reached a resolution in this case.

                /s/ *Randall Morgan*
              RANDALL MORGAN [MORG8350]
              Attorney for Named Defendants

OF COUNSEL:
**HILL, HILL, CARTER, FRANCO
  COLE & BLACK, P.C.**
425 S. Perry Street
P. O. Box 116
Montgomery, AL 36101
(334) 834-7600
(334) 263-5969 - FAX

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing upon all parties by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to the following and/or sent by me via U. S. Mail first class prepaid this the 8th day of February, 2008:

Jeffrey Wayne Spear
912 7th Avenue
Phenix City, AL 36867

                                  /s/    *Randall Morgan*
                                OF COUNSEL