IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

JEFFREY WAYNE SPEAR
_____,  )
                                  )
    Plaintiff,                    )
                                  )
v.                                )   CASE NO. 3:05-cv-00663-F
                                  )   _____
AVERY MARSH, ET AL.               )
_____,  )
                                  )
    Defendants,                   )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  Willie J. Robinson , a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                     Relationship to Party

_____         _____

_____         _____

_____         _____

_____         _____
2/20/2008                             /s/ Randall Morgan
Date                                  (Signature)

                                      Randall Morgan
                                      _____
                                      (Counsel's Name)

                                      Willie J. Robinson
                                      _____
                                      Counsel for (print names of all parties)

                                      425 South Perry St., Montgomery, Alabama 36104
                                      _____
                                      Address, City, State Zip Code

                                      334-834-7600
                                      _____
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Eastern_____ DIVISION

## CERTIFICATE OF SERVICE

I, Randall Morgan, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail and/or U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 20th day of February 20 08, to:

Jeffrey Wayne Spear

912 7th Avenue

Phenix City, AL 36867

2/20/2008
Date

/s/ Randall Morgan
Signature