**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 21, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:** Jeffrey Wayne Spear **v.** Avery Marsh, et al.
**Case Number:** 3:05-cv-663-MEF

**Pleading : #35 -** Corporate/Conflict Disclosure Statement by Willie J. Robinson

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 2/20/2008 with the wrong pdf document attached.**

**The correct pdf document is attached to this notice.**