In The District Court Of The U.S. For The Middle District Of Alabama

Jeffrey Wayne Spear
Plaintiff

vs.

Avery Marsh, et al
Defendant

Civil Action No.
3:05-CV-663-MEF
(WO)

## Motion to Stay and/or Deny Recommendation of The Magistrate Judge

Comes now the plaintiff pro se to respectfully request that the Recommendation of the Magistrate be stayed and/or deny. See Costlaw v. United States, 552. F2d 360, 564 (3d Cir 1977) Madyum v. Thompso. 484 F.Supp. 619 (C.D. Ill. 1989)

1) Plaintiff has requested for the court to appoint him cousel several times. Stating; ie Plaintiff didn't know what to do. If the honorable court is not going to appoint plaintiff cousel. At less give plaintiff time to perepare his case. Madyun v. Thompson, 657 F.2d 868, 877 (6th Cir. 1981); Gordon v. Leeke supra note 54, at 1151. Hudso v. Hardy, 412 F.2d 1091, 1094 (D.C. Cir 1968)

2) Plaintiff did not recieve any notice that the defendants last response was going to be treated as a motion for Summary Judgement. F.R.C.P. 56(c) A pro se plaintiff should be advise by the court of his right under rule 56. Madyun v. Thompson, 657 F.2d 868, 877 (6th cir 1981) The court should have provided plaintiff with fair notice of the requirements of Summary Judgement (Hudson v. Hardy, 412 F.2d 1091, 1094 D.C. cir 1968)

3) Plaintiff has not filed Discovery And wishes to do so under rule 26(b) of FRCP. Upon Discovery plaintiff can show;

A) That there is video with Audio that will support plaintiff's claims.

B) Witnesses; from Dr.'s Psychiatrist couselor, persons and inmates that can testify to the allegations of plaintiffs claims.

C) Court Documents to support plaintiffs allegations.

Wherefore all the above stated. Plaintiff prays that said motion be granted and plaintiff be allowed to complete Discovery and be able to prove his case. Plaintiff prays for such other further and fair treatment that the court deems right

Done this the 26 day of April 2008

*/s/ Jeffrey W. Spear*

Jeffrey W. Spear
912 7th Ave
P.C. Ala 36867

Return address (upside-down):
Matthew Boon
915 7th Ave
P.C. Ala 36867

Addressee (upside-down):
Office of the Clerk
U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101-0711



Postmark: 28 APR 2008 PM 1 T  MONTGOMERY AL 361
Purple Heart 41 stamp