IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WAYNE SPEAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05-CV-663-MEF |
| | ) | |
| AVERY MARSH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to stay filed by the plaintiff on April 29, 2008

(Court Doc. No. 43), and as such action is not warranted in this case, it is

ORDERED that the motion to stay be and is hereby DENIED.

Done this 29th day of April, 2008.


　　　　　　　　　　　/s/  Wallace Capel, Jr.
　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE