IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WAYNE SPEAR,            ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.                                          ) | CIVIL ACTION NO. 3:05-CV-663-MEF |
| ) | |
| AVERY MARSH, et al.,               ) | |
| ) | |
| Defendants.    ) | |

**ORDER ON MOTION**

In the document filed on April 29, 2008 (Court Doc. No. 43), the plaintiff asserts that he did not receive notice of this court's intention to treat the defendants' special report as a motion for summary judgment per the order entered on October 7, 2005 (Court Doc. No. 17). Based on this allegation, the plaintiff requests denial of the Recommendation and the opportunity to conduct discovery. The court therefore construes this document to contain a motion for leave to conduct discovery. The court further construes the request for denial of the Recommendation as a motion for withdrawal of such document.

The plaintiff's allegation regarding lack of summary judgment notice is refuted by the record in this case. Specifically, the plaintiff filed a motion for extension of time on October 27, 2005 (Court Doc. No. 17) in which he acknowledged the requirement that he file a response to the defendants' special report and sought an additional thirty (30) days from the prescribed deadline to file such a response as directed by the October 7, 2005

order. On November 30, 2005, the plaintiff again sought an extension of time to file his response to the defendants' special report (Court Doc. No. 20). In this motion, the plaintiff advised he needed additional time to conduct discovery. The court granted both motions for extension of time filed by the plaintiff, and he timely submitted his response to the defendants' special report, supported by numerous evidentiary materials, on January 12, 2006 (Court Doc. No. 25). Accordingly, it is

ORDERED that:

1. The motion for leave to conduct discovery be and is hereby DENIED.

2. The motion for withdrawal of Recommendation be and is hereby DENIED.

Done this 29th day of April, 2008.

                /s/ Wallace Capel, Jr.
                WALLACE CAPEL, JR.
                UNITED STATES MAGISTRATE JUDGE