IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WAYNE SPEAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-663-MEF |
| | ) |
| AVERY MARSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the document filed by the plaintiff on April 29, 2008 (Court Doc. No. 43), and in light of the order entered herewith, it is

ORDERED that the plaintiff be GRANTED an extension from April 28, 2008 to and including May 9, 2008 to file an objection to the Recommendation.

Done this 29th day of April, 2008.

      /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE