In The District Court of
The U.S. for The Middle District
of Ala. Eastern Division

Jeffrey W. Spear )
  Plaintiff )
 )  Civil Action No.
v. )  3:05-CV-663-MEF
Avery Marsh, et al, )  (WC)
  Defendants )

## Motion To Stay all Actions pending plaintiff's release from Hosipal and/or appointment of Counsel and/or enlargement of time.

### Statement of Facts;

A) On 4-18-08 plaintiff went to the Dr. office and recieve medical treatment for Diverticulitis. (See exhibit A)

B) On 4-29-08 plaintiff was Hospitalized for severe Diverticulitis with a high white blood count. [See exhibit (B)]

C) Plaintiff is schedule for surgery to have the left side of his colon Removed on 5-2-08 [See exhibit A & B]

D) Plaintiff has no projection of Release, until after said Surgery. Plaintiff would be more than glad to send the honorable court a copy of his release papers to verify to the court

Comes now the plaintiff pro-se to respectfully request this honorable Court to stay all actions in this case and/or appointment of counsel and/or enlargement of time. Plaintiff is very sick and heavy medicated and at this time and not able to interview any witnesses and/or go to any library to obtain case laws.

Upon the above stated, plaintiff so prays that this Honorable court stay all actions in this matter until his release from the hospital. Thus plaintiff will supply this court with a copy of his release papers, and/or appoint plaintiff with counsel and/or an enlargement of time to respond under FRCP 6(B).

Plaintiff so prays for the above stated and/or such other as the court feels is fair & just in this case.

Jeffrey W. Spear
912 7th Ave
Phenix City, Al
36867

Done this day May, 1 2008

