

# DEREK K. HOLCOMBE, M.D.

CENTRAL ALABAMA
GASTROENTEROLOGY
3368 HIGHWAY 280 • SUITE 214
ALEXANDER CITY, AL 35010
(256) 329-2829
(256) 329-9135 FAX

May 1, 2008

Re: Jeffrey Spear

To Whom It May Concern:

Mr. Spear is a 43 year old who presented to our office on April 29, 2008, with acute diverticulitis. He is currently hospitalized at Russell Medical Center and is scheduled for surgery with Dr. Cassidy tomorrow. If there are any problems or questions, please give me a call.

Sincerely,

Derek K. Holcombe, M.D.

**RUSSELL MEDICAL CENTER**
**P.O. Box 939**                              **PATIENT REGISTRATION FORM**
**Alexander City, AL 35011**
**256-329-7100**

---

| | | |
|---|---|---|
| **ACCOUNT #:** V014514855 | **ADMIT DATE:** 04/29/08 | **MEDICAL RECORD NO:** M0044428 |
| **ROOM/BED:** 261/A | **ADMIT TIME:** 0930 | **FINANCIAL CLASS:** HOSPEMP |
| **TYPE:** ADM IN | **LOC/SVC/ACC:** MS  - PR | **SOCIAL SECURITY #:** ▮▮▮ |

| | | |
|---|---|---|
| **PATIENT NAME:** SPEAR,JEFFREY W. | | **DOB:** ▮▮▮ |
| **ADDRESS:** 1919 OLD KELLYTON ROAD | | **AGE:** 43 |
| ALEXANDER CITY,AL 35010 | | **SEX:** M |
| **HOME PHONE:** (256)750-2062 | **HISPANIC:** N | **RACE:** CAUCASIAN |
| | | **RELIGION:** BAPTIST |
| **COUNTY:** TALLAPOOSA | | **MAR.STATUS:** MARRIED |

**PATIENT EMPLOYER**                          **PERSON TO NOTIFY**
   BLACK'S AUTOMOTIVE                            SPEAR,PATSY
   UNKNOWN                                       1919 OLD KELLYTON ROAD
   PHENIX CITY,AL 36768                          ALEXANDER CITY,AL 35010
   (334)297-3062                                 (256)329-1289           SPOUSE

**GUARANTOR**                                  **NEXT OF KIN**
   SPEAR,JEFFREY W.                              SPEAR,PATSY
   1919 OLD KELLYTON ROAD                        1919 OLD KELLYTON ROAD
   ALEXANDER CITY,AL 35010                       ALEXANDER CITY,AL 35010
   (256)750-2062              ▮▮▮                (256)329-1289           SPOUSE

**GUARANTOR EMPLOYER**                         **ACCIDENT DATE        TIME**
   BLACK'S AUTOMOTIVE                             04/29/08             0929
   UNKNOWN                                     **Arrival Mode:**
   PHENIX CITY,AL 36768                        **Physician1:** Cassidy,Scott
   (334)297-3062                               **Physician2:** Cassidy,Scott

| INSURANCE | POLICY NUMBER | COVERAGE NO | SUBSCRIBER |
|---|---|---|---|
| HOSPITAL EMPLOYEE BCBS | XAA820150719 | 38696 | SPEAR,PATSY O. |

**ACCIDENT:DATE ONSET OF SYMPTOMS/ILLNESS   COMMENT:**
**REASON FOR VISIT:** DIVERTICULITIS,PERSISTNET ABD PAIN            **USER:** ADM.POS
   -                                             -
   -                                             -
   -                                             -
   -                                             -

**IS PATIENT A DIABETIC:** N    **HIPAA PRIVACY NOTIFICATION DATE:** 04/21/03
**ALLERGIES:** ASA
 X

                            X
                            X
                            X