IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WAYNE SPEAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05-CV-663-MEF |
| | ) | |
| AVERY MARSH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on May 5, 2008 (Court Doc. No. 47), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the plaintiff be GRANTED an extension from May 9, 2008 to and including May 27, 2008 to file an objection to the Recommendation.

Done this 6th day of May, 2008.

                                                          /s/ Wallace Capel, Jr.
                                               WALLACE CAPEL, JR.
                                               UNITED STATES MAGISTRATE JUDGE