IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WAYNE SPEAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05-CV-663-MEF |
| | ) | |
| AVERY MARSH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to stay all proceedings filed by the plaintiff on May 5, 2008 (Court Doc. No. 47), and as the court has granted plaintiff an extension of time to file an objection to the Recommendation, it is

ORDERED that the motion to stay be and is hereby DENIED.

Done this 6th day of May, 2008.

　　　　　　　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE