In the District Court of the
U.S. For the middle District
of Ala. Eastern Division

Jeffrey W. Spear
Plaintiff

U.S.
Avery Marsh, el, al
Defendants

Civil Action No.
3:05-CV-663-MEF
EWQ

RECEIVED 2008 MAY 19 A 9:32
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion For Temporary Address Change

Plaintiff comes now to give notice of temporary Address change. Plaintiff has been in the hospial in Alex city and now is under Doctors care in Alex city. For next 3 to 4 weeks plaintiff will be staying at 1919 old Kellyton road Alex city, Al 35010

Jeffrey W Spear
Jeffrey W Spear
1919 old Kellyton road
Alex city, Al
35010

1919 old Kellyton road
Alex city, Al
35010

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al
36101-0711