In the District Court of the U.S. For the Middle District of Ala. Eastern Division

Jeffrey W Spear
Plaintiff
V.S.
Avery Marstt, et.al.

Civil Action NO. 3:05-CV-0663-MEF

## Motion to Compell

Comes now the plaintiff pro-se and respectabily request that this honorable court issue an order directing the Defendant allow plaintiff to get copies of all police records concerning his arrest on April 13 2005, April 21 2005, April 29 2005 and April 30 2005

Plaintiff did request said documents in person on May 16 2008. Defendant Avery Marstt Advised Plaintiff that the only way Plaintiff could get said copies was with a court order.

Plaintiff is respectfully try to get Document, statements to help prove his case. Rule 37a FCPR that the court can compell Defendants to supple Plaintiff with said copies of Police reports are essential to Plaintiff Defense to Summary Judgement. With said documents Plaintiff can prove that defendants by law needed a search warrant to enter

Plaintiff's House. But did not have one. But entered anyway. Stating Ms Spear gave her concert. Said Documents will prove that Ms Spear did not leave at 1919 old Kellyton rod. But Ms Spear lived at 1941 old Kellyton road. And that on April 29 2005 Ms Spear was ordered to leave 1919 old Kellyton road.

With all the above stated. Plaintiff pray that this Honorable court compell the Defendants to allow plaintiff to copy said docements and such other Futher and Fair tocatment that this Honorable court feels Fair & Just

Plaintiff will so ever pray.

Jeffrey W. Spear
1919 old Kellyton road
Alex City, AL 35010

Done this the 16th day of May 2008

IN The District Court
of The U.S. For the District
of Ala Eastern Division

Jeffrey W Spear
Plaintiff

vs.

Avery Marsh, et..al.
Defendants

2008 MAY 21  A 10: 05

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff comes now to certify that he did send Defendants copies of Motion to Compell & Motion for Temporary Address change this the 20th day of May 2008. Postage prepaid and mailed to Defendants Att. P.O. Box 116 Mont, AL 36101

Plaintiff here by swears that the Above stated is true & correct.

Jeffrey W Spear
1919 old Kellyton rd.
Alex city, Al
35010

Jeffrey W Spear
1919 old Kellyton rd
Alex city, AL
35010



Office of The Clerk
U.S. District Court
P.O. Box 711
Mont, Al  36101-0711