IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WAYNE SPEAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05-CV-663-MEF |
| ) | |
| AVERY MARSH, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to compel production of documents filed by the plaintiff on May 21, 2008 (Court Doc. No. 52), and as the defendants previously provided the plaintiff with copies of those arrest reports relevant to the issues presented herein, it is

ORDERED that the motion to compel be and is hereby DENIED. The plaintiff is advised that he may receive copies of documents contained in the record from the court by making prepayment to the Clerk of all costs associated with making the requested copies. The plaintiff is further advised that the complaint pending in this cause of action does not challenge the constitutionality of a search conducted at his residence and the court will therefore not consider any arguments related to such issue.

Done this 22nd day of May, 2008.

        /s/ Wallace Capel, Jr.
      WALLACE CAPEL, JR.
      UNITED STATES MAGISTRATE JUDGE