U.S. for The Middle District of Ala. Eastern Division

Jeffrey W. Spear
Plaintiff

vs.

Avery Marsh, et al,
Defendants

Civil Action No. 3:05-CV-663-MEF

## Motion for 3 day extension of time to file an objection to the Recommendation

Comes now the plaintiff to respectfully request this honorable court to grant him a 3 day extension of time to file an objection to the Recommendation. And states as follows for such cause

1) Plaintiff just recieved his medical records from East Ala mental Health. May 27, 2008. Some how plaintiff ended up with two files. (1) one for Alex city & (1) one from Russell Co. Al. Plaintiff needs Both. Plaintiff's files had Been closed Thus been put in storage. East Ala Mental Health stated they would have the other file by the 29th of May 2008

So, in respect, the plaintiff respectfully request an 3 day extension of time to file an objection to the

Recommendations.

Plaintiff will so ever pray for such other Fair & just means the courts denies.
  Plaintiff will so ever pray.

*Jeffrey W. Spear*

Done this the 27th day of May 2008

Plaintiff comes now to certify that he did send Defendants attorney of record a copy of said motion, postage prepaid. Did this 27th day of May 2008

*Jeffrey W. Spear*
1919 old Kellyton rd
Alex city, AL
35010

c/George Szan
1919 old Kellyton rd.
Alex city, Al
   35010

BIRMINGHAM AL 350

27 MAY 2008 PM 2 T



USA 42

Office of the Clerk
P.O. Box 711
Montgomery, Al
   36101-0711

3610130711