In the District Court of The U.S. For the Middle District of Alabama Eastern Division

Jeffrey W. Spear
    Plaintiff

U.S.
Avery Marsh, et al.,
    Defendants

Civil Action No. 3:05-CV-663-MEF

## Motion For Additional Time

Plaintiff comes at this time to Respectable Request additional Time to File an objection to the Recommendation. Plaintiff apologize to the Honorable court because plaintiff was just thinking all the File had to be done was sent up From Mont. AL. Ms Karen Millender stated the file may still be at one of the clinics. But that they are doing everything they can to Find it. (Exhibit A)

Plaintiff respectably request this honorable court grant him an Additional time to File an objection to the Recommendation. Plaintiff will so pray for such other & further Fair treatment that this court deems Fair

Plaintiff comes now to certify that he did send Defendants a copy postage prepaid to Attorney of record

/s/ Jeffrey W Spear
Jeffrey W Spear
912 7th Ave
Phenix city, Al
36867

"Notice of change of Address"
Plaintiff is able to return Home.
912 7th Ave Phenix city Al 36867
Release from Doctor's care.

Done this the 30th day of May 2008

/s/ Jeffrey W Spear
Jeffrey W Spear
912 7th Ave
Phenix city, Al
36867

Jeffrey W Spears
912 7th Ave
Phenix City, AL 36867

Office of the Clerk
P.O. Box 711
Mont, AL 36101-071

30 MAY 2008 PM 2 L
BIRMINGHAM AL 350

Purple Heart USA 42

3610130711