*Exhibit A*

**EAST ALABAMA
MENTAL HEALTH-
MENTAL RETARDATION
CENTER**

May 29, 2007

Jeffrey Spear
D.O.B 4/8/65
Consumer Case # 0502567

Dear Mr. Spear:

I am writing in reference to your recent request for copies of your treatment record from our facility. At this point, we have been unable to locate the records for the time frame in which you have requested. We are, however, making every effort to locate the information and complete your records request.

If you have any questions, please contact me at 1-800-815-0630.

Sincerely,

*Karen Millender, M.Ed.*

Karen Millender, M.Ed.
Coordinator/Therapist
Outreach Services

1702 CORPORATE DRIVE     OPELIKA, AL 36801     PHONE (334) 742-2871     FAX (334) 742-2892