IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WAYNE SPEAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-663-MEF |
| | ) |
| AVERY MARSH, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On June 2, 2008, the plaintiff filed a motion for extension of time (Court Doc. No. 56) in which he seeks additional time to file an objection to the April 18, 2008 Recommendation. The plaintiff asserts the additional time is needed to obtain copies of his mental health treatment records from the East Alabama Mental Health-Mental Retardation Center. Upon thorough review of both the complaint and Recommendation filed herein, it is clear that the plaintiff's mental health treatment records are irrelevant to the decision rendered in this case.[1] Thus, presentation of plaintiff's mental health records would have no impact on the Recommendation. Accordingly, it is

ORDERED that the motion for extension of time be and is hereby GRANTED to the extent allowed by this order. It is further

---

[1] The only issue presented in this case which referenced plaintiff's mental health challenged the alleged failure of Judge Randy Haynes to enter appropriate and timely orders with respect to an evaluation of plaintiff to determine his mental competency. Judge Haynes is entitled to absolute immunity from suit for any decision rendered in his judicial capacity. *Mireles v. Waco*, 502 U.S. 9, 9-11, 112 S.Ct. 286, 287-288 (1991); *Forrester v. White*, 484 U.S. 219, 227-228 (1988). The plaintiff's mental health treatment records are therefore irrelevant to the disposition of the mental health issue presented in this case.

ORDERED that the plaintiff be GRANTED an extension from May 30, 2008 to and including June 10, 2008 to file an objection to the Recommendation. The plaintiff is *cautioned* that no further extensions of time will be granted unless the plaintiff establishes exceptional circumstances which warrant such action. The plaintiff is further advised that additional time will not be allowed for him to obtain copies of documents which are either irrelevant to the issues pending before the court, i.e., his mental health records, or cumulative to the documents contained in the record.

Done this 3rd day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE