In The District Court of
The U.S. For The Middle District
Of Ala. Eastern Division

Jeffrey W. Spear,
Plaintiff,

vs.

Avery Marsh, et al.,
Defendant

Civil Action No.
3:05-CV-663-MEF

June 9 2008

Plaintiff whole arguement is that everything the Defendants did was in violation of state & federal Law. All (3) three charges (MC-05-396, MC-05-439 and MC-05-557) Exhibits 'A, B, C & D starting with the facts that they had no evidence besides my wifes statements. The Arrest ellegle due to entering Plaintiff without a search warrent.(1) Ms Spear could not give the Defendants permission to enter Plaintiff House because she did not live there (see exhibit E) The Defendants marked out the addresses on their copies of the record. Ms Spear lived at 1641 old Kellyton road Alex city, Al 35010. Not 1919 old Kellyton Road Alex, city, Al 35010.

---

(1) Plaintiff has argued that the defendants entered Plaintiff house without a search warrant. Plaintiff ~~motion~~ Response to Defendants Special Report. P.2. Sub sect(B) Defendants gave no rebut

②  Plaintiff was denied fair medical treatment upon arrest & while being detained. Plaintiff's medical records showed that plaintiff had alot more than red marks 4 to 5 days later. And if the Honorable Court would review Defendants medical reports. You will find Defendants never took plaintiff for any of his follow-up appointments

③ Plaintiff was denied mental treatment & counseling. Thus Plaintiff hung himself. Being very lucky the knot came untied after plaintiff was unconcious. Willie Roberson thinks he is Judge, jury, cheif of Police, Mental phy. & counselor. The Defendants never admitted or denied that Plaintiff hung himself while on (Alex city jail) suicidal watch. Locking plaintiff up in a back cell by himself without anyone watching him is not suicidal watch. That is just Alex city jail

② Prohibition on conditions that amount to punishment for pretrial detainees. Bell v. Wolfish. 441 U.S. 520. 99 S.Ct 1861 (1979)

② Estelle v. Gamble 429 U.S. 97 97 S.Ct 285 (1976) Id at 104 Id at 106. "infliction of pain proscibed by the 8th Amendment"

② Inmates of Allegheny County Jail v. Pierce, 612 F.2d 754, 762 (3rd cir 1979) Inmates right to treatment by qualified staff

④ way of not giving a dam. And putting you out of the way.

Defendants also Failed to mention MR Joseph McDaniel. The neglect of the Defendants almost Killed plaintiff. But did Kill Joseph McDaniel. (Exhibit F). Another Willie Roberson special Throw them in the back ceil & leave them. Willie Robertson does not have any degrees is Psy. or counseling. But act as Both, telling my counselor that I was Fine to refuse my calls. I guess Joseph McDaniel was Fine too.

⑤ Overall conditions of Jail. Food, no exercise room, to small of ceils. over crowded, 2-showers for 24 males & 4 females detainees. Some ceils with no water, some no hot, some no cold. Ventalation very poor. (See Exhibit G) Methane gas very bad from broken sewer pipes. Rags stuck in holes in the sewer pipe. Clothing very bad. Bed liening & clothes only washed once aweek. No acess to low library at all

③ Morgan v. Russell Co. Sheriff Dept C.A. N# 86-C-938-E
Bullard v. Russell Co. Ala Civil Action No. 86-C-840-E
Long v. Johnson   Civil Action No. 86-C-104-E
Trivett v. Russell Co. Sheriffs   86-C-733-E

④ 5th Amendment claims you have been abritrarly and unfarly segregated without a hearing. No Due process

Defendants Randy Haynes & Louise Pritchard are not protected under color of law, if they willfully violate the law. And intentionally violate the rights of another person. Running of a Kangaroo court & refusing Plaintiff's right to appeal. Defendant Haynes Held Plaintiff on a 2 property Bond for a misdemeanor charge, (See exhibit A) instead of just a cash or 1 property owner. Then Defendants refused property owners (See exhibit H) NO where in any of The Case Action Summary do you see where Plaintiff Notice of Appeal was Noted. (see exhibits A,B,C&D). But plaintiff did File Notice of Appeal, Motion to Amend. (exhibit I) Motion for production of documents, Motion to dismiss & Motion for Hearing Date so defendant may submit witness list. Plaintiff never recieve any notice to said Motions. Haynes & Pritchard stated they did not have to respond, Cause plaintiff was not a lawyer deliberate indifference clearly. Just Because plaintiff didnot have the money to get a lawyer does not give the Plaintiff Defendants the right to violate plaintiff constitutional Rights.

No where in Any of these records will this court find anything the plaintiff signed any paperwork pleaing guilty (See exhibits A,B,C,&D) The Case Action Summary are very vaige & incomplete Also this Honorable court should take notice that the Case Action Summary states plaintiff to served 29 days in jail. Plaintiff served 78 days all togather. 53 days without Bond. (Exhibit H&J) are statements from Statements from plaintiff's mother & wife that was in court with me & know that I did not plea guilty to anything. My wife Patsy O. Spear being the one that filed the charges against me. (Exhibits I ) Motion to Amend Notice of Appeal & Notice of Appeal. Plaintiff tryed to file an appeal. But was refused by Ms Louise Pritchard. (Exhibits A,B,C,&D) show plaintiff filed notice of Appeal. But no where in Defendants records dose it make mention of Plaintiff's Appeal. (Exhibit H&J) Thus Defendants Haynes And Pritchard made Plaintiff guilty without a trial, without a ~~right to appeal~~ a guilty plea & Refused the Right to Appeal.

With the above stated & exhibits plaintiff pray that the recommadation of the Magistrate be denied. And that this cause be set of a hearing, so plaintiff can bring other witnesses. Plaintiff prays for such other & fair treatment. Plaintiff is not a lawyer, and that is why plaintiff has requested a appointment of counselor. Plaintiff will so ever pray.

Jeffrey W Spear

Plaintiff certified he did send defendant attorney of record a copy postage prepaid to them this the 9th day of June 2008

Jeffrey W Spear
912 7th Ave
Phenix city, Al
36867

Jeffrey W Spear
912 7th Ave
Phenix city, Al
36867



**first class**

Office of The clerk
U.S. District court
P.O. Box 711
Mont, Al 36101-0

**first class**