Exhibit A

**State of Alabama**
**Unified Judicial System**

85040366

| | Warrant Number |
|---|---|
| | WA 05 000130 |
| **Case Number** | |
| M C050439 | |

# WARRANT OF ARREST

**Form C-65  Rev: 10/2001**

In the municipal Court of ___Alexander City___    ___Alabama___

Municipality of___Alexander City___    **V.**  ___JEFFERY    SPEAR___

---

## TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:

Probable cause has been found on Complaint filed in this Court against

Defendant: ___JEFFERY    SPEAR___

Charge: ___HARASSING COMMUNICATIONS___

In violation of ___Ordinance- 806___    ___Which Embraces 13A-11-8B___    ___Code of Alabama, 1972___

YOU ARE THEREFORE ORDERED to arrest the person named or described above and bring that
person before the judge of this Court and to answer the charges against that person and have with
you then and there this warrant with your return thereof.  If a judge or magistrate of this Court
is unavailable, or if the arrest is made in another county,  you shall take the accused person before
the nearest or most accesible judge or magistrate in the county of arrest.

---

☐   You may release the accused person without taking the accused person before a judge:

☑   If the accused person enters into a bond in the amount of $ _1000.00_    with a good
   surety approved by an authorized officer or by depositing cash or negotiable bonds in the
   amount with the court clerk. 2 property owners / Proof of property  Per Judge Hayes

☐   If the accused person posts a cash appearance bond in the amount of $ ___

☐   On his or her personal recognizance.

April 15th, 2005
_____
Date

_Sharon Gilligan_
_____
Judge / Magistrate

Form number: 017/CS103B

No Contact with Victim
xc

| State of Alabama<br>Unified Judicial System | | **COMPLAINT** | Warrant Number<br>WA 05 000130 |
|---|---|---|---|
| Form C-63 Rev: 10/2001 | | | Case Number |

In the Municipal Court of _Alexander City_ _Alabama_

Municipality of _Alexander City_ V. _JEFFERY SPEAR_

Before me, the undersigned authority, personally appeared this day the undersigned complaint who, upon first being duly sworn, states on oath that he/she has probable cause for believing, and does believe, that ___JEFFERY SPEAR___ Defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, commit the offense of: _HARASSING COMMUNICATIONS_ within the City of _Alexander City_ _Alabama_ or in the police jurisdiction thereof, in that he/she did on or about the _April 15th, 2005_

A person commits the crime of harassing communications if, with intent to harass or alarm another person, he: Cummunicates with person, anonymously or otherwise, by telephones, telegraph, mail or any other form of written or electonic communication, in a mannerlikely to harass or cuase alarm, or makes a telephone call, whether or not a conversatin ensues, with person any lewd or obscene words or language, to-wit:According to Ms Spear her husband Mr Spear was released from jail today for Domestic violence and was told to have no contact with her while she was at work he went to her house and took some of her things then Mr Spear called her on her cell phone whispering are we having fun yet and he told her I will see you in hell,Mr Spear has called her about 3 or 4 times.

in violation of:

✓ Section _13A-11-8B_ , Code of Alabama, 1975.

✓ Ordinance Number _806_ of the City of _Alexander_

___ Ordinance Number _____ which embraces Section_____
Code of Alabama 1975, previously adopted, effective and in force at the time the offense was committed.

Sworn to and subscribed before me this
April 15th, 2005

_____
Court Clerk/Magistrate

PATSY SPEAR
1919 OLD KELLYTON RD
ALEXANDER CITY,AL

_____
Signature of Complainant

## WITNESSES

| Witness Name | Witness Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |

State of Alabama
Unified Judicial System

**CASE ACTION SUMMARY**

Case number:
MC 05 000439

Form CS201K   Rev. 08/2001

The City of __CITY OF ALEXANDER CITY__

Soc Sec Number:
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

| Defendant Name and Address JEFFERY SPEAR 1919 OLD KELLYTON ROAD ALEXANDER AL 35010 Telephone Number: | Sex M | Race W | Date of Birth 4/08/65 | Court Date 6/09/05 |
|---|---|---|---|---|

| | Charge HARASSMENT (COMMUNICATE) | | | |
|---|---|---|---|---|

| Employer | Telephone Number | Arrest Date 4/15/05 | Arresting Officer LONG |
|---|---|---|---|

| | | Date Committed to Jail | Date Released |
|---|---|---|---|

| Complainant PATSY SPEAR | Warrant Number WA05000130 | Bond Amount | Attorney of Defendant |
|---|---|---|---|

| Waived Counsel ☐ Yes ☐ No Case continued to _____ | Sureties |
|---|---|

**Bench Notes:**

On __6/29/05__ the defendant appears in open court in person and pleads ☐ guilty ☐ not guilty. After hearing the evidence it is the judgement of the court that defendant is ☐ guilty ☐ not guilty and is fined $_____ together with $_____ court cost, and $_____ restitution, and sentenced to _____ days in city jail.

Additional orders __29 days in jail__

Case nolle prossed _____

_Judge / Municipal Clerk_

**FEE SHEET**

| Summary | |
|---|---|
| Fine amount | $ .00 |
| Court cost amount | $ |
| Cash payment amount | $ 133.00 |

| Date | Receipt No | Amount |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

_____ days served at $_____ per day.

**_Appeal Record_**

| | |
|---|---|
| Circuit Court Number | |
| Date of Appeal | |
| Amount of Bond | |
| Bondsmen | |
| Orders of the Circuit Court | |

Form number: 014/CS201

# COMPLAINT
### (Felonies, Misdemeanors, or Violations - District Court or Municipal Court)

Form C-63 Rev. 1/99

Warrant Number

Case Number *MC 05557*

IN THE _____ **MUNICIPAL** _____ COURT OF _____ **ALEXANDER CITY** _____ ALABAMA
(Circuit, District, or Municipal)                                      (Name of Municipality or County)

☐ STATE OF ALABAMA          MUNICIPALITY OF _____     **ALEXANDER CITY** _____

v.   **JEFFERY WAYNE SPEAR** _____, Defendant

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she

has probable cause for believing, and does believe, that   **JEFFERY WAYNE SPEAR**

Defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, commit the offense of _____

**DOMESTIC VIOLENCE 3rd. (HARASSMENT)** _____ within the

☐ County of _____

**X** City/Town of _____ **ALEXANDER CITY** _____ or in the police jurisdiction thereof, in that he/she did:

(State specific facts here. Continue on a separate sheet of paper if needed.)  MR. SPEAR WENT OVER TO HIS MOTHER IN LAW'S

HOUSE WHERE HIS WIFE PATSY IS STAYING. SHE ADVISED THAT HE WOULD BEAT ON THE SIDE OF THE

HOUSE WHILE YELLING AT HER, THEN RUN BACK OVER TO THEIR HOUSE (NEXT DOOR). HE WAS LOCATED

HIDING UNDER THE BED IN A BED ROOM.

in violation of

☐ Section _____, Code of Alabama 1975,

**X** Ordinance Number _____ 806 _____, which embraces Section 13A-6-132 / 806

Code of Alabama 1975, previously adopted, effective and in force at the time the offense was committed.

☐ Other _____

Sworn to and Subscribed before me this

_____ *June* 7 _____ day of

_____ 20 *05*

_signature_
Judge/Magistrate/Warrant Clerk

_signature_
Complainant

**ALEXANDER CITY POLICE DEPARTMENT**

Address _____

Telephone Number _____

| WITNESSES | | |
|---|---|---|
| **NAME** | **ADDRESS** | **TELEPHONE NUMBER** |
| | | |
| | | |
| | | |

Additional Witnesses on Reverse Side.

# CASE ACTION SUMMARY

| | | | ID | YR | Number |
|---|---|---|---|---|---|

| Defendant (Name) | | Sex | Race | DOB | HGT. | Wgt. | Domestic |
|---|---|---|---|---|---|---|---|
| JEFFERY WAYNE SPEAR | | M | W | 04/08/1965 | 602 | 175 | (Y) N |

**Address**
1919 OLD KELLYTON RD.
ALEXANDER CITY, AL. 35010

**Charge**  Domestic Violence

Phone No.

| Arrest Date | Arresting Officer |
|---|---|
| 06/01/2005 | LUKE SIVLEY |

**Employer**

Phone No.

| Social Security # | Officer ID # |
|---|---|
| ▮▮▮▮▮ | 262 |

**Complainant**
LUKE SIVLEY

| Alias - | Police Dept. Case # |
|---|---|
| | 050600001 |

**Witnesses**

**Location of Offense**
1941 OLD KELLYTON RD. ALEXANDER CITY, AL. 35010

**BENCH NOTES:**

On __6/29/05__ (date) the defendant appears in open court in person and pleads (guilty) (not guilty) _____

After hearing the evidence it is the judgement of the court that defendant is _____ guilty and is fined $ _____

together with $ _____ cost and $ _____ restitution to the victim and sentenced to _____ days in (city)

(county) jail. Defendant to Pay $ __9 day__ per day for housing and maintenance plus actual medical expenses incurred during the period of incar-

ceration. Defendant is given __9 day__ days credit for time already served in jail on this charge.

Additional orders _____

_____

Judge-Municipal Court

# FEE SHEET

## SUMMARY

| | |
|---|---|
| Fine | $ |
| Costs (Local) | |
| Fair Trial Tax | |
| Peace Officers Annuity Fund | |
| Crime Victims Comp. Fund | |
| Other | |
| Bond Forfeiture | |
| TOTAL | $ |

## CASH PAYMENT

| Date | Receipt Number | Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |
| | | |

## TIME SERVED

_____ days served at $ _____ per day

## APPEAL RECORD

| | |
|---|---|
| Circuit Court Case Number | |
| Date of Appeal | |
| Amount of Bond | |
| Bondsmen | |
| Orders of the Circuit Court | |

Service Printing - Alexander City

State of Alabama
Unified Judicial System

Case 3:05-cv-00663-MEF-WC    Document 58-2    Filed 06/11/2008    Page 6 of 23    Exhibit C

COMPLAINT
(Felonies, Misdemeanors, or Violations -
District Court or Municipal Court)

Form C-63 Rev. 1/99

Case Number
MC050 396

IN THE _____ MUNICIPAL _____ COURT OF _____ ALEXANDER CITY _____ ALABAMA
(Circuit, District, or Municipal)    (Name of Municipality or County)

☐ STATE OF ALABAMA    MUNICIPALITY OF _____ ALEXANDER CITY _____

v. _____ Jeffery Wayne Spear _____ , Defendant

Before me, the undersigned authority, personally appeared this day the undersigned complainant who, upon first being duly sworn, states on oath that he/she

has probable cause for believing, and does believe, that ___ Jeffery Wayne Spear _____

Defendant, whose name is otherwise unknown to the complainant, did, prior to the commencement of this action, commit the offense of _____

DOMESTIC VIOLENCE 3rd (HARASSMENT) _____ within the

☐ County of _____

X City/Town of _____ ALEXANDER CITY _____ or in the police jurisdiction thereof, in that he/she did:

(State specific facts here. Continue on a separate sheet of paper if needed.) Mr. Spear was slamming doors and singing very loudly next to

his wife trying to provoke her into hitting him. When she would not hit him he began to hit himself in the leg to leave marks

and then called police. He pushed his wife out the door and would not let her in the house. The marks were consistent with self

infliction due to direction and placement.

in violation of

☐ Section _____ , Code of Alabama 1975,

X Ordinance Number _____ 806 _____ , which embraces Section 13A-6-132

Code of Alabama 1975, previously adopted, effective and in force at the time the offense was committed.

☐ Other _____

Sworn to and Subscribed before me this

_____ 26 41 _____ day of

_____ april _____ 20 05

_____

Judge/Magistrate/Warrant Clerk

Complainant

ACPD

Address

(256)329-6765

Telephone Number

| WITNESSES | | |
|---|---|---|
| NAME | ADDRESS | TELEPHONE NUMBER |
| Jerry Whetstone | ACPD | (256)329-6765 |
| | | |
| | | |
| | | |

Additional Witnesses on Reverse Side.

# CASE ACTION SUMMARY

Unified Judicial System

| | ID | YR | Number |
|---|---|---|---|

| Defendant (Name) | Sex | Race | DOB | Hgt. | Wgt. | Domestic |
|---|---|---|---|---|---|---|
| Jeffery Wayne Spear | M | W | 04-08-65 | 602 | 175 | (Y) N |

**Address**

1919 Old Kellyton Rd  Alex City, Al 35010

Phone No. 256-234-9075

**Charge**

DOMESTIC VIOLENCE 3rd (HARASSMENT)

| Arrest Date | Arresting Officer |
|---|---|
| 04-13-2005 | Lt. Richerson |

| Employer | Social Security # | Officer ID # |
|---|---|---|
| Self     Phone No. | 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 | 238 |

| Complainant | Alias - | Police Dept. Case # |
|---|---|---|
| Lt. Richerson | | 050401059 |

| Witnesses | Location of Offense |
|---|---|
| J. Whetstone | 1919 Old Kellyton Rd   Alex City, Al 35010 |

**BENCH NOTES:**

On **10/29/05** (date) the defendant appears in open court in person and pleads (guilty) (not guilty) _____

After hearing the evidence it is the judgement of the court that defendant is _____ (guilty and) is fined $ _____

together with $ _____ cost and $ _____ restitution to the victim and sentenced to _____ days in (city)

(county) jail. Defendant to Pay $ _____ per day for housing and maintenance plus actual medical expenses incurred during the period of incarceration. Defendant is given **29** days credit for time already served in jail on this charge.

Additional orders _____

_____

_____

Judge-Municipal Court

## FEE SHEET

### SUMMARY

| Fine | $ |
|---|---|
| Costs (Local) | |
| Fair Trial Tax | |
| Peace Officers Annuity Fund | |
| Crime Victims Comp. Fund | |
| Other | |
| Bond Forfeiture | |
| TOTAL | $ |

### CASH PAYMENT

| Date | Receipt Number | Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |
| | | |

### TIME SERVED

_____ days served at $ _____ per day

### APPEAL RECORD

| Circuit Court Case Number | |
|---|---|
| Date of Appeal | |
| Amount of Bond | |
| Bondsmen | |
| Orders of the Circuit Court | |

Service Printing - Alexander City

Exhibit D

| State of Alabama<br>Unified Judicial System<br><br>Form C-64 (a) (front)     Rev. 8/03 | **DEPOSITION** | Warrant/Summons Number<br>CVA 05 0130<br>Case Number<br>MC 05 3439 |
|---|---|---|

IN THE _____**MUNICIPAL**_____ COURT OF _____**ALEXANDER CITY**_____ ALABAMA
(Circuit, District, or Municipal)                    (Name of Municipality or County)

☐ STATE OF ALABAMA     ☒ MUNICIPALITY OF _____**ALEXANDER CITY**_____

v. _Jeffery Spear_ , Defendant

## INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE ACCUSED

| Social Security Number | Driver's License Number | Date of Birth 4/8/65 | Age 40 | Race W | Sex M |
|---|---|---|---|---|---|

| Height 6'2 | Weight 175 | Hair BRO | Eyes Haz | Complexion |
|---|---|---|---|---|

Address of Accused (or Alias) 1919 Old Kellyton Road    City Alexander    State al    Zip Code 35010

Name of Employer _____    Employer's Telephone Number _____

Address of Employer _____    City _____    State ____    Zip Code ____

## INSTRUCTIONS: COMPLETE THE FOLLOWING INFORMATION ON THE OFFENSE

Offense: Harassing Communications

Date and Time of Offense: 04/15/05

Place of Occurrence: 1919 Old Kellyton Road

Person Attacked or Property Damaged: _____

How Attacked: _____

Did Accused Possess or Use a Weapon?  ☐ Yes  ☐ No     Type: _____

Damage Done or Injuries Received: _____

Value of Property: _____

Details of Offense: X  Jeffrey Spear had someone to call me from the jail to ask me to bring clean underwear and toothpaste to him. I refused because he isn't supposed to have contact with me. Later, he was released on bond and went to our home taking clothes of mine that he didn't take earlier. In the meantime, he called one on my cell phone and told me he would see me in Hell He has called again tonight twice to whisper in the phone "Are we having fun yet?"

| Form C-64 (a) (back)    Rev. 8/03 | **DEPOSITION** |
|---|---|

Any Law Enforcement Agency Contacted?    ☒ Yes    ☐ No

If yes, which one? _____ **ALEXANDER CITY POLICE DEPARTMENT** _____

**I make this statement for the purpose of securing a WARRANT/SUMMONS against the named accused. I understand that I am instituting a criminal proceeding and cannot dismiss this case. I further understand that if any of the foregoing facts are untrue, I may, in addition to any other punishment provided by law, be taxed with court costs in this proceeding.**

Sworn to and Subscribed before me this

_____ *15th* _____ day of

_____ *April* _____, 20__ .

_____
Judge/Clerk/Magistrate

X _____
Complainant

_____
Social Security Number

_____
Address

---

## WITNESSES

| Name | Address | Telephone Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

---

## MAGISTRATE NOTES

**Warrant or Summons Issued?**    ☐ Yes    ☐ No        Warrant Number: _____

# ALABAMA UNIFORM INCIDENT/OFFENSE REPORT

| VICTIM SSN | COMPLAINANT SSN | ☒ 1 INCIDENT ☐ 2 OFFENSE ☐ 3 SUPPLEMENT | 2 CASE # |
|---|---|---|---|
| - - | 4 1 6 - 0 8 - 2 3 2 0 | | 0 5 0 5 0 2 6 6 4 |

| 4 ORI # | 5 DATE AND TIME OF THIS REPORT | 6 AGENCY NAME | 7 SUPPLEMENT ORIGINAL OFFENSE DATE M D Y |
|---|---|---|---|
| 0 6 2 0 1 0 0 | 0 5 3 1 0 5 20:06 ☐ AM ☒ PM ☐ MIL | Alexander City Police Department | |

| 8 REPORTED BY ☐ VICTIM OR | 9 ADDRESS ( STREET, CITY, ZIP) | 10 PHONE |
|---|---|---|
| Patsey Spears | 1641 Old Kellyton Road, Alexander City, AL 35010 | ( 256 ) 329-1179 |

| 11 VICTIM | 12 VICTIM (LAST, FIRST, MIDDLE NAME) 1P 2B 3S | 13 ADDRESS ( STREET, CITY, ZIP) | 14 PHONE |
|---|---|---|---|
| | Jeffery Spears | 1919 Old Kellyton Road, Alexander City, AL 35010 | ( 256 ) 329-1179 |

| 15 EMPLOYER/SCHOOL | 16 OCCUPATION | 17 ADDRESS (STREET, CITY, STATE, ZIP) | 18 PHONE |
|---|---|---|---|
| | None | | ( ) |

| | 19 RESIDENT ☒ RESIDENT ☐ NON-RESIDENT | 20 INJURY ☐ Y ☒ N | 21 RACE ☒ W ☐ A ☐ B ☐ I | 22 SEX ☒ MALE ☐ FEMALE | 23 HGT 602 | 24 WGT 179 | 25 DOB M 0 4 D 0 8 Y 6 5 | 26 AGE 40 | 27 WAS OFFENDER KNOWN TO VICTIM ? ☐ Y ☐ N | 28 VICTIM WAS (EXPLAIN RELATIONSHIP) | 29 CODE |

| 30 TYPE INCIDENT OR OFFENSE ☐ FEL. ☐ MISD | 31 DEGREE (CIRCLE) | 32 UCR CODE | 33 STATE CODE/LOCAL ORDINANCE |
|---|---|---|---|
| Possible Suicidal Person | 1 2 3 | | |

| 34 TYPE INCIDENT OR OFFENSE ☐ FEL. ☐ MISD | 35 DEGREE | 36 UCR CODE | 37 STATE CODE/LOCAL ORIDNANCE |
|---|---|---|---|
| | 1 2 3 | | |

## EVENT

| 38 PLACE OF OCCURRENCE | 39 SECTOR |
|---|---|
| 1919 Old Kellyton Road Alexander City, AL 35010 | 2 |

| 40 POINT OF ENTRY ☐ DOOR ☐ WINDOW ☐ ROOF ☐ OTHER | 41 METHOD OF ENTRY ☐ FORCIBLE ☐ NO FORCE ☐ ATT. FORCIBLE | 42 ASSAULT ☐ SIMPLE ☐ AGGR. | 43 TREATMENT FOR ASSAULT INJURY ☐ Y ☐ N |

| 45 OCCURRED ON OR BETWEEN 0 5 3 1 0 5 | 46 TIME 20:00 ☐ AM ☒ PM ☐ MIL | 47 LIGHTING ☐ 1- NATURAL ☒ 2- MOON ☐ 3- ART. EXT. ☐ 4- ART. INT. ☐ 5- UNK. | 48 WEATHER ☐ 1 - CLEAR ☐ 2 - CLOUDY ☒ 3 - RAIN ☐ 4 - FOG ☐ 5 - SNOW ☐ 6 - HAIL ☐ 7 - UNK. | 49 PREMISE ☐ A -HWY.-ST.-ALLEY ☐ B - RAILROAD ☒ C - RESIDENCE ☐ D - CHURCH ☐ E - SCHOOL ☐ F - CONVENIENCE ☐ G - INDUSTRIAL ☐ H - SERVICE STA. | ☐ I - BANK ☐ J - DRUG STORE ☐ K - ART/TWN. HSE. ☐ L - SHOPPING CENTER ☐ M - PARKING LOT ☐ N - OTHER COMMER. ☐ O - OTHER | 50 CODE |
| 52 TIME 0 5 3 1 0 5 | 20:06 ☐ AM ☒ PM ☐ MIL | | | | | |

| 54 VERIFY FOR RAPE EXAM ☐ Y ☐ N | 55 TREAT. FOR RAPE INJURY | 56 CIRCUMSTANCES HOMICIDE & ASSAULT CODE | LOCATION: RAPE |

| 58 WEAPON USED ☐ FIREARM ☒ KNIFE ☐ HANDS, FISTS, VOICE, ETC. ☐ OTHER DANGEROUS | 59 DESCRIPTION OF WEAPONS/FIREARMS/TOOLS USED IN OFFENSE DESCRIBE Knife | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ UNKNOWN |

## PROPERTY DESCRIPTION

| 60 QUANTITY | 61 STOLEN, RECOVERED, LOST, FOUND OR DESTROYED (INCLUDE MAKE MODEL, SIZE, TYPE, SERIAL NUMBER, COLOR, ETC.) | 62 DOLLAR VALUE | | 63 RECOVERED | |
|---|---|---|---|---|---|
| | | STOLEN | DAMAGED | DATE | VALUE |
| | | | | | |
| | | | | | |
| | | | | | |
| | ☐ CONTINUED IN NARRATIVE | | | | |

## VALUE

| 64 MOTOR VEHICLE | 65 CURRENCY, NOTES | 66 JEWELRY | 67 CLOTHING/ FURS | 68 FIREARMS | 69 OFFICE EQUIPMENT |
|---|---|---|---|---|---|
| S | S | S | S | S | S |
| R | R | R | R | R | R |
| D | D | D | D | D | D |
| C | C | C | C | C | C |

| 70 ELECTRONICS | 71 HOUSEHOLD | 72 CONSUMABLE | 73 LIVESTOCK | 74 MISCELLANEOUS |
|---|---|---|---|---|
| S | S | S | S | S |
| R | R | R | R | R |
| D | D | D | D | D |
| C | C | C | C | C |

## VEHICLES

| 75 CHECK CATEGORIES ☐ STOLEN ☐ RECOVERED ☐ SUSPECTS VEH. ☐ VICTIMS VEH. ☐ UNAUTH. USE ☐ ABANDONED |

| 76 #STOLEN | 77 LIC. | 78 LIS. | 79 LIY. | 80 TAG COLOR | 81 VIN |
|---|---|---|---|---|---|

| 02 VYR | 83 VMA | 84 VMO | 35 VST | 96 VCO | 87 ADDITIONAL DESCRIPTION |
|---|---|---|---|---|---|
| | | | | TOP: BOTTOM: | |

| STOLEN MTR. VEH ONLY | 88 AREA STOLEN ☐ BUS. ☐ RES. ☐ RUR. | 89 OWNERSHIP VERIFIED BY | ☐ TAG RECEIPT ☐ BILL OF SALE ☐ TITLE ☐ OTHER | 90 WARRANT SIGNED YES ☐ NO ☐ # |

| 21 AUTO INSURER NAME (COMPANY) ADDRESS (STREET, CITY, STATE, ZIP) | 92 PHONE ( ) |

| MOTOR VEH.RECOVERY ONLY.REQUIRED FOR 24XX UCR CODE | 93 STOLEN IN YOUR JURISDICTION? YES ☐ NO ☐ WHERE? | 94 RECOVERED IN YOUR JURISDICTION? YES ☐ NO ☐ WHERE? |

TYPE OR PRINT IN BLACK INK

ACJIC—32 REV. 6-94



OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| INCIDENT/OFFENSE REPORT CONTINUED | 95 DATE AND TIME OF REPORT 0 5 3 1 0 5 20 : 06 | ☐ AM ☐ PM ☒ MIL | 96 CASE # 0 5 0 5 0 2 6 6 4 | 97 SFX | 98 | ☐ OFFENDER ☐ SUSPECT ☐ MISSING PERSON | ☐ CHECK IF MULTIPLE |

| 99 NAME (LAST, FIRST, MIDDLE) | 100 NICKNAME/ALIAS | 101 RACE ☐ W ☐ A ☐ B ☐ I | 102 SEX ☐ M ☐ F | 103 DOB D Y | 104 AGE |
| 105 ADDRESS (STREET, CITY, STATE ZIP) | 106 HGT | 107 WGT | 108 EYE | 109 HAIR | 110 COMPLEXION |
| 111 PROBABLE DESTINATION | 112 ARMED? ☐ Y ☐ N ☐ UNK | 113 WEAPON |
| 114 CLOTHING ☐ SCARS ☐ MARKS ☐ TATTOOS | 115 ☐ ARRESTED ☐ WANTED |
| 116 NAME (LAST, FIRST, MIDDLE) | 117 NICKNAME/ALIAS | 118 RACE ☐ W ☐ A ☐ B ☐ I | 119 SEX ☐ M ☐ F | 120 DOB M D Y | 121 AGE |
| 122 ADDRESS (STREET, CITY, STATE, ZIP) | 123 HGT | 124 WGT | 125 EYE | 126 HAIR | 127 COMPLEXION |
| 128 PROBABLE DESTINATION | 129 ARMED? ☐ Y ☐ N ☐ UNK | 130 WEAPON |
| 131 CLOTHING ☐ SCARS ☐ MARKS ☐ TATTOOS | 132 ☐ ARRESTED ☐ WANTED |

| WITNESSES | 133 NAME (LAST, FIRST, MIDDLE) SEX, RACE, DOB | 134 ADDRESS (STREET, CITY, STATE, ZIP) | 135 RES. PHONE | 136 BUS. PHONE |
|---|---|---|---|---|
| #1 | SEX ☐M ☐F M RACE ☐W ☐A ☐B ☐I D Y | | ( ) | ( ) |
| #2 | SEX ☐M ☐F M RACE ☐W ☐A ☐B ☐I D Y | | ( ) | ( ) |
| #3 | SEX ☐M ☐F M RACE ☐W ☐A ☐B ☐I D Y | | ( ) | ( ) |
| #4 | SEX ☐M ☐F M RACE ☐W ☐A ☐B ☐I D Y | | ( ) | ( ) |

| WITNESS # 1 SSN | WITNESS # 2 SSN | WITNESS # 3 SSN | WITNESS # 4 SSN |
| - | - | - | - |

**NARRATIVE**

137

I responded to Old Kellyton Road in reference to Jeffery Spears trying to kill himself. Upon arrival Patsey Spears advised that Jeffery took a knife and went into the basement. Ms. Spears then advised that he called his father on his cell phone and his father called Patsey and told her he was acting very strange. Officer Hodge and I attempted to locate Jeffery in the basement. I went through one set of doors into the basement and Jeffery came out the other set of doors. Officer Hodge and I began chasing Mr. Spears. We lost Mr. Spears in a wooded area. I advised Ms. Spears I would do a report for her so she could get Jeffery some help.

| CONTINUED ON SUPPLEMENT  Y ☐  N ☒ | ASSISTING AGENCY ORI | ASSISTING AGENCY CASE # | SFX |

I hereby affirm that I have read this report and that all information given by me is correct to the best of my knowledge. I will assume full responsibility for notifying the agency if any stolen property or missing person hereby reported is returned

SIGNATURE _____

| 138 LOCAL USE |
| 139 STATE USE |

| MULTIPLE CASES CLOSED | 140 CASE # | 141 SFX | 142 CASE # | 143 SFX | 144 CASE # | 145 SFX | 146 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |

| ADMINISTRATIVE | 147 CASE STATUS ☐ 1 - PENDING ☐ 2 - INACTIVE ☒ 3 - CLOSED  ENTERED ☐ Y ACIC/NCIC ☐ N DATE | 148 CASE DISPOSITION ☐ 1 - CLEARED BY ARREST (JUV) ☐ 2 - CLEARED BY ARREST (ADULT) ☐ 3 - UNFOUNDED ☐ 5 - ADMINISTRATIVELY CLEARED | ☐ 4 - EXCEPTIONAL CLEARANCE ☐ A - SUSPECT/OFFENDER DEAD ☐ B - OTHER PROSECUTION ☐ C - EXTRADITION DENIED ☐ D - LACK OF PROSECUTION ☐ E - JUVENILE, NO REFERRAL ☐ F - DEATH OF VICTIM | 149 REPORTING OFFICER Sivley, Luke | ID # 262 |
| | | | | 150 ASSISTING OFFICER | ID # |
| | | | | 151 SUPERVISOR APPROVAL  JR  258 | 142 WATCH CMDR  ID # |

Exhibit F



**Benjamin Russell softball nips Central-Phenix City**
Page 5

Tuesday, May 2, 2006
Vol. 114 • No. 104 • 50¢
www.alexcityoutlook.com

# The Outlook

*Lighting the way for the Alexander City & Lake Martin area*

# City prisoner allegedly commits suicide

**By Patrick McCreless**

*Outlook Staff Writer*

The Alexander City Police Department is currently investigating the circumstances behind the alleged suicide of a prisoner in the city jail Sunday.

Joseph McDaniel, 24, of Alexander City, was found dead in his jail cell around 11 a.m. Sunday, according to a press release from the police department. He had allegedly committed suicide by hanging.

When officers noticed the incident, all attempts to revive McDaniel were conducted by both members of the Alexander City Police Department and Alexander City Fire Medics. McDaniel was transported to Russell Medical Center where, at 11:48 a.m., he was pronounced dead by the coroner.

"It's a tragedy," said Alexander City Police Chief Avery Morris. "You want to catch offenders, but you don't want anything to happen to them."

McDaniel had been arrested earlier during the day for allegedly committing burglary in the first degree and theft of property in the second degree. He was arrested at his father's residence on Farm Loop Road without incident.

He had allegedly committed the crimes the day before he was arrested, Morris said. "We were looking for him all night long."

More information on the incident is pending upon the completion of the investigation. Morris said McDaniel did not leave a suicide note of any kind.

The ACPD is waiting for an investigator from the district attorney's office to act as a third party to help close the case.

"We need them to make sure we've dotted every 'I' and crossed very 'T,'" Morris said. The department is also waiting for confirmation on the cause of death from the State of Alabama Department of Forensic Sciences in Montgomery.

McDaniel was arrested for allegedly committing burglary in the first degree, a Class A felony and theft of property in the second degree, a Class C felony. Had he been convicted, McDaniel could have spent the rest of his life in prison.





Meeting the candidates

CACC

*exhibit*

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WAYNE SPEAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-663-F |
| | ) | |
| | ) | |
| AVERY MARSH, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT IN SUPPORT OF MOTION TO JOIN

I, Thomas Richard Matheny, honorably request to be added as a co-plaintiff in the following civil action No. 2:05-CV-663-F. I will state the following the reasons in my own words as to why I wish to be added.

1. I was not allowed to shower or neither did I recieve clean clothes for the period of forty-eight hours.

2. In front of the cell block I was located in, there was an open sewer pipe. This pipe was plugged up with a soiled pair of men's underwear. Above the pipe, a fan was being used to remove the methane gas odor.

3. In two of the three cell blocks, there was not running water in the sinks.

4. I was never allowed to have at least one hour of outside exercise per day of incarceration.

5. I was denied access to law library or other related materials.

6. I witnessed a jailer trying to intimidate other inmates into altercations.

7. Food was not healthy and was delivered by a diner.

8. I was refused a bond when my uncle came to sign a consolidated property bond. He owns property in Alabama and was told he could not sign my bond. The next day I was advised at the bond hearing by the magistrate judge that I could have had the bond signed by my uncle.

9. I was denied phone calls from the Correctional Billing Services.

10. I was not furnished bedding for over the period of forty eight hours.

11. I was denied a first phone call after my arrest for the period of fifteen hours. I was never read my Miranda rights.

12. The first reading of the Breathalyzer test was not accepted by the arresting officer. I was made to repeat the Breathalyzer test over seventeen times before the officer would accept a reading.

I, Thomas Richard Matheny, offer these words under oath to the District Court of the United States, Alabama Eastern Division.

*Thomas R. Matheny*
NAME

*[signature]*
SIGNATURE

08-23-05
DATE

*[signature]*
WITNESS

8/23/05
DATE

2

Affidavit for Glenda McClure

May 20, 2008

In April of 2005, I went to Alexander City to try and help, Jeffrey Spear ,make bond. I took all my property information needed to sign a property bond. However ,at the jail, I was told  I couldn't sign a property bond unless I owned property in that county.

I attended one of his hearings before the judge. At no time during the hearing did I hear my son plead quilty, but he was sentenced without a trial.

I am not sure the day of the month these facts occured. I hereby swear this statement to true and honest, to the best of my knowledge.

Signed _____

      Glenda McClure
      14 Cricket Ct.
      Phenix City ,Al.36869

Rosann Marie Peavy
State of Alabama
Russell County
May 20. 2008
exp April 19. 2011

City of Alex City   In This Municipal   Exhibit I
Plaintiff city   Court of Alex City

V. S.
                                                    Case N#
                                                    MC-05-396
Jeffrey W. Spear                                    MC-05-439
Defendant                                           MC-05-557

## Motion to Amend
## Notice of Appeal

Comes Now the Defendant pro-se and request that this Honorable court allow him to Amend his Notice of Appeal. Defendant states as Follows;

1) Officer Kimbell the Alex city jailor gave defendant the wrong case number. Defendants notice of appeal has N# 0560-00001.

2) The correct case Numbers are MC-05-396, MC-05-439- ~~557~~ MC-05-557

Defendant respectable request that the court clerk please Note and change the case number of record on Defendants Notice of Appeal.

Done this the 14th day                  Thankyou
of ~~~~ July 2005                        Jeffrey W Spear
                                         + court square
                                         Alex city, AL 35010

Patsy
Plaintiff,

V.S.

Jeffrey W Spear
Defendant

Case N# 0560-0000

## <u>Notice Of Appeal</u>

Comes Now the defendant pro-se before this court to give <u>Notice of Appeal</u>. Defendant states as Follows;

1) A Judge and court clerk has the Defendant Found guilty without a trail,

2) A Judge and court clerk has Found the defendant guilty without a person to prosecute, Plaintiff or City prosecutor,

3) The Defendant has not entered any Kind of plea; guilty, Not guilty, No contest, etc. Nor has the court given any Kind of Formal reading of any charges

4) On June 9, 2005 Judge Randy Haynes Determine that the defendant needed to have a mental evaluation to determine mental compentency due to defendants attemping suicide (8) eight times, Three(3) while in the Jail. Including hanging myself which almost proved to be Fatel.

5) Lucy (My socal worker) at NaN coley Murphy (East Ala Mental Health) has set up at least (2) two beds (appointments) to recieve an evaluation. Due to Judge Randy Haynes ability to conviently be out of town, OR unavailable to return Lucy (East Ala Mental Health) calls. The available bed had to be forfeited to other patients.

6) On June 30, 2005 without ever having any type of mental evaluation Judge Randy Haynes had defendant returned to court. No plaintiff to prosecute, NO city prosecutor, NO attorney to represent defendant, since the defendant was determined to be uncompenten on June 9, 2005. The defendant being the 1st of 15 inmates from the jail called. Judge Randy Haynes stated; Time served you'll be released, They have a program set up for you. You have been doing good, Defendant never was released or given a reason why not.

7) On July 1 2005. Since without any notice given. Defendant had the jailor call the court clerk Louise Pritchard. Stated that once again conviently Judge Haynes would be out of town until July 6th 2005.

8) Defendant requested an appeal form City clerk/Court Mans. Louise Pritchard. She stated; The Defendant Plead guilty, I could not appeal nor could I have an appeal Bond.

9) Defendant at no time has pled to any charges. Then if the defendant was determine to need an mental evaluation on June 9 2005, and to this date has not recieved any type evaluation, much less treatment. How could the judge accept any kind of plea

10) Defendant Filed (3) three motions in this case (Post trial motion) that was never respond too. i) Motion for production of documents Rule 34, Motion to dismiss & Motion for Hearing Date so defendant may submit witness list. None of these motion was respond to. A clear violation of due process. Even to the point of a deliberate indifference.

Wherefore the premises being duly consider. The defendant request this cause forced to be brought to trial. Defendant is guaranteed the

right to trial & em a Fast and
speedy manner. Defendant so
request the above stated. And
append recept of this Noatice of
Appeal. Defendant respectabliy
Arequest An appeal Bond be sett
so defendant can go get his own
treatment program. Defendant
request such other, Further,
& Fair treatment as this court
deems Fair.

Done this the 8th
Day of July 2005

~Jeffrey W Spear~
Jeffrey W Spear

## Motion to proceed in Forma Pauperis

I Jeffrey W Spear, declare that I am the
defendant in the above entitled case; that in
support of my motion to proceed without being
required to prepay Fees, costs or give security
thereof. I state that because of my poverty
I am unable to pay the cost of said proceeding
or to give security therefor: that I believe
I am entitled to relief

1) I am not employed, nor can I be due
to Judge Hanyne holding me with no bond. And
have No other way to optaine Funds

I hereby certify that I have 0
funds on my account.

Done this the
8th day of July 2005

Jeffrey W Spear
1-Court square
Alex city Jail
Alex city, Al
35010

I hereby certify that I Jeffrey W Spear
did send a copy of the same to Louise
Pritchard (city clerk) Frank Lucas (Circuit
clerk) Mont Bar assoc, Mont
committee and Ala civil Appeal courts.

Jeffrey W Spear
1-court square
Alex city Jail
Alex city Al
35010

Done this 8th day of
July 2005

I hereby certify that I Jeffrey W Spear did send a copy of the foregoing to Louise Pritchard (Municipal court clerk) Frank Lucas (Circuit clerk), Mont. Bar Assoc. Mont. Judicial committie and Ala Criminal Appeal court

Jeffrey W Spear

Jeffrey W Spear
1-court square
Alex city, AL
35010

Done this the 14th day of July 2005

Exhibit J

# Affidavit From Patsy O. Spear

I attended two hearings concerning Jeffrey W. Spear on June 9 2005 and June 30 2005. At neither hearing did I ever hear or see MR Spear plea guilty to any charges.

I hereby swear that the above stated Facts are True & correct to the best of my Knowledge. Done this 26th day of June 2008

Patsy O Spear

Patsy O. Spear

witness    Johny Osb

Johnny Osburn

witness    Jeffrey W Spear

Jeffrey W Spear