IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| JEFFREY WAYNE SPEAR, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:05-cv-663-MEF |
| | )             WO |
| ALABAMA PARDON & PAROLE | ) |
| BOARD, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. # 58) to the Recommendation of the Magistrate Judge filed on June 11, 2008 is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 42) filed on April 18, 2008 is ADOPTED;

3. The defendants' motion for summary judgment (Doc. # 15) is GRANTED and this case is DISMISSED with prejudice.

4. The costs of this proceeding are TAXED against the plaintiff.

DONE this 15th day of July, 2008.

                                        /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE