In the U.S. District Court for the Middle District of Alabama of Eastern Division

Jeffrey Wayne Spear,
Plantiff,

v.

Avery Marsh, et. al,
Defendants

Civil Action No. 3:05-cv-663-MEF

RECEIVED 2008 AUG 18 A 10:23 DEBRA P. HACKETT U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## Notice of Appeal

Comes now the plantiff, prose and gives notice of appeal to the above stated case.

Done this the 14th day of August 2008.

Jeffrey W. Spear

## Forma Pauperis

Comes now the plantiff prose to respectably request this court to allow him to proceed in this case in forma pauperis and states the following:

Plantiff is without funds to first prepay for the filing of this

Cause, Plantiff does swear that the above stated is true and correct to the best of his knowledge.

Done this the 14th day of August 2008.

*Jeffrey W Spear*

Plantiff comes now to respectably request a copy of a case action summary.

*Jeffrey W Spear*

Plantiff will pray for such other and fair treatment as this honorable court may deem fair and just.

## Certificate of Service

I hereby certify that I sent a copy of the foregoing to the defendants lawyer Postage prepay to them

Done this the 14th day of August 2008.

/s/ Jeffrey W. Spear
Jeffrey W. Spear
912 7th Ave.
Phenix City, AL
36867

Sylvia Spear
913 7th Ave
Phenix City, AL 36867

The U.S. District
Court of the Eastern
Division
P.O. Box 711
Mont. AL 36101

MONTGOMERY AL 361
15 AUG 2008 PM 4 T

36101+0711